UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. _____

Lisa A. Biron,

        Plaintiff,

v.

Kathleen Hawk Sawyer, Director Federal Bureau of Prisons; Warden Nanette Barnes; Deanna Hiller, Unit Manager,

        Defendants.

NOTICE OF REMOVAL OF CIVIL ACTION TO FEDERAL COURT

Defendants Kathleen Hawk Sawyer, Director Federal Bureau of Prisons; Warden Nanette Barnes; and Deanna Hiller, Unit Manager, by its attorneys Erica H. MacDonald, the United States Attorney for the District of Minnesota, and Andrew Tweeten, Assistant United States Attorney, hereby give notice to the Plaintiff Lisa A. Biron and to the state court as follows:

    1.    Sawyer, Barnes, and Hiller are the Defendants in a civil action now pending in the Third Judicial District, Waseca County District Court, entitled <u>Biron v. Sawyer, et al.</u>, and that trial has not yet been had therein.

    2.    That the above-entitled action was commenced against the Defendants via delivery of a copy of the Summons and Complaint. Copies of all process and pleadings received by Defendants are attached hereto and incorporated herein as Exhibits 1 and 2.

    3.    This notice of removal is filed pursuant to 28 U.S.C. §§ 1441, 1442(a)(1), and 1446. Said action seeks a determination that Defendants, acting in their official

capacity and under the color of federal law, violated the Plaintiff's rights under the United States Constitution.

WHEREFORE, notice is hereby given that the said action is removed from the state court into this court for trial or such other determination as this court may make regarding the action in accordance with its jurisdictional limits under 28 U.S.C. §§ 1441, 1442 and 1446 and Fed. R. Civ. P. 81(c).

Dated:  November 20, 2019

ERICA H. MacDONALD
United States Attorney

*s/ Andrew Tweeten*

By:  ANDREW TWEETEN
Assistant U.S. Attorney
Attorney ID Number 0395190
600 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN  55415
(612) 664-5600
andrew.tweeten@usdoj.gov

Attorneys for Defendants

2

Andrew Tweeten, declares under penalty of perjury as provided by 28 U.S.C. §1746, that he is an Assistant United States Attorney for the District of Minnesota and represents the Defendants named herein; that he has read the foregoing notice and knows the contents thereof; that the same is true of his own knowledge, except as to any matters stated therein on information and belief and as to those matters he believes them to be true.

Dated:  November 20, 2019

*s/ Andrew Tweeten*
Andrew Tweeten
Assistant United States Attorney