| | |
|---|---|
| STATE OF MINNESOTA | DISTRICT COURT |
| COUNTY OF WASECA | THIRD JUDICIAL DISTRICT |

Lisa A. Biron,

        Plaintiff,

v.

Kathleen Hawk Sawyer, Director Federal Bureau of Prisons; Warden Nanette Barnes; Deanna Hiller, Unit Manager,

        Defendants.

Case File No. _____

**NOTICE OF FILING OF NOTICE OF REMOVAL**

    PLEASE TAKE NOTICE that, on November 20, 2019, the United States of America on behalf of Defendants Sawyer, Barnes, and Hiller, filed with the Court Administrator of the United States District Court for the District of Minnesota, a Notice of Removal of the above-captioned action to the United States District Court. A copy of the Notice of Removal is attached hereto.

    With this filing, this action now stands removed from the District Court, Third Judicial District for Waseca County, Minnesota, to the United States District Court for the District of Minnesota. Pursuant to 28 U.S.C. § 1446(d), a copy of the Notice of

Removal is hereby filed with the Clerk of the District Court/Court Administrator, Third Judicial District of Waseca County, Minnesota.

Dated: November 20, 2019

        ERICA H. MacDONALD
        United States Attorney

        *s/ Andrew Tweeten*

        By: ANDREW TWEETEN
        Assistant U.S. Attorney
        Attorney ID Number 0395190
        600 U.S. Courthouse
        300 South Fourth Street
        Minneapolis, MN 55415
        (612) 664-5600
        andrew.tweeten@usdoj.gov

        Attorneys for Defendants

| | |
|---|---|
| STATE OF MINNESOTA | DISTRICT COURT |
| COUNTY OF WASECA | THIRD JUDICIAL DISTRICT |

| | |
|---|---|
| LISA A. BIRON, | Case File No. _____ |
| Plaintiff, | |
| v. | **CERTIFICATE OF SERVICE BY U.S. MAIL** |
| KATHLEEN HAWK SAWYER, DIRECTOR FEDERAL BUREAU OF PRISONS; WARDEN NANETTE BARNES; DEANNA HILLER, UNIT MANAGER, | |
| Defendants. | |

I hereby certify that on November 20, 2019, I caused the following documents:

**NOTICE OF FILING OF A NOTICE OF REMOVAL OF A CIVIL ACTION TO FEDERAL COURT, NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT WITH EXHIBITS 1-2 AND CERTIFICATE OF SERVICE BY U.S. MAIL**

to be filed with the Waseca County District Court Administrator.

I further certify that I caused a copy of the foregoing documents to be mailed by first class mail, postage paid, to the following:

Lisa A. Biron (#12775-049)
FCI Waseca
P.O. Box 1731
Waseca, MN  56093

*s/ Andrew Tweeten*
Andrew Tweeten
Assistant United States Attorney