UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Case No. _____

| | |
|---|---|
| LISA A. BIRON, | **CERTIFICATE OF SERVICE** |
| | **BY U.S. MAIL** |
| Plaintiff, | |
| v. | |
| KATHLEEN HAWK SAWYER, DIRECTOR FEDERAL BUREAU OF PRISONS; WARDEN NANETTE BARNES; DEANNA HILLER, UNIT MANAGER, | |
| Defendants. | |

I hereby certify that on November 20, 2019, I caused the following documents:

**NOTICE OF REMOVAL OF CIVIL ACTION TO FEDERAL COURT; EXHIBITS 1-2; CIVIL COVER SHEET; CERTIFICATE OF SERVICE BY U.S. MAIL**

to be filed electronically with the Clerk of Court through ECF.

I further certify that I caused a copy of the foregoing documents to be mailed by first class mail, postage paid, to the following:

Lisa A. Biron (#12775-049)
FCI Waseca
P.O. Box 1731
Waseca, MN  56093

*s/ Andrew Tweeten*
Andrew Tweeten
Assistant United States Attorney