UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
No. 19-cv-2938 (PJS/BRT)

Lisa A. Biron,

       Plaintiff,

v.

Kathleen Hawk Sawyer, Director Federal Bureau of Prisons; Warden Nanette Barnes; Deanna Hiller, Unit Manager

       Defendants.

**PROPOSED ORDER**

Before the Court is Defendants' Request for Extension of Time to file an answer or otherwise respond to the Complaint. Doc. 3. No hearing being necessary and for good cause shown,

**IT IS HEREBY ORDERED** that Defendants shall have up to and including January 21, 2020, to file an answer or otherwise respond to the Complaint.

Dated: _____

                                                      BECKY R. THORSON
                                                      United States Magistrate Judge