UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
No. 19-cv-2938 (PJS/BRT)

Lisa A. Biron,

        Plaintiff,

v.

Kathleen Hawk Sawyer, Director Federal Bureau of Prisons; Warden Nanette Barnes; Deanna Hiller, Unit Manager

        Defendants.

**CERTIFICATE OF SERVICE**

I hereby certify that on November 21, 2019, I caused the following documents:

**REQUEST FOR EXTENSION OF TIME TO ANSWER OR RESPOND; PROPOSED ORDER; and CERTIFICATE OF SERVICE**

to be filed electronically with the Clerk of Court through CM/ECF.

I further certify that I caused a copy of the foregoing documents to be mailed by first class mail, postage paid, to the following:

Address:

Lisa A. Biron, #12775-049
FCI Waseca
P.O. Box 1731
Waseca, MN   56093

                                              s/ Andrew Tweeten
                                              ANDREW TWEETEN
                                              Assistant United States Attorney