UNITED STATES DISTRCT COURT
DISTRICT OF MINNESOTA

Lisa A. Biron,

        Plaintiff,

v.                                                              Civil No. 19-00057 (SRN/LIB)

Hugh Hurwitz, et al.,

        Defendants.

--------------------------------------------------------

Lisa A. Biron

        Plaintiff,

v.                                                              Civil No. 19-02938 (PJS/BRT)

Kathleen Hawk Sawyer, et al.

        Defendants.

**ORDER OF DIRECTION TO THE CLERK OF COURT
FOR REASSIGNMENT OF RELATED CASE**

Case No. 19-02938 (SRN/LIB) having been assigned to Judge Susan Richard Nelson and Magistrate Judge Leo I. Brisbois, and Case No. 19-02938 (PJS/BRT) having later been assigned to Judge Patrick J. Schiltz and Magistrate Judge Becky R. Thorson, and said matters being related cases,

**IT IS HEREBY ORDERED** that Case No. 19-02938 (PJS/BRT) be assigned to Judge Susan Richard Nelson and Magistrate Judge Leo I Brisbois, nunc pro tunc, by use of a card from the appropriate deck in the automated case assignment system. The Clerk of Court is directed to void and reuse a card from the same deck from which the original assignment was made pursuant to the Court's Assignment of Cases Order filed July 5, 2017.

**IT IS FINALLY ORDERED** that a copy of this Order shall be filed in each of the above respective files.

Dated: November 21, 2019

    s/Susan Richard Nelson
    SUSAN RICHARD NELSON
    United States District Judge

Dated: November 21, 2019

    s/Patrick J. Schiltz
    PATRICK J. SCHILTZ
    United States District Judge