UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MINNESOTA

RECEIVED BY MAIL
NOV 25 2019
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

Lisa A. Biron & Rachael T. Biron,  )
    Plaintiffs                    )
                                       )
v.                                      )    Civil Action No. 19-CV-2938
                                       )
Kathleen Hawk Sawyer, Director    )
Federal Bureau of Prisons; Warden  )
Nanette Barnes; Deanna Hiller, Unit )
Manager,                              )
    Defendants                      )

<u>Motion Under Fed. R. Civ. P. 20(a)(1)(A)&(B) for</u>
<u>Permissive Joinder of Party</u>

    The Plaintiff, Lisa A. Biron, moves for joinder of Rachael T. Biron as a party-plaintiff under Fed. R. Civ. P. 20(a)(1)(A)&(B).

    Joinder of Rachael Biron is appropriate as they assert the constitutional right to contact and communication with each other jointly. The Defendants' illegal actions of preventing their association and communication affects both Lisa and Rachael Biron jointly, and the same questions of law and fact are common to both.

    Jurisdiction of this Court will be unaffected by the joinder as it has federal question jurisdiction over this removed case.

                                                Respectfully submitted

11/21/2019
Date

                                               Lisa Biron #12775-049
                                               FCI Waseca
                                               P.O. Box 1731
                                               Waseca, MN 56093

Date

                                               Rachael Biron
                                               5365 Grand Lake Cresent Dr.
                                               Virginia Beach, VA 23642

SCANNED
NOV 25 2019
U.S. DISTRICT COURT MPLS