RECEIVED BY MAIL
NOV 25 2019
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

Lisa A. Biron
Reg. #12775-049
Federal Correctional Institution
P.O. Box 1731
Waseca, MN 56093

Kate M. Fogarty, Clerk
U.S. District Court
300 Fourth Street, Suite 202
Minneapolis, MN 55415

November 21, 2019

Re: Biron v. Sawyer, et al., no. 19-cv-2938

Dear Clerk:

I have enclosed, for filing with the Court, a Motion Under Fed. R. Civ. P. 20(a)(1)(A)&(B) for Permissive Joinder of Party. A copy of this Motion signed by Rachael Biron will arrive separately.

Thank you for your attention to this matter.

Sincerely,

*Lisa Biron*
Lisa Biron

Enclosure
Cc: Rachael Biron
    Andrew Tweeten, AUSA

SCANNED
NOV 25 2019
U.S. DISTRICT COURT MPLS