Certification

I hereby certify that a copy of this Motion was mailed to the Defendants' attorney, Andrew Tweeten, AUSA at 300 South Fourth Street, Suite 600, Minneapolis, MN 55415 on this date.

11/21/2019
Date

*Lisa Biron*
Lisa A. Biron

SCANNED
NOV 25 2019
U.S. DISTRICT COURT MPLS