Lisa Biron
12775-049
Federal Correctional Institution
P.O. Box 1731
Waseca, MN 56093

MINNEAPOLIS MN 554
22 NOV 2019 PM 5 L

SCANNED
NOV 25 2019
U.S. DISTRICT COURT MPLS

RECEIVED
BY MAIL
NOV 25 2019
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

⇔12775-049⇔
U S District Court
U.S. Courthouse, Ste 202
300 S 4TH ST
Minneapolis, MN 55415
United States

55415-226352



Federal Correctional Institution
P.O. Box 1731
Waseca, MN 56093-0241

NOV 21 2019