RECEIVED BY MAIL
DEC 02 2019
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MINNESOTA

| | |
|---|---|
| Lisa A. Biron & Rachael T. Biron,<br>    Plaintiffs<br><br>v.<br><br>Kathleen Hawk Sawyer, Director<br>Federal Bureau of Prisons; Warden<br>Nanette Barnes; Deanna Hiller, Unit<br>Manager,<br>    Defendants | Civil Action No. 19-CV-2938 |

### Motion Under Fed. R. Civ. P. 20(a)(1)(A)&(B) for Permissive Joinder of Party

The Plaintiff, Lisa A. Biron, moves for joinder of Rachael T. Biron as a party plaintiff under Fed. R. Civ. P. 20(a)(1)(A)&(B).

Joinder of Rachael Biron is appropriate as they assert the constitutional right to contact and communication with each other jointly. The Defendants' illegal actions of preventing their association and communication affects both Lisa and Rachael Biron jointly, and the same questions of law and fact are common to both.

Jurisdiction of this Court will be unaffected by the joinder as it has federal question jurisdiction over this removed case.

Respectfully submitted

11/21/2019
Date

*Lisa Biron*
Lisa Biron #12775-049
FCI Waseca
P.O. Box 1731
Waseca, MN 56093

X 11/25/2019
Date

X *Rachael Biron*
Rachael Biron
5365 Grand Lake Cresent Dr.
Virginia Beach, VA 23642

SCANNED
DEC 02 2019
U.S. DISTRICT COURT MPLS