RECEIVED BY MAIL
DEC 02 2019
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

## Certification

I hereby certify that a copy of this Motion was mailed to Defendants' attorney, Andrew Tweeten, AUSA at 300 South Fourth Street, Suite 600, Minneapolis, MN 55415 on this date.

11/21/2019
Date

Lisa A. Biron

SCANNED
DEC 02 2019
U.S. DISTRICT COURT MPLS