

Rachael T. Biron
5365 Grand Lake Cresent Drive
Virginia Beach, VA 23642

Kate M. Fogarty, Clerk
U.S. District Court-MN
300 Fourth Street, Suite 202
Minneapolis, MN 55415