Lisa Biron
07775-049
Federal Correctional Institution
P.O. Box 1731
Waseca, MN 56093

Legal

SCANNED
DEC 04 2019
U.S. DISTRICT COURT MPLS

United States District Court
District of Minnesota
300 South Fourth Street, Ste 202
Minneapolis, MN 55415

MINNEAPOLIS MN 554
02 DEC 2019 PM 3 L

55415-226352

RECEIVED
BY MAIL
DEC 04 2019
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA