UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
No. 19-cv-2938 (SRN/LIB)

Lisa A. Biron,

Plaintiff,

v.

**REQUEST FOR EXTENSION
OF TIME TO RESPOND**

Kathleen Hawk Sawyer, Director Federal Bureau of
Prisons; Warden Nanette Barnes; Deanna Hiller,
Unit Manager

Defendants.

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), Defendants Kathleen Hawk Sawyer, Nanette Barnes, and Deanna Hiller respectfully request an extension of time to file a consolidated response to Plaintiff's Motion for Joinder, Docs. 8 & 9, and Motion for Preliminary Injunction, Doc. 10.

1.  Plaintiff's Motion for Joinder and Motion for Preliminary Injunction raise similar issues regarding participation by Plaintiff's daughter in this lawsuit. Defendants accordingly seek leave to file a consolidated response.

2.  This request is not made for any dilatory purpose and good cause exists for the request. A response to the Motions requires inquiry and coordination with Defendants and the United States Bureau of Prisons. Undersigned counsel needs sufficient time to prepare an appropriate response to the issues raised by these Motions.

3.  Plaintiff's position regarding this request is not known and not readily ascertainable due to her incarceration.

4.    A Proposed Order granting this Request will be filed on CM/ECF and e-mailed to

chambers.

Dated:  December 5, 2019

                                      ERICA H. MacDONALD
                                        United States Attorney

                                       *s/ Andrew Tweeten*

                                       By:   ANDREW TWEETEN
                                        Assistant United States Attorney
                                        Attorney ID Number 0395190
                                        600 U.S. Courthouse
                                        300 South Fourth Street
                                        Minneapolis, MN   55415
                                        (612) 664-5600
                                        andrew.tweeten@usdoj.gov

                                       Attorneys for Defendants