UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
No. 19-cv-2938 (SRN/LIB)

Lisa A. Biron,

              Plaintiff,                                          **PROPOSED ORDER**

    v.

Kathleen Hawk Sawyer, Director Federal Bureau of
Prisons; Warden Nanette Barnes; Deanna Hiller,
Unit Manager

              Defendants.

Before the Court is Defendants' Request for Extension of Time to Respond to Plaintiff's Motion for Joinder and Motion for Preliminary Injunction.  Doc. 11. No hearing being necessary and for good cause shown,

**IT IS HEREBY ORDERED** that Defendants shall have up to and including December 20, 2019, to file a response to Plaintiff's Motion for Joinder, Docs. 8 & 9, and Motion for Preliminary Injunction, Doc. 10.  Defendants may file a consolidated response to these motions.

Dated:                                        _____
                                              LEO I. BRISBOIS
                                              United States Magistrate Judge