UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
No. 19-cv-2938 (SRN/LIB)

Lisa A. Biron,

        Plaintiff,

v.

Kathleen Hawk Sawyer, Director Federal Bureau of Prisons; Warden Nanette Barnes; Deanna Hiller, Unit Manager

        Defendants.

**ORDER**

On December 5, 2019, the defendants filed a Request for Extension of Time to Respond [Docket No. 11]. Based upon review of the files and for good cause shown, **IT IS HEREBY ORDERED** that:

1. The defendants' Request for Extension of Time to Respond [Docket No. 11] is APPROVED;

2. Defendants shall have up to and including December 20, 2019, to file a response to Plaintiff's Motions for Joinder, [Docket Nos. 8, 9], and Motion for Preliminary Injunction [Docket No. 10].

3. Defendants may file a consolidated response to Plaintiff's Motions for Joinder, [Docket Nos. 8, 9], and Motion for Preliminary Injunction [Docket No. 10].

Dated: December 6, 2019

        s/Leo I. Brisbois
        Leo I. Brisbois
        U.S. MAGISTRATE JUDGE