RECEIVED
BY MAIL
DEC 16 2019

CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

United States District Court

District of Minnesota

Lisa and Rachael Biron, Plaintiffs

V.                                                    Case no. 19-CV-2938

Sawyer, et al, Defendants

## Response and Request for Telephonic Hearing
## Regarding Defendants' Request for
## Extension of Time to Respond

It appears that Defendants mistake Ms Biron's Motion for Emergency Injunction/Temporary Restraining Order as a Motion for Preliminary Injunction.

The Motion, however, requests emergency relief regarding Lisa and Rachael Biron's ability to communicate and send documents to each other regarding this lawsuit. Once they are able to do this, they intend to move for a preliminary injunction regarding their ability to communicate and correspond generally, as well as file an amended complaint adding claims for damages.

Presently, Defendants are barring Plaintiffs' ability to prosecute this case. Wherefore, Ms. Biron requests this Honorable Court schedule an emergency telephonic hearing at the earliest available time.

12/11/19                                     Respectfully submitted
Date                                         Lisa Biron

SCANNED
DEC 16 2019
U.S. DISTRICT COURT MPLS

Lisa Biron #12775-049

P.O. Box 1731

Waseca, MN 56093

## Certification

I certify that a handwritten copy of this Response was mailed to AUSA Tweeten, 300 S. Fourth St., Ste 600, Minneapolis, MN 55415 on this date.

12/11/19
Date

Lisa Biron
Lisa Biron

2