Lisa Biron
12775-049
Federal Correctional Institution
P.O. Box 1731
Waseca, MN 56093

[postmark: DEC 12 2019]

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has been neither opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer enclosed correspondence for forwarding to another addressee, please return the enclosure to the above address.

United States District Court
District of Minnesota
U.S. Courthouse, Suite 202
300 S. Fourth Street
Minneapolis, MN 55415

55415-22552 

SCANNED
DEC 16 2019

RECEIVED
BY MAIL
DEC 16 2019
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

FOREVER / USA

