UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
No. 19-cv-2938 (SRN/LIB)

Lisa A. Biron,

    Plaintiff,

v.

Kathleen Hawk Sawyer, Director Federal Bureau of Prisons; Warden Nanette Barnes; Deanna Hiller, Unit Manager;

    Defendants.

**DECLARATION OF ANDREW TWEETEN**

Andrew Tweeten, for his declaration pursuant to 28 U.S.C. § 1746, states as follows:

1.    I am an adult, competent, and have personal knowledge of the facts contained herein. I am employed by the United States Attorney's Office for the District of Minnesota, as an Assistant United States Attorney. As part of my duties, I have been assigned to represent Defendants in the above-entitled case. I make this declaration based upon my own knowledge and upon review of the file.

2.    Attached as Exhibit 1 is a copy of the Judgement in a Criminal Case entered by the United States District Court for the District of New Hampshire in *United States v. Biron*, No. 12-cr-140 (PB) (D.N.H. May 28, 2013).

3.    Attached as Exhibit 2 is a copy of the New Hampshire Supreme Court Order in *In the Matter of Lisa A. Biron*, No. LD-2012-0013, (N.H. May 28, 2015).

I declare under penalty of perjury that the foregoing statements are true and correct.

Dated:  December 20, 2019                    s/ Andrew Tweeten
                                                        ANDREW TWEETEN