UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
No. 19-cv-2938 (SRN/LIB)

Lisa A. Biron,

    Plaintiff,

v.

Kathleen Hawk Sawyer, Director Federal Bureau of Prisons; Warden Nanette Barnes; Deanna Hiller, Unit Manager;

    Defendants.

**CERTIFICATE OF SERVICE**

I hereby certify that on December 20, 2019, I caused the following documents:

**RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR JOINDER AND MOTION FOR EMERGENCY INJUNCTION AND TEMPORARY RESTRAINING ORDER; CERTIFICATE OF COMPLIANCE; DECLARATION OF ANDREW TWEETEN with EXHIBITS 1-2; and CERTIFICATE OF SERVICE**

to be filed electronically with the Clerk of Court through CM/ECF.

I further certify that I caused a copy of the foregoing documents to be mailed by first class mail, postage paid, to the following:

Address:

Lisa A. Biron, #12775-049
FCI Waseca
P.O. Box 1731
Waseca, MN   56093

                                        s/ Andrew Tweeten
                                        ANDREW TWEETEN
                                        Assistant United States Attorney