

United States District Court
District of Minnesota

Biron, Plaintiff

v.                               Case no. 19-cv-2938

Sawyer, et al., Defendants

<u>Reply to Defendants' Response in Opposition [Doc 16]</u>

Defendant Warden Nanette Barnes has told Plaintiff Lisa Biron that she has no objection to Rachael Biron (proposed co-plaintiff) and Lisa having contact with each other as long as there are no legal bars to their contact in place. There are none.

The unexecuted supervised release condition, which defendants claim is a life-time bar to Rachael and Lisa Biron's contact with each other, is not currently in effect because Lisa is incarcerated and not under the jurisdiction of the U.S. Office of Probation; and is, in fact, doomed to be a nullity forever because the condition addresses contact with minor "child[ren] under age 18" and Rachael is a 21 year old adult who expressly wants contact with her mother.

On November 26, 2019, Defendant Warden Barnes told Lisa Biron that it is the prosecuting assistant U.S. attorneys ("AUSAs") in the NH U.S. Attorney's office who claim this

1

supervised release condition is a presently enforceable life-time bar to contact.

AUSAs Donald Feith and Helen Fitzgibbons have been lying about the existence of no-contact orders for seven (7) years. And their blatant disregard for Rachael's express desire for contact with her mother is both unethical, and a shocking abuse of power.

Lisa and Rachael Biron believe the NH AUSAs' motivation in continuing to harm this family and obstruct reconciliation is their desire to protect their wrongful conviction against Lisa. In which case, they are engaged in prosecutorial misconduct and witness tampering.

Lisa Biron does not, as Defendants claim, attempt to "represent" Rachael Biron. Rachael Biron, a competent adult, filed a signed Motion to Join this lawsuit [Doc 8 + 9]. They intend to be co-pro se-plaintiffs.

Rachael did not sign the Motion for Emergency Injunction/TRO because, as the motion explains, Defendants are stopping court-related mail between Lisa and Rachael. Regardless, the motion did not require Rachael's signature as this Court has not yet granted their motion to Join.

Wherefore, Plaintiffs request this honorable Court grant their motion to Join, grant the Emergency Injunction/TRO, schedule a telephonic hearing as soon as possible, and grant such other relief as is just and equitable.

Respectfully submitted

*Lisa Biron*

12-23-19
Date

Lisa Biron #12775-049
FCI Waseca
P.O. Box 1731
Waseca, MN 56093

### Certification and Verification

I certify that I mailed a handwritten copy of this Reply to AUSA Tweeten on this date; and I hereby swear, under penalty of perjury, that the facts stated therein are true, and that on this date I mailed this Reply to the Court by handing it to a Special Housing Unit officer, postage pre-paid, and asking that it be put in the legal mail.

12-23-19
Date

*Lisa Biron*
Lisa Biron

3