Lisa Bion
27715-049
Federal Correctional Institution
P.O. Box 1731
Waseca, MN 56093

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has neither been opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.

DEC 23 2019

Legal Mail 12/23/19

RECEIVED
BY MAIL
DEC 30 2019
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

United States District Court
District of Minnesota
U.S. Courthouse, Suite 202
300 South Fourth Street
Minneapolis, MN 55415

SCANNED
DEC 30 2019
U.S. DISTRICT COURT MPLS

**Federal Correctional Institution**
P.O. Box 1731
Waseca, MN 56093-0741

DEC 23 2019

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has neither been opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification.