Clerk of Court
U.S. District Court
300 S. Fourth Street, Ste 202
Minneapolis, MN 55415

December 27, 2019

RECEIVED BY MAIL
DEC 30 2019
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

Re: Letter from Rachael Biron mis-filed on wrong docket

Dear Clerk:

I write to request that a copy of Rachael Biron's letter to this Court, which requested the Court order the Federal Bureau of Prisons to stop interfering with our contact with each other, be filed on the correct docket, case no. 19-CV-2938 (Biron v. Sawyer, et al.).

The letter was mis-labeled as belonging with case no. 19-CV-57 (Biron v. Hurwitz, et al.) because the originally filed complaint was misconstrued as belonging on this docket. The letter, however, belongs on docket no. 19-CV-2938. Unfortunately, I do not have access to a copy of the filed letter at this time as I remain in disciplinary segregation until January 9, 2020 for sanctions related to communications with my adult daughter Rachael.

Thank you for your attention to this matter. Happy holidays.

SCANNED
DEC 30 2019
U.S. DISTRICT COURT MPLS

Lisa Biron
Lisa Biron #12775
FCI Waseca
P.O. Box 1731
Waseca, MN 56093