Lisa Biran
12775-044
Federal Correctional Institution
P.O. Box 1731
Waseca, MN 56093

Legal Mail

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has neither been opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosed to the above address. Date Mailed:

DEC 23 2019

Clerk of Court
U.S. District Court
District of Minnesota
300 South Fourth Street, Ste 202
Minneapolis, MN 55415

SCANNED
DEC 30 2019
U.S. DISTRICT COURT MPLS

RECEIVED
BY MAIL
DEC 30 2019
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

MINNEAPOLIS MN 554
26 DEC 2019 PM 4 L



The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has neither been opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.

DEC 2 3 2019

Federal Correctional Institution
P.O. Box 1731
Waseca, MN 56093-0781