US District Court of Minnesota
Reference case 1:19-CV-00057 Biron vs. Barnes
Hiller

Dear Court,

I write to ask you order the Federal Bureau of Prisons to stop blocking contact and communication between me and my mother, Lisa Biron. I am 21 years old and have a constitutional right to reconcile with my mother. I am presently fighting a serious health issue and need her love and support.

DOB May 4 1998

— Rachael Biron

RECEIVED BY MAIL
NOV 01 2019
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

SCANNED
NOV 01 2019
U.S. DISTRICT COURT MPLS