UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
No. 19-cv-2938 (SRN/LIB)

Lisa A. Biron,

                Plaintiff,

        v.

Kathleen Hawk Sawyer, Director Federal Bureau of
Prisons; Warden Nanette Barnes; Deanna Hiller,
Unit Manager

                Defendants.

**REQUEST FOR EXTENSION
OF TIME TO ANSWER OR
RESPOND**

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), Defendants Kathleen Hawk

Sawyer, Nanette Barnes, and Deanna Hiller respectfully request an extension of time to

answer or otherwise respond to the Complaint.

1.      The current deadline for Defendants answer or response is January 21, 2020.

        Doc. 7.

2.      Defendants request a 14-day extension of time to answer or respond, i.e., to and

        including February 4, 2020.

3.      This is Defendants' second request for an extension of time to answer or respond to

        the Complaint.   *See* Doc. 3.   The first request granted an extension of time to make

        the deadline for answer or response in this removed case consistent with the regular

        60-day timeframe provided by Rule 12(a)(2).   *Id.*

4.      This request is not made for any dilatory purpose and good cause exists for the

        requested extension of time.   The Complaint raises allegations that require inquiry

        and coordination with Defendants and the United States Bureau of Prisons, which

        is ongoing and not yet complete.   Undersigned counsel is awaiting a final litigation

report from the Bureau to provide needed guidance in preparing an answer or response to the Complaint.   In an abundance of caution, Defendants move for an Order extending the time to answer or otherwise respond from January 21, 2020 to February 4, 2020, thus permitting additional time for the Bureau to prepare its litigation report.

5.     Plaintiff's position regarding this request is not known and not readily ascertainable due to her incarceration.

6.     A Proposed Order granting this Request will be filed on CM/ECF and e-mailed to chambers.


Dated:  January 14, 2020

ERICA H. MacDONALD
United States Attorney

*s/ Andrew Tweeten*

By:   ANDREW TWEETEN
Assistant United States Attorney
Attorney ID Number 0395190
600 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN   55415
(612) 664-5600
andrew.tweeten@usdoj.gov

Attorneys for Defendants