UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
No. 19-cv-2938 (SRN/LIB)

Lisa A. Biron,

        Plaintiff,

v.

Kathleen Hawk Sawyer, Director Federal Bureau of Prisons; Warden Nanette Barnes; Deanna Hiller, Unit Manager

        Defendants.

**[PROPOSED] ORDER**

On January 14, 2020, the Defendants filed a Request for Extension of Time to File an Answer or Otherwise Respond to the Complaint [Docket No. 23]. Based upon review of the files and for good cause shown, **IT IS HEREBY ORDERED** that:

1. The Defendants' Request for Extension of Time to File an Answer or Otherwise Respond to the Complaint [Docket No. 23] is APPROVED; and

2. The Defendants shall have up to and including February 4, 2020, to file an answer or otherwise respond to the Complaint.

Dated: _____

                                               Leo I. Brisbois
                                               U.S. MAGISTRATE JUDGE