UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
No. 19-cv-2938 (SRN/LIB)

Lisa A. Biron,

      Plaintiff,

v.                                        **ORDER**

Kathleen Hawk Sawyer, Director Federal Bureau of Prisons; Warden Nanette Barnes; Deanna Hiller, Unit Manager

      Defendants.

On January 14, 2020, the Defendants filed a Request for Extension of Time to File an Answer or Otherwise Respond to the Complaint [Docket No. 23]. This is the Defendant's second request for extension. Based upon review of the files and for good cause shown, **IT IS HEREBY ORDERED** that:

1. The Defendants' Request for Extension of Time to File an Answer or Otherwise Respond to the Complaint [Docket No. 23] is APPROVED;

2. The Defendants shall have up to and including February 4, 2020, to file an answer or otherwise respond to the Complaint; and

3. No further extensions of the time to respond shall be granted.

Dated: January 15, 2020                     s/ Leo I. Brisbois
                                                          Leo I. Brisbois
                                                          U.S. MAGISTRATE JUDGE