Lisa Biron
12775-049
Federal Correctional Institution
P.O. Box 1731
Waseca, MN 56093

MINNEAPOLIS MN 554

28 JAN 2020   PM 5  L



⇔12775-049⇔
U S District Court
U.S. Courthouse, Ste 202
300 S 4TH ST
Minneapolis, MN 55415
United States

1/27/20

SCANNED
JAN 30 2020
U.S. DISTRICT COURT MPLS

55415-226352

RECEIVED BY MAIL

JAN 30 2020

CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

1/27/20

Federal Correctional Institution
P.O. Box 1731
Waseca, MN 56093-0741