RECEIVED BY MAIL
JAN 31 2020
CLERK, U.S. DISTRICT COURT
DULUTH, MINNESOTA

January 29, 2020

Dear Clerk,

In case no. 19-CV-2938 you are sending notice to Rachael Biron who has moved to join the case as a co-plaintiff. She has not been receiving the notices because the address is incorrect — there are numbers transposed in the zip code.

This is the correct address:

Rachael Biron
5365 Grand Lake Cresent Drive
Virginia Beach, VA 23462

Thank you for correcting this in your system.

Sincerely,
Lisa Biron

SCANNED
JAN 31 2020 AB
U.S. DISTRICT COURT DULUTH