Lisa Bixon
12775-049
Federal Correctional Institution
P.O. Box 1731
Waseca, MN 56093

MINNEAPOLIS MN 554
29 JAN 2020 PM 4 L

FOREVER USA

RECEIVED BY MAIL
JAN 31 2020
CLERK, U.S. DISTRICT COURT
DULUTH, MINNESOTA

◇12775-049◇
U S Dist Court
District of Minnesota
515 W 1ST ST
417 Federal Building
Duluth, MN 55802
United States

55802-135799

SCANNED
JAN 3 1 2020
U.S. DISTRICT COURT DULUTH