UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
No. 19-cv-2938 (SRN/LIB)

Lisa A. Biron,

    Plaintiff,

v.

Kathleen Hawk Sawyer, Director Federal Bureau of Prisons; Warden Nanette Barnes; Deanna Hiller, Unit Manager,

    Defendants.

**MOTION TO DISMISS**

Defendants Kathleen Hawk Sawyer, Director Federal Bureau of Prisons, Warden Nanette Barnes, and Deanna Hiller, Unit Manager, pursuant to Federal Rule of Civil Procedure 12(b)(6), respectfully move the Court for dismissal of the claims raised in Plaintiff's Complaint. Doc. 1-2. In support of their motion, Defendants submit a

Memorandum of Law, as well as the Declarations of Nanette Barnes, Jake Bush, and Andrew Tweeten, with supporting Exhibits.

Dated:   February 4, 2020

                                      ERICA H. MacDONALD
                                      United States Attorney

                                       *s/ Andrew Tweeten*

                                      By:   ANDREW TWEETEN
                                      Assistant United States Attorney
                                      Attorney ID Number 0395190
                                      600 U.S. Courthouse
                                      300 South Fourth Street
                                      Minneapolis, MN   55415
                                      (612) 664-5600
                                      andrew.tweeten@usdoj.gov

                                      Attorneys for Defendants