UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
No. 19-cv-2938 (SRN/LIB)

Lisa A. Biron,

    Plaintiff,

v.

Kathleen Hawk Sawyer, Director Federal Bureau of Prisons; Warden Nanette Barnes; Deanna Hiller, Unit Manager,

    Defendants.

**NOTICE OF HEARING**

To: Lisa Biron, Plaintiff *pro se*, Reg. No. 12775-049, FCI-Waseca, P.O. Box 1731, Waseca, Minnesota 56093.

PLEASE TAKE NOTICE that Defendants Kathleen Hawk Sawyer, Director Federal Bureau of Prisons, Warden Nanette Barnes, and Deanna Hiller, Unit Manager, bring their Motion to Dismiss, which is based on all the files, records and proceedings in this matter, for review by the Court, the Honorable Leo I. Brisbois, United States Magistrate Judge, 515 West First Street, Room 412, Duluth, Minnesota.

Defendants do not request oral argument on this Motion. Should the Court require oral argument, Defendants will be available at a date and time to be determined by the Court.

Dated: February 4, 2020

                                            ERICA H. MacDONALD
                                            United States Attorney

                                             *s/ Andrew Tweeten*

                                            By:   ANDREW TWEETEN
                                            Assistant United States Attorney
                                            Attorney ID Number 0395190
                                            600 U.S. Courthouse
                                            300 South Fourth Street
                                            Minneapolis, MN   55415
                                            (612) 664-5600
                                            andrew.tweeten@usdoj.gov

                                            Attorneys for Defendants