UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
No. 19-cv-2938 (SRN/LIB)

Lisa A. Biron,

    Plaintiff,

v.

Kathleen Hawk Sawyer, Director Federal Bureau of Prisons; Warden Nanette Barnes; Deanna Hiller, Unit Manager,

    Defendants.

**CERTIFICATE OF COMPLIANCE**

The undersigned attorney certifies this memorandum complies with the type volume limitation of D. Minn. L.R. 7.1(f) and the type size limitation of D. Minn. L.R. 7.1(h). The memorandum has 6,109 words of type, font size 13. The memorandum was prepared using Microsoft Word, configured to include all text, including headings, footnotes and quotations in the word count.

Dated: February 4, 2020

ERICA H. MacDONALD
United States Attorney

*s/ Andrew Tweeten*

By: ANDREW TWEETEN
Assistant United States Attorney
Attorney ID Number 0395190
600 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN   55415
(612) 664-5600
andrew.tweeten@usdoj.gov

Attorneys for Defendants