```
 RCHAN            *         PUBLIC INFORMATION            *      01-03-2020
PAGE 001          *            INMATE DATA               *      09:49:40
                            AS OF 01-03-2020

REGNO..: 12775-049 NAME: BIRON, LISA

                   RESP OF: WAS
                   PHONE..: 507-835-8972    FAX: 507-837-4547
                                            RACE/SEX...: WHITE / FEMALE
                                            AGE:  50
PROJ REL MT: GOOD CONDUCT TIME RELEASE      PAR ELIG DT: N/A
PROJ REL DT: 06-17-2047                     PAR HEAR DT:




G0002      MORE PAGES TO FOLLOW . . .
```

EXHIBIT A

```
 RCHAN            *         PUBLIC INFORMATION         *     01-03-2020
PAGE 002          *            INMATE DATA             *     09:49:40
                            AS OF 01-03-2020


REGNO..: 12775-049 NAME: BIRON, LISA

                   RESP OF: WAS
                   PHONE..: 507-835-8972   FAX: 507-837-4547
HOME DETENTION ELIGIBILITY DATE: 12-17-2046

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  06-17-2047 VIA GCT REL

----------------------CURRENT JUDGMENT/WARRANT NO: 010 -----------------------

COURT OF JURISDICTION..........: NEW HAMPSHIRE
DOCKET NUMBER..................: 12-CR-140-01-PB
JUDGE..........................: BARBADORO
DATE SENTENCED/PROBATION IMPOSED: 05-23-2013
DATE COMMITTED.................: 06-04-2013
HOW COMMITTED..................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED..............: NO

                FELONY ASSESS   MISDMNR ASSESS   FINES          COSTS
NON-COMMITTED.: $800.00         $00.00           $00.00         $00.00

RESTITUTION...: PROPERTY:  NO  SERVICES:  NO      AMOUNT: $00.00

------------------------CURRENT OBLIGATION NO: 010 --------------------------
OFFENSE CODE....:   512     18:2251-2,2260 OBSCENE MATTR
OFF/CHG: 18:2423(A)&2427 TRANSPORTATION WITH INTENT TO ENGAGE IN
         CRIMINAL SEXUAL ACTIVITY (CT1); 18:2251(A)&2256 SEXUAL
         EXPLOITATION OF CHILDREN (CTS2-7); 18:2252A(A)(5)(B)
         POSSESSION OF CHILD PORNOGRAPHY (CT8)

 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:    480 MONTHS
 TERM OF SUPERVISION............: LIFE
 DATE OF OFFENSE................: 05-23-2013




G0002        MORE PAGES TO FOLLOW . . .
```

```
 RCHAN             *          PUBLIC INFORMATION          *      01-03-2020
PAGE 003 OF 003 *              INMATE DATA                *       09:49:40
                              AS OF 01-03-2020


REGNO..: 12775-049 NAME: BIRON, LISA

                      RESP OF: WAS
                      PHONE..: 507-835-8972   FAX: 507-837-4547
 -------------------------CURRENT COMPUTATION NO: 010 -------------------------

COMPUTATION 010 WAS LAST UPDATED ON 12-12-2019 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 06-03-2013 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

DATE COMPUTATION BEGAN..........: 05-23-2013
TOTAL TERM IN EFFECT............:   480 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:    40 YEARS
EARLIEST DATE OF OFFENSE........: 05-23-2013

JAIL CREDIT.....................:    FROM DATE    THRU DATE
                                     10-09-2012   10-09-2012
                                     11-16-2012   05-22-2013

TOTAL PRIOR CREDIT TIME.........: 189
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 1977
TOTAL GCT EARNED................: 222
STATUTORY RELEASE DATE PROJECTED: 06-17-2047
EXPIRATION FULL TERM DATE.......: 11-14-2052
TIME SERVED.....................:      7 YEARS      1 MONTHS      18 DAYS
PERCENTAGE OF FULL TERM SERVED..:  17.8

PROJECTED SATISFACTION DATE.....: 06-17-2047
PROJECTED SATISFACTION METHOD...: GCT REL




S0055      NO PRIOR SENTENCE DATA EXISTS FOR THIS INMATE
```