**NOTIFICATION TO:**   BIRON, Lisa
Reg. No.: 30782-177

**SUBJECT:**   Restricted Correspondence Notification

This is notification pursuant to BOP Program Statement 5265.14, <u>Correspondence</u>, and the authorization provided for in 28 C.F.R §540.15(a) and 28 C.F.R §540.12 you are on restricted General Correspondence as a matter of classification. This is not a new classification, but rather, a reiteration of a previous notice issued to you on October 20, 2014, from Warden Upton at FMC Carswell. This restriction will be limited in scope to your daughter-victim, R███ B███. This restriction comprises all methods of communication, including but not limited to written correspondence, email correspondence, video sessions, and telephonic contact, to include third party contact.

This restriction is determined to be appropriate based on: your conviction/offense conduct, pre-trial custody attempts to communicate with your daughter-victim despite an active no contact provision, repeated attempts by you to contact your daughter-victim post-sentencing, the Special Condition of Supervision imposed by the Court for your life term of supervised release which prohibits contact (direct or indirect) with the victim and any child under the age of eighteen, as well as your recent request for TRULINCS access to an address related to R███ B███ demonstrating your intention to initiate unauthorized contact with your daughter-victim.

Be advised, you may respond to this classification, either orally and/or in writing, and you may appeal this decision through the BOP Administrative Remedy Program if you so choose.

_____   3·25·19
Nanette Barnes, Warden         Date

I, Lisa Biron, Reg. No. 30782-049, have been advised of the aforementioned restriction and had an opportunity to read this restriction. I understand I may request a copy of this restriction through a FOIA Request.

Refused to sign   3/26/19
Lisa Biron, Reg. No. 30782-049   Date

D. Hiller
D. Hiller, Unit Manager

**EXHIBIT E**