RICHMOND VA 230
28 OCT 2019 PM 7    FOREVER USA
Barn Swallow

Chesapeake Correctional Center
R███████
400 Albemarle Dr.
Chesapeake, VA 23322

URGENT
Warden,
FCI Waseca
P.O. Box 1731
Waseca, MN 56093

56093-083131

**EXHIBIT F**

19-cv-02938-SRN-LIB Doc. 32-6 Filed 02/04/20 Pag

FSC
MIX
Envelope
FSC® C137131
THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT
© USPS 2016
THE CHESAPEAKE CORRECTIONAL FACILITY

RECEIVED
OCT 31 2019
FCI WASECA
WARDEN'S OFFICE

Attention Warden!

I B[redacted] B[redacted] would like to have contact with my Mother Lisa Biron. I am 21 and have full right, to write and call her. I am currently in Chesapeake correctional center, Virginia. I had my friend call your Prison to ask if she could get mail from another jail/prison. They said she needs to talk to her Counselor. If you could please make that happen I would appreciate it. It has been 7 years and I want contact with my Mother.

Thank you,

[redacted signature]

RECEIVED
OCT 3 1 2019
FCI WASECA
WARDENS OFFICE