**NOTIFICATION TO:**     BIRON, Lisa
                        Reg. No.: 12775-049

**SUBJECT:**             **Restricted Correspondence Notification**

This is notification pursuant to BOP Program Statement 5265.14, <u>Correspondence</u>, and the authorization provided for in 28 C.F.R §540.15(a) and 28 C.F.R §540.12 you are on restricted General Correspondence as a matter of classification. You have indicated your daughter-victim, R▓▓▓▓ B▓▓▓ wishes to communicate with you. Upon review, you will continue to be restricted from all communication with your victim, whether by written correspondence, email correspondence, video sessions, and telephonic contact, to include third party contact.

While your victim has indicated a desire to communicate with you, one of your Special Conditions of Supervision provides: "The defendant may not directly or indirectly contact the victim or any child under age 18." The Bureau of Prison reached out to the U.S. Probation Office to seek clarification on whether the intent of this Special Condition was to preclude contact with the victim while she was under the age of 18 or all contact with the victim regardless of victim's age. The U.S. Probation Office indicated your sentencing court intended the Special Condition to preclude all contact with the victim regardless of the victim's age. Therefore, you will continue to be restricted from all contact with R▓▓▓▓ B▓▓▓.

Should the conditions of your supervised release be modified by your sentencing court, you can request reconsideration of this communication restriction.

Be advised, you may respond to this classification, either orally and/or in writing, and you may appeal this decision through the BOP Administrative Remedy Program if you so choose.

_____          11·20·19
Nanette Barnes, Warden                    Date

I, <u>Lisa Biron, Reg. No. 12775-049</u>, have been advised of the aforementioned restriction and had an opportunity to read this restriction. I understand I may request a copy of this restriction through a FOIA Request.

_____          _____
Lisa Biron, Reg. No. 12775-049            Date

*Inmate Biron was notified of this on 11/22/19 @ 3:30pm. She refused to sign this. D. Hiller, Unit Mgr   S. [illegible] - Unit Secretary*

**EXHIBIT G**