```
   RCHAN            *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      01-23-2020
PAGE 001 OF                                                            06:28:12
       FUNCTION: L-P SCOPE: REG   EQ 12775-049    OUTPUT FORMAT: FULL
  -------LIMITED TO SUBMISSIONS WHICH MATCH ALL LIMITATIONS KEYED BELOW----------
DT RCV: FROM _____ THRU _____ DT STS: FROM _____ THRU _____
DT STS: FROM ____ TO ____ DAYS BEFORE "OR" FROM ____ TO ____ DAYS AFTER DT RDU
DT TDU: FROM ____ TO ____ DAYS BEFORE "OR" FROM ____ TO ____ DAYS AFTER DT TRT
STS/REAS: _____ _____ _____ _____ _____ _____ _____ _____ _____ _____ _____
SUBJECTS: _____ _____ _____ _____ _____ _____ _____ _____ _____ _____ _____
EXTENDED: _ REMEDY LEVEL: _ _            RECEIPT: _ _ _ "OR" EXTENSION: _ _ _
RCV  OFC : EQ ____      ____      ____      ____      ____      ____
TRACK:  DEPT: _____ _____ _____ _____ _____ _____
      PERSON: ____      ____      ____      ____      ____      ____
        TYPE: ____      ____      ____      ____      ____      ____
EVNT FACL: EQ ____      ____      ____      ____      ____      ____
RCV FACL.: EQ ____      ____      ____      ____      ____      ____
RCV UN/LC: EQ _____ _____ _____ _____ _____ _____
RCV QTR..: EQ _____ _____ _____ _____ _____ _____
ORIG FACL: EQ ____      ____      ____      ____      ____      ____
ORG UN/LC: EQ _____ _____ _____ _____ _____ _____
ORIG QTR.: EQ _____ _____ _____ _____ _____ _____



G0002       MORE PAGES TO FOLLOW . . .
```

**EXHIBIT A**

```
    RCHAN          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      01-23-2020
PAGE 002 OF      *              FULL SCREEN FORMAT            *      06:28:12


REGNO: 12775-049 NAME: BIRON, LISA
RSP OF...: WAS UNT/LOC/DST: C/D GP                QTR.: D01-013L   RCV OFC: DAN
REMEDY ID: 740965-F1     SUB1: 16ZM SUB2:        DATE RCV:   07-03-2013
UNT  RCV..:W              QTR RCV.: D05-002U      FACL RCV: DAN
UNT  ORG..:W              QTR ORG.: D05-002U      FACL ORG: DAN
EVT FACL.: DAN    ACC LEV: DAN 1 NER 2 BOP 1   RESP DUE:  TUE  07-23-2013
ABSTRACT.: APPEALING DENIAL OF EMAIL ACCOUNT ACCESS
STATUS DT: 07-17-2013  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:               RCT: P EXT:  DATE ENTD: 07-03-2013
REMARKS..:




REGNO: 12775-049 NAME: BIRON, LISA
RSP OF...: WAS UNT/LOC/DST: C/D GP                QTR.: D01-013L   RCV OFC: NER
REMEDY ID: 744587-R1     SUB1: 20BM SUB2:        DATE RCV:   07-31-2013
UNT  RCV..:W              QTR RCV.: D07-001U      FACL RCV: DAN
UNT  ORG..:W              QTR ORG.: D07-001U      FACL ORG: DAN
EVT FACL.: DAN    ACC LEV: NER 1 BOP 1             RESP DUE:  FRI  08-30-2013
ABSTRACT.: DHO APPEAL/CODE 397
STATUS DT: 08-30-2013  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.: 2459044  RCT: P EXT:  DATE ENTD: 08-01-2013
REMARKS..:
```

```
    G0002       MORE PAGES TO FOLLOW . . .
```

```
   RCHAN        *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *    01-23-2020
PAGE 003 OF      *              FULL SCREEN FORMAT          *     06:28:12


REGNO: 12775-049 NAME: BIRON, LISA
RSP OF...: WAS UNT/LOC/DST: C/D GP            QTR.: D01-013L   RCV OFC: NER
REMEDY ID: 740965-R1     SUB1: 16ZM SUB2:     DATE RCV:   08-07-2013
UNT  RCV..:W             QTR RCV.: D02-010U    FACL RCV: DAN
UNT  ORG..:W             QTR ORG.: D05-002U    FACL ORG: DAN
EVT FACL.: DAN    ACC LEV: DAN  1 NER  2 BOP  1   RESP DUE:
ABSTRACT.: APPEALING DENIAL OF EMAIL ACCOUNT ACCESS
STATUS DT: 08-08-2013  STATUS CODE: REJ STATUS REASON: OTH RSR
INCRPTNO.:           RCT:   EXT:  DATE ENTD: 08-08-2013
REMARKS..: WE DON'T GIVE EXTENSIONS IN ADVANCE;SUBMIT APPEAL ON
           BP10 INCLUDE YOUR BP9 AND RESPONSE



REGNO: 12775-049 NAME: BIRON, LISA
RSP OF...: WAS UNT/LOC/DST: C/D GP            QTR.: D01-013L   RCV OFC: NER
REMEDY ID: 740965-R2     SUB1: 16ZM SUB2:     DATE RCV:   08-19-2013
UNT  RCV..:W             QTR RCV.: D02-010U    FACL RCV: DAN
UNT  ORG..:W             QTR ORG.: D05-002U    FACL ORG: DAN
EVT FACL.: DAN    ACC LEV: DAN  1 NER  2 BOP  1   RESP DUE: WED 09-18-2013
ABSTRACT.: APPEALING DENIAL OF EMAIL ACCOUNT ACCESS
STATUS DT: 09-18-2013  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:           RCT: P EXT:  DATE ENTD: 08-21-2013
REMARKS..:
```

```
   G0002       MORE PAGES TO FOLLOW . . .
```

```
     RCHAN            *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *     01-23-2020
PAGE 004 OF        *              FULL SCREEN FORMAT              *     06:28:12


REGNO: 12775-049 NAME: BIRON, LISA
RSP OF...: WAS UNT/LOC/DST: C/D GP                QTR.: D01-013L   RCV OFC: DAN
REMEDY ID: 749708-F1       SUB1: 16ZM SUB2:       DATE RCV:   09-13-2013
UNT  RCV..:W            QTR RCV.: D02-010U       FACL RCV: DAN
UNT  ORG..:W            QTR ORG.: D02-010U       FACL ORG: DAN
EVT FACL.: DAN    ACC LEV: DAN  1 NER  1 BOP  1  RESP DUE:  THU 10-03-2013
ABSTRACT.: FEELS LEGAL MAIL BEING OPENED IN VIOLATION OF RIGHTS
STATUS DT: 09-16-2013  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:             RCT: P EXT:  DATE ENTD: 09-13-2013
REMARKS..:




REGNO: 12775-049 NAME: BIRON, LISA
RSP OF...: WAS UNT/LOC/DST: C/D GP                QTR.: D01-013L   RCV OFC: DAN
REMEDY ID: 752630-F1       SUB1: 16DM SUB2: 34ZM DATE RCV:   10-07-2013
UNT  RCV..:W            QTR RCV.: D02-010U       FACL RCV: DAN
UNT  ORG..:W            QTR ORG.: D02-010U       FACL ORG: DAN
EVT FACL.: DAN    ACC LEV: DAN  1               RESP DUE:  SUN 10-27-2013
ABSTRACT.: FEELS STAFF REJ. MAIL IN ERROR/STAFF ARE RETALATING
STATUS DT: 10-22-2013  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:             RCT: P EXT:  DATE ENTD: 10-07-2013
REMARKS..:
```

G0002       MORE PAGES TO FOLLOW . . .

```
    RCHAN          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      01-23-2020
PAGE 005 OF        *            FULL SCREEN FORMAT             *      06:28:12


REGNO: 12775-049 NAME: BIRON, LISA
RSP OF...: WAS UNT/LOC/DST: C/D GP              QTR.: D01-013L   RCV OFC: NER
REMEDY ID: 749708-R1      SUB1: 16ZM SUB2:      DATE RCV:   10-07-2013
UNT  RCV..:W            QTR RCV.: D02-010U      FACL RCV: DAN
UNT  ORG..:W            QTR ORG.: D02-010U      FACL ORG: DAN
EVT FACL.: DAN   ACC LEV: DAN  1 NER  1 BOP  1   RESP DUE: FRI 12-06-2013
ABSTRACT.: FEELS LEGAL MAIL BEING OPENED IN VIOLATION OF RIGHTS
STATUS DT: 12-06-2013  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:            RCT: P EXT: P DATE ENTD: 10-21-2013
REMARKS..: GOV FURL




REGNO: 12775-049 NAME: BIRON, LISA
RSP OF...: WAS UNT/LOC/DST: C/D GP              QTR.: D01-013L   RCV OFC: BOP
REMEDY ID: 744587-A1      SUB1: 20BM SUB2:      DATE RCV:   10-17-2013
UNT  RCV..:W            QTR RCV.: D02-010U      FACL RCV: DAN
UNT  ORG..:W            QTR ORG.: D07-001U      FACL ORG: DAN
EVT FACL.: DAN   ACC LEV: NER  1 BOP  1           RESP DUE: MON 12-16-2013
ABSTRACT.: DHO APPEAL/CODE 397
STATUS DT: 04-17-2015  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.: 2459044  RCT: P EXT: P DATE ENTD: 10-23-2013
REMARKS..:




G0002      MORE PAGES TO FOLLOW . . .
```

```
    RCHAN            *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      01-23-2020
PAGE 006 OF         *              FULL SCREEN FORMAT              *      06:28:12


REGNO: 12775-049 NAME: BIRON, LISA
RSP OF...: WAS UNT/LOC/DST: C/D GP                 QTR.: D01-013L   RCV OFC: BOP
REMEDY ID: 740965-A1      SUB1: 16ZM SUB2:         DATE RCV:   11-06-2013
UNT  RCV..:W            QTR RCV.: Z01-012UAD     FACL RCV: DAN
UNT  ORG..:W            QTR ORG.: D05-002U       FACL ORG: DAN
EVT FACL.: DAN    ACC LEV: DAN  1 NER  2 BOP  1    RESP DUE: SUN  01-05-2014
ABSTRACT.: APPEALING DENIAL OF EMAIL ACCOUNT ACCESS
STATUS DT: 01-23-2014  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:              RCT: P EXT: P DATE ENTD: 11-13-2013
REMARKS..:




REGNO: 12775-049 NAME: BIRON, LISA
RSP OF...: WAS UNT/LOC/DST: C/D GP                 QTR.: D01-013L   RCV OFC: NER
REMEDY ID: 760540-R1      SUB1: 20DM SUB2:         DATE RCV:   12-05-2013
UNT  RCV..:W            QTR RCV.: Z03-003UDS     FACL RCV: DAN
UNT  ORG..:W            QTR ORG.: Z03-003UDS     FACL ORG: DAN
EVT FACL.: DAN    ACC LEV: NER  1 BOP  2          RESP DUE: SAT  01-04-2014
ABSTRACT.: DHO HRNG 11-20-2013, CODE 196
STATUS DT: 01-03-2014  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.: 2511967  RCT: P EXT:  DATE ENTD: 12-09-2013
REMARKS..:
```

```
G0002      MORE PAGES TO FOLLOW . . .
```

```
   RCHAN           *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      01-23-2020
PAGE 007 OF       *              FULL SCREEN FORMAT              *      06:28:12


REGNO: 12775-049 NAME: BIRON, LISA
RSP OF...: WAS UNT/LOC/DST: C/D GP              QTR.: D01-013L   RCV OFC: BOP
REMEDY ID: 749708-A1      SUB1: 16ZM SUB2:      DATE RCV:   01-08-2014
UNT  RCV..:W              QTR RCV.: M02-041U    FACL RCV: DAN
UNT  ORG..:W              QTR ORG.: D02-010U    FACL ORG: DAN
EVT FACL.: DAN    ACC LEV: DAN  1 NER  1 BOP  1  RESP DUE: SUN 03-09-2014
ABSTRACT.: FEELS LEGAL MAIL BEING OPENED IN VIOLATION OF RIGHTS
STATUS DT: 04-21-2014  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:               RCT: P EXT: P DATE ENTD: 02-03-2014
REMARKS..:




REGNO: 12775-049 NAME: BIRON, LISA
RSP OF...: WAS UNT/LOC/DST: C/D GP              QTR.: D01-013L   RCV OFC: BOP
REMEDY ID: 760540-A1      SUB1: 20DM SUB2:      DATE RCV:   01-14-2014
UNT  RCV..:W              QTR RCV.: I01-008U    FACL RCV: DAN
UNT  ORG..:W              QTR ORG.: Z03-003UDS  FACL ORG: DAN
EVT FACL.: DAN    ACC LEV: NER  1 BOP  2          RESP DUE:
ABSTRACT.: DHO HRNG 11-20-2013, CODE 196
STATUS DT: 01-30-2014  STATUS CODE: REJ STATUS REASON: RAP RSA
INCRPTNO.: 2511967  RCT:    EXT:  DATE ENTD: 01-30-2014
REMARKS..:












G0002      MORE PAGES TO FOLLOW . . .
```

```
   RCHAN          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *    01-23-2020
PAGE 008 OF        *            FULL SCREEN FORMAT            *    06:28:12


REGNO: 12775-049 NAME: BIRON, LISA
RSP OF...: WAS UNT/LOC/DST: C/D GP              QTR.: D01-013L   RCV OFC: BOP
REMEDY ID: 760540-A2      SUB1: 20DM SUB2:      DATE RCV:   01-30-2014
UNT  RCV..:W            QTR RCV.: I01-008U    FACL RCV: DAN
UNT  ORG..:W            QTR ORG.: Z03-003UDS    FACL ORG: DAN
EVT FACL.: DAN    ACC LEV: NER  1 BOP  2         RESP DUE:  MON  03-31-2014
ABSTRACT.: DHO HRNG 11-20-2013, CODE 196
STATUS DT: 08-03-2015  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.: 2511967   RCT: P EXT: P DATE ENTD: 02-26-2014
REMARKS..:




REGNO: 12775-049 NAME: BIRON, LISA
RSP OF...: WAS UNT/LOC/DST: C/D GP              QTR.: D01-013L   RCV OFC: NER
REMEDY ID: 769475-R1      SUB1: 20DS SUB2:      DATE RCV:   02-26-2014
UNT  RCV..:W            QTR RCV.: Z03-006LDS    FACL RCV: DAN
UNT  ORG..:W            QTR ORG.: Z03-006LDS    FACL ORG: DAN
EVT FACL.: DAN    ACC LEV:                         RESP DUE:
ABSTRACT.: DHO APPEAL
STATUS DT: 02-26-2014  STATUS CODE: REJ STATUS REASON: DHO OTH RSR
INCRPTNO.:           RCT:   EXT:   DATE ENTD: 02-26-2014
REMARKS..: PLEASE WRITE YOUR APPEAL IN ENGLISH
           PROVIDE A COPY OF THE DHO REPORT YOU ARE APPEALING
           SEE UNIT TEAM FOR HELP
```

```
  G0002       MORE PAGES TO FOLLOW . . .
```

```
   RCHAN            *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      01-23-2020
PAGE 009 OF       *                 FULL SCREEN FORMAT            *      06:28:12


REGNO: 12775-049 NAME: BIRON, LISA
RSP OF...: WAS UNT/LOC/DST: C/D GP                QTR.: D01-013L  RCV OFC: DAN
REMEDY ID: 770265-F1      SUB1: 22ZM SUB2:        DATE RCV:   03-05-2014
UNT  RCV..:W              QTR RCV.: Z03-006LDS    FACL RCV: DAN
UNT  ORG..:W              QTR ORG.: Z03-006LDS    FACL ORG: DAN
EVT FACL.: DAN    ACC LEV:                              RESP DUE:
ABSTRACT.: INADEQUATE RECREATION IN SPECIAL HOUSING
STATUS DT: 03-05-2014  STATUS CODE: REJ STATUS REASON: INF RSF CON
INCRPTNO.:               RCT:  EXT:  DATE ENTD: 03-05-2014
REMARKS..:




REGNO: 12775-049 NAME: BIRON, LISA
RSP OF...: WAS UNT/LOC/DST: C/D GP                QTR.: D01-013L  RCV OFC: NER
REMEDY ID: 770420-R1      SUB1: 20DM SUB2:        DATE RCV:   03-06-2014
UNT  RCV..:E             QTR RCV.: Z01-016LAD     FACL RCV: BRO
UNT  ORG..:             QTR ORG.:                 FACL ORG:
EVT FACL.: DAN    ACC LEV:                              RESP DUE:
ABSTRACT.: DHO APPEALS 2543232 & 2545925
STATUS DT: 03-06-2014  STATUS CODE: VOD STATUS REASON:
INCRPTNO.:               RCT:  EXT:  DATE ENTD: 03-06-2014
REMARKS..: ALREADY HAS A NUMBER 769475-R1 GAVE NEW NUMBER
           IN ERROR
```

G0002      MORE PAGES TO FOLLOW . . .

```
    RCHAN          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *     01-23-2020
PAGE 010 OF         *            FULL SCREEN FORMAT              *      06:28:12


REGNO: 12775-049 NAME: BIRON, LISA
RSP OF...: WAS UNT/LOC/DST: C/D GP              QTR.: D01-013L  RCV OFC: NER
REMEDY ID: 769475-R2     SUB1: 20DS SUB2:       DATE RCV:   03-06-2014
UNT  RCV..:E            QTR RCV.: Z01-016LAD    FACL RCV: BRO
UNT  ORG..:W            QTR ORG.: Z03-006LDS    FACL ORG: DAN
EVT FACL.: DAN    ACC LEV:                           RESP DUE:
ABSTRACT.: DHO APPEALS 2543232 & 2545925
STATUS DT: 03-06-2014  STATUS CODE: REJ STATUS REASON: MLT RSR
INCRPTNO.:            RCT:  EXT:  DATE ENTD: 03-06-2014
REMARKS..:




REGNO: 12775-049 NAME: BIRON, LISA
RSP OF...: WAS UNT/LOC/DST: C/D GP              QTR.: D01-013L  RCV OFC: NER
REMEDY ID: 773112-R1     SUB1: 20DM SUB2:       DATE RCV:   03-25-2014
UNT  RCV..:HOLDOVER F   QTR RCV.: E05-512U     FACL RCV: OKL
UNT  ORG..:HOLDOVER F   QTR ORG.: E05-512U     FACL ORG: OKL
EVT FACL.: DAN    ACC LEV:                           RESP DUE:
ABSTRACT.: DHO APPEAL CODE 296 HEARING 02/19/2014
STATUS DT: 03-27-2014  STATUS CODE: REJ STATUS REASON: OTH UTR RSR
INCRPTNO.: 2545925  RCT:  EXT:  DATE ENTD: 03-27-2014
REMARKS..: YOUR APPEAL IS UNTIMELY, IT WAS DUE TO THE NERO BY
           3/13/2014 IT WAS RCV'D ON 3/25/2014. PROVIDE STAFF
           VERIFICATION FOR BEING UNTIMELY.
```

```
G0002      MORE PAGES TO FOLLOW . . .
```

```
  RCHAN          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      01-23-2020
PAGE 011 OF      *              FULL SCREEN FORMAT              *      06:28:12


REGNO: 12775-049 NAME: BIRON, LISA
RSP OF...: WAS UNT/LOC/DST: C/D GP                QTR.: D01-013L   RCV OFC: NER
REMEDY ID: 769475-R3     SUB1: 20DS SUB2:         DATE RCV:    03-25-2014
UNT  RCV..:HOLDOVER F   QTR RCV.: E05-512U        FACL RCV: OKL
UNT  ORG..:W            QTR ORG.: Z03-006LDS      FACL ORG: DAN
EVT FACL.: DAN    ACC LEV:                            RESP DUE:
ABSTRACT.: DHO APPEAL
STATUS DT: 03-27-2014   STATUS CODE: REJ STATUS REASON: UTR RSR OTH
INCRPTNO.: 2543232   RCT:   EXT:   DATE ENTD: 03-27-2014
REMARKS..: PROVIDE STAFF VERIFICATION FOR BEING UNTIMELY




REGNO: 12775-049 NAME: BIRON, LISA
RSP OF...: WAS UNT/LOC/DST: C/D GP                QTR.: D01-013L   RCV OFC: CRW
REMEDY ID: 787460-F1     SUB1: 33FM SUB2:         DATE RCV:    07-21-2014
UNT  RCV..:UNIT 2      QTR RCV.: I04-013U         FACL RCV: CRW
UNT  ORG..:UNIT 2      QTR ORG.: I04-013U         FACL ORG: CRW
EVT FACL.: CRW    ACC LEV:  CRW  1 SCR  1 BOP  1   RESP DUE:  SUN  08-10-2014
ABSTRACT.: REQUESTING LEGAL/SPECIAL MAIL TO BE SENT OUT
STATUS DT: 08-08-2014   STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:            RCT: P EXT:   DATE ENTD: 07-22-2014
REMARKS..:
```

```
G0002      MORE PAGES TO FOLLOW . . .
```

```
   RCHAN          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      01-23-2020
PAGE 012 OF        *               FULL SCREEN FORMAT           *      06:28:12


REGNO: 12775-049 NAME: BIRON, LISA
RSP OF...: WAS UNT/LOC/DST: C/D GP                 QTR.: D01-013L   RCV OFC: SCR
REMEDY ID: 787460-R1      SUB1: 33FM SUB2:         DATE RCV:   08-18-2014
UNT  RCV..:UNIT 2       QTR RCV.: I04-249U       FACL RCV: CRW
UNT  ORG..:UNIT 2       QTR ORG.: I04-013U       FACL ORG: CRW
EVT FACL.: CRW    ACC LEV:  CRW  1 SCR  1 BOP  1   RESP DUE:  FRI  10-17-2014
ABSTRACT.: REQUESTING LEGAL/SPECIAL MAIL TO BE SENT OUT
STATUS DT: 10-16-2014  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:            RCT: P EXT: P DATE ENTD: 09-17-2014
REMARKS..:




REGNO: 12775-049 NAME: BIRON, LISA
RSP OF...: WAS UNT/LOC/DST: C/D GP                 QTR.: D01-013L   RCV OFC: SCR
REMEDY ID: 795306-R1      SUB1: 20DM SUB2:         DATE RCV:   09-08-2014
UNT  RCV..:UNIT 2       QTR RCV.: I04-249U       FACL RCV: CRW
UNT  ORG..:UNIT 2       QTR ORG.: I04-249U       FACL ORG: CRW
EVT FACL.: CRW    ACC LEV:  SCR  1                 RESP DUE:  FRI  11-07-2014
ABSTRACT.: DHO HEARING 07-31-2014, CODE 296
STATUS DT: 10-17-2014  STATUS CODE: CLG STATUS REASON: PAR
INCRPTNO.: 2602170   RCT: P EXT: P DATE ENTD: 09-24-2014
REMARKS..: RECONSIDERATION




G0002     MORE PAGES TO FOLLOW . . .
```

```
  RCHAN        *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      01-23-2020
PAGE 013 OF        *            FULL SCREEN FORMAT           *      06:28:12


REGNO: 12775-049 NAME: BIRON, LISA
RSP OF...: WAS UNT/LOC/DST: C/D GP              QTR.: D01-013L   RCV OFC: CRW
REMEDY ID: 795392-F1     SUB1: 33HM SUB2: 20AM DATE RCV:   09-24-2014
UNT  RCV..:UNIT 2      QTR RCV.: I04-249U      FACL RCV: CRW
UNT  ORG..:UNIT 2      QTR ORG.: I04-249U      FACL ORG: CRW
EVT FACL.: CRW    ACC LEV:  CRW  1 SCR  1 BOP  1   RESP DUE:  TUE  10-14-2014
ABSTRACT.: REQUESTING THE STATUS OF MULTIPLE ADMIN REMEDIES
STATUS DT: 10-01-2014  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.: 2602170   RCT: P EXT:  DATE ENTD: 09-24-2014
REMARKS..:




REGNO: 12775-049 NAME: BIRON, LISA
RSP OF...: WAS UNT/LOC/DST: C/D GP              QTR.: D01-013L   RCV OFC: SCR
REMEDY ID: 795392-R1     SUB1: 33HM SUB2:      DATE RCV:   10-14-2014
UNT  RCV..:UNIT 2      QTR RCV.: I04-249U      FACL RCV: CRW
UNT  ORG..:UNIT 2      QTR ORG.: I04-249U      FACL ORG: CRW
EVT FACL.: CRW    ACC LEV:  CRW  1 SCR  1 BOP  1   RESP DUE:  THU  11-13-2014
ABSTRACT.: REQUESTING THE STATUS OF MULTIPLE ADMIN REMEDIES
STATUS DT: 10-29-2014  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:          RCT: P EXT:  DATE ENTD: 10-15-2014
REMARKS..:
```

```
  G0002      MORE PAGES TO FOLLOW . . .
```

```
   RCHAN        *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      01-23-2020
PAGE 014 OF        *           FULL SCREEN FORMAT           *      06:28:12


   REGNO: 12775-049 NAME: BIRON, LISA
   RSP OF...: WAS UNT/LOC/DST: C/D GP              QTR.: D01-013L   RCV OFC: BOP
   REMEDY ID: 787460-A1      SUB1: 33FM SUB2:      DATE RCV:   11-10-2014
   UNT  RCV..:UNIT 2       QTR RCV.: I04-249U      FACL RCV: CRW
   UNT  ORG..:UNIT 2       QTR ORG.: I04-013U      FACL ORG: CRW
   EVT FACL.: CRW    ACC LEV:  CRW  1 SCR  1 BOP  1  RESP DUE:  FRI  01-09-2015
   ABSTRACT.: REQUESTING LEGAL/SPECIAL MAIL TO BE SENT OUT
   STATUS DT: 03-09-2016  STATUS CODE: CLO STATUS REASON: XPL
   INCRPTNO.:              RCT: P EXT: P DATE ENTD: 12-15-2014
   REMARKS..:




   REGNO: 12775-049 NAME: BIRON, LISA
   RSP OF...: WAS UNT/LOC/DST: C/D GP              QTR.: D01-013L   RCV OFC: BOP
   REMEDY ID: 795392-A1      SUB1: 33HM SUB2:      DATE RCV:   11-18-2014
   UNT  RCV..:UNIT 2       QTR RCV.: I04-249U      FACL RCV: CRW
   UNT  ORG..:UNIT 2       QTR ORG.: I04-249U      FACL ORG: CRW
   EVT FACL.: CRW    ACC LEV:  CRW  1 SCR  1 BOP  1  RESP DUE:  SAT  01-17-2015
   ABSTRACT.: REQUESTING THE STATUS OF MULTIPLE ADMIN REMEDIES
   STATUS DT: 11-03-2015  STATUS CODE: CLO STATUS REASON: XPL
   INCRPTNO.:              RCT: P EXT: P DATE ENTD: 01-05-2015
   REMARKS..:
```

```
   G0002      MORE PAGES TO FOLLOW . . .
```

```
  RCHAN        *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      01-23-2020
PAGE 015 OF        *           FULL SCREEN FORMAT             *      06:28:12


REGNO: 12775-049 NAME: BIRON, LISA
RSP OF...: WAS UNT/LOC/DST: C/D GP              QTR.: D01-013L   RCV OFC: SCR
REMEDY ID: 805002-R1      SUB1: 20DM SUB2:      DATE RCV:   12-12-2014
UNT  RCV..:UNIT 2      QTR RCV.: I04-249U      FACL RCV: CRW
UNT  ORG..:UNIT 2      QTR ORG.: I04-249U      FACL ORG: CRW
EVT FACL.: CRW    ACC LEV: SCR  1 BOP  1      RESP DUE: SUN  01-11-2015
ABSTRACT.: DHO REHRNG 11-20-14, CODE 296
STATUS DT: 01-02-2015  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.: 2602170  RCT: P EXT:  DATE ENTD: 12-18-2014
REMARKS..:




REGNO: 12775-049 NAME: BIRON, LISA
RSP OF...: WAS UNT/LOC/DST: C/D GP              QTR.: D01-013L   RCV OFC: CRW
REMEDY ID: 804649-F1      SUB1: 16BM SUB2: 33ZM DATE RCV:   12-16-2014
UNT  RCV..:UNIT 2      QTR RCV.: I04-249U      FACL RCV: CRW
UNT  ORG..:UNIT 2      QTR ORG.: I04-249U      FACL ORG: CRW
EVT FACL.: CRW    ACC LEV:  CRW  1 SCR  1 BOP  1  RESP DUE: MON  01-05-2015
ABSTRACT.: COMMUNICATE BY PHONE/MAIL WITHOUT BOP INTERFERENCE
STATUS DT: 12-22-2014  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:          RCT: P EXT:  DATE ENTD: 12-16-2014
REMARKS..:




G0002      MORE PAGES TO FOLLOW . . .
```

```
   RCHAN           *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      01-23-2020
PAGE 016 OF      *              FULL SCREEN FORMAT             *      06:28:12


REGNO: 12775-049 NAME: BIRON, LISA
RSP OF...: WAS UNT/LOC/DST: C/D GP              QTR.: D01-013L   RCV OFC: SCR
REMEDY ID: 804649-R1      SUB1: 16BM SUB2: 33ZM DATE RCV:   12-31-2014
UNT  RCV..:UNIT 2      QTR RCV.: I04-249U      FACL RCV: CRW
UNT  ORG..:UNIT 2      QTR ORG.: I04-249U      FACL ORG: CRW
EVT FACL.: CRW    ACC LEV:  CRW  1 SCR  1 BOP  1  RESP DUE:  FRI  01-30-2015
ABSTRACT.: COMMUNICATE BY PHONE/MAIL WITHOUT BOP INTERFERENCE
STATUS DT: 01-15-2015  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:              RCT: P EXT:   DATE ENTD: 01-02-2015
REMARKS..:




REGNO: 12775-049 NAME: BIRON, LISA
RSP OF...: WAS UNT/LOC/DST: C/D GP              QTR.: D01-013L   RCV OFC: CRW
REMEDY ID: 806052-F1      SUB1: 16BM SUB2: 33ZM DATE RCV:   01-02-2015
UNT  RCV..:UNIT 2      QTR RCV.: I04-249U      FACL RCV: CRW
UNT  ORG..:UNIT 2      QTR ORG.: I04-249U      FACL ORG: CRW
EVT FACL.: CRW    ACC LEV:  CRW  1 SCR  1 BOP  1  RESP DUE:  THU  01-22-2015
ABSTRACT.: REQUESTING PHONE/MAIL CONTACT WITH DAUGHTER
STATUS DT: 01-06-2015  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:              RCT: P EXT:   DATE ENTD: 01-02-2015
REMARKS..:
```

G0002      MORE PAGES TO FOLLOW . . .

```
  RCHAN           *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *     01-23-2020
PAGE 017 OF        *            FULL SCREEN FORMAT            *       06:28:12


REGNO: 12775-049 NAME: BIRON, LISA
RSP OF...: WAS UNT/LOC/DST: C/D GP            QTR.: D01-013L   RCV OFC: SCR
REMEDY ID: 806052-R1      SUB1: 16BM SUB2: 33ZM DATE RCV:   01-15-2015
UNT  RCV..:UNIT 2      QTR RCV.: I04-249U      FACL RCV: CRW
UNT  ORG..:UNIT 2      QTR ORG.: I04-249U      FACL ORG: CRW
EVT FACL.: CRW    ACC LEV: CRW  1 SCR  1 BOP  1  RESP DUE: SAT 02-14-2015
ABSTRACT.: REQUESTING PHONE/MAIL CONTACT WITH DAUGHTER
STATUS DT: 01-28-2015  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:            RCT: P EXT:  DATE ENTD: 01-15-2015
REMARKS..:




REGNO: 12775-049 NAME: BIRON, LISA
RSP OF...: WAS UNT/LOC/DST: C/D GP            QTR.: D01-013L   RCV OFC: BOP
REMEDY ID: 805002-A1      SUB1: 20DM SUB2:       DATE RCV:   01-22-2015
UNT  RCV..:UNIT 2      QTR RCV.: I04-249U      FACL RCV: CRW
UNT  ORG..:UNIT 2      QTR ORG.: I04-249U      FACL ORG: CRW
EVT FACL.: CRW    ACC LEV: SCR  1 BOP  1         RESP DUE: MON 03-23-2015
ABSTRACT.: DHO REHRNG 11-20-14, CODE 296
STATUS DT: 05-10-2016  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.: 2602170  RCT: P EXT: P DATE ENTD: 02-25-2015
REMARKS..:
```

```
G0002       MORE PAGES TO FOLLOW . . .
```

```
   RCHAN          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *     01-23-2020
PAGE 018 OF      *              FULL SCREEN FORMAT              *     06:28:12


REGNO: 12775-049 NAME: BIRON, LISA
RSP OF...: WAS UNT/LOC/DST: C/D GP              QTR.: D01-013L   RCV OFC: BOP
REMEDY ID: 804649-A1     SUB1: 16BM SUB2: 33ZM DATE RCV:   02-09-2015
UNT  RCV..:UNIT 2     QTR RCV.: I04-249U     FACL RCV: CRW
UNT  ORG..:UNIT 2     QTR ORG.: I04-249U     FACL ORG: CRW
EVT FACL.: CRW    ACC LEV:  CRW  1 SCR  1 BOP  1   RESP DUE:  FRI  04-10-2015
ABSTRACT.: COMMUNICATE BY PHONE/MAIL WITHOUT BOP INTERFERENCE
STATUS DT: 04-05-2016  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:              RCT: P EXT: P DATE ENTD: 02-26-2015
REMARKS..:




REGNO: 12775-049 NAME: BIRON, LISA
RSP OF...: WAS UNT/LOC/DST: C/D GP              QTR.: D01-013L   RCV OFC: BOP
REMEDY ID: 806052-A1     SUB1: 16BM SUB2: 33ZM DATE RCV:   02-20-2015
UNT  RCV..:UNIT 2     QTR RCV.: I04-249U     FACL RCV: CRW
UNT  ORG..:UNIT 2     QTR ORG.: I04-249U     FACL ORG: CRW
EVT FACL.: CRW    ACC LEV:  CRW  1 SCR  1 BOP  1   RESP DUE:  TUE  04-21-2015
ABSTRACT.: REQUESTING PHONE/MAIL CONTACT WITH DAUGHTER
STATUS DT: 04-05-2016  STATUS CODE: CLO STATUS REASON: REP
INCRPTNO.:              RCT: P EXT: P DATE ENTD: 03-25-2015
REMARKS..:
```

```
G0002      MORE PAGES TO FOLLOW . . .
```

```
    RCHAN          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      01-23-2020
PAGE 019 OF        *             FULL SCREEN FORMAT              *      06:28:12


REGNO: 12775-049 NAME: BIRON, LISA
RSP OF...: WAS UNT/LOC/DST: C/D GP               QTR.: D01-013L   RCV OFC: CRW
REMEDY ID: 814776-F1      SUB1: 21AM SUB2:       DATE RCV:   03-23-2015
UNT  RCV..:UNIT 2      QTR RCV.: I04-249U      FACL RCV: CRW
UNT  ORG..:UNIT 2      QTR ORG.: I04-249U      FACL ORG: CRW
EVT FACL.: CRW    ACC LEV: CRW  1            RESP DUE: SUN  04-12-2015
ABSTRACT.: APPEALING SANCTIONS FOR TWO INCIDENT REPORTS
STATUS DT: 04-01-2015  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.: 2676893  RCT: P EXT:  DATE ENTD: 03-23-2015
REMARKS..:




REGNO: 12775-049 NAME: BIRON, LISA
RSP OF...: WAS UNT/LOC/DST: C/D GP               QTR.: D01-013L   RCV OFC: SCR
REMEDY ID: 826380-R1      SUB1: 20DS SUB2:       DATE RCV:   06-26-2015
UNT  RCV..:UNIT 2      QTR RCV.: Z02-102UAD     FACL RCV: CRW
UNT  ORG..:UNIT 2      QTR ORG.: Z02-102UAD     FACL ORG: CRW
EVT FACL.: CRW    ACC LEV: SCR  1 BOP  1        RESP DUE: SUN  07-26-2015
ABSTRACT.: DHO HEARING 6-9-2015, CODES 296/306
STATUS DT: 07-07-2015  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.: 2721822  RCT: P EXT:  DATE ENTD: 06-29-2015
REMARKS..:
```

```
  RCHAN          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *    01-23-2020
PAGE 020 OF       *            FULL SCREEN FORMAT            *    06:28:12


REGNO: 12775-049 NAME: BIRON, LISA
RSP OF...: WAS UNT/LOC/DST: C/D GP             QTR.: D01-013L   RCV OFC: BOP
REMEDY ID: 826380-A1      SUB1: 20DS SUB2:     DATE RCV:   07-28-2015
UNT  RCV..:UNIT 2      QTR RCV.: I04-208U      FACL RCV: CRW
UNT  ORG..:UNIT 2      QTR ORG.: Z02-102UAD    FACL ORG: CRW
EVT FACL.: CRW    ACC LEV: SCR 1 BOP 1         RESP DUE: SAT 09-26-2015
ABSTRACT.: DHO HEARING 6-9-2015, CODES 296/306
STATUS DT: 01-12-2017  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.: 2721822   RCT: P EXT: P DATE ENTD: 08-07-2015
REMARKS..:




REGNO: 12775-049 NAME: BIRON, LISA
RSP OF...: WAS UNT/LOC/DST: C/D GP             QTR.: D01-013L   RCV OFC: CRW
REMEDY ID: 840328-F1      SUB1: 21AM SUB2:     DATE RCV:   10-26-2015
UNT  RCV..:UNIT 2      QTR RCV.: I04-208U      FACL RCV: CRW
UNT  ORG..:UNIT 2      QTR ORG.: I04-208U      FACL ORG: CRW
EVT FACL.: CRW    ACC LEV: CRW 1 SCR 1         RESP DUE: SAT 12-05-2015
ABSTRACT.: APPEALING INCIDENT REPORT 2756099 UDC
STATUS DT: 12-09-2015  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.: 2756099   RCT: P EXT: P DATE ENTD: 10-27-2015
REMARKS..: WRONG INCIDENT REPORT NUMBER USED FOR RIGHT INMATE
           AND SAME CHARGE, ENTERED DHO RATHER THAN UDC.
```

```
  RCHAN          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *    01-23-2020
PAGE 021 OF       *           FULL SCREEN FORMAT           *    06:28:12


REGNO: 12775-049 NAME: BIRON, LISA
RSP OF...: WAS UNT/LOC/DST: C/D GP              QTR.: D01-013L   RCV OFC: CRW
REMEDY ID: 840330-F1     SUB1: 33AM SUB2: 33ZM DATE RCV:   10-26-2015
UNT  RCV..:UNIT 2     QTR RCV.: I04-208U     FACL RCV: CRW
UNT  ORG..:UNIT 2     QTR ORG.: I04-208U     FACL ORG: CRW
EVT FACL.: CRW    ACC LEV: CRW  1 SCR  1      RESP DUE: SUN  11-15-2015
ABSTRACT.: STAFF BE TRAINED ON INMATE LEGAL WORK RIGHTS
STATUS DT: 11-10-2015  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:           RCT: P EXT:  DATE ENTD: 10-27-2015
REMARKS..:




REGNO: 12775-049 NAME: BIRON, LISA
RSP OF...: WAS UNT/LOC/DST: C/D GP              QTR.: D01-013L   RCV OFC: CRW
REMEDY ID: 842574-F1     SUB1: 25DM SUB2:      DATE RCV:   11-13-2015
UNT  RCV..:UNIT 2     QTR RCV.: I04-208U     FACL RCV: CRW
UNT  ORG..:UNIT 2     QTR ORG.: I04-208U     FACL ORG: CRW
EVT FACL.: CRW    ACC LEV: CRW  1 SCR  1 BOP  1   RESP DUE: THU  12-03-2015
ABSTRACT.: RETURN PAPERS & PIC TAKEN DUE TO SEXUALLY EXPLICIT
STATUS DT: 11-27-2015  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:           RCT: P EXT:  DATE ENTD: 11-17-2015
REMARKS..:
```

```
   RCHAN          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      01-23-2020
PAGE 022 OF      *              FULL SCREEN FORMAT              *      06:28:12


REGNO: 12775-049 NAME: BIRON, LISA
RSP OF...: WAS UNT/LOC/DST: C/D GP                QTR.: D01-013L   RCV OFC: SCR
REMEDY ID: 842574-R1      SUB1: 25DM SUB2:      DATE RCV:   12-02-2015
UNT  RCV..:UNIT 2       QTR RCV.: I04-208U      FACL RCV: CRW
UNT  ORG..:UNIT 2       QTR ORG.: I04-208U      FACL ORG: CRW
EVT FACL.: CRW    ACC LEV:  CRW  1 SCR  1 BOP  1  RESP DUE: FRI  01-01-2016
ABSTRACT.: RETURN PAPERS & PIC TAKEN DUE TO SEXUALLY EXPLICIT
STATUS DT: 12-14-2015  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:            RCT: P EXT:  DATE ENTD: 12-08-2015
REMARKS..:




REGNO: 12775-049 NAME: BIRON, LISA
RSP OF...: WAS UNT/LOC/DST: C/D GP                QTR.: D01-013L   RCV OFC: SCR
REMEDY ID: 840330-R1      SUB1: 33AM SUB2: 33ZM DATE RCV:   12-02-2015
UNT  RCV..:UNIT 2       QTR RCV.: I04-208U      FACL RCV: CRW
UNT  ORG..:UNIT 2       QTR ORG.: I04-208U      FACL ORG: CRW
EVT FACL.: CRW    ACC LEV:  CRW  1 SCR  1        RESP DUE: FRI  01-01-2016
ABSTRACT.: STAFF BE TRAINED ON INMATE LEGAL WORK RIGHTS
STATUS DT: 12-14-2015  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:            RCT: P EXT:  DATE ENTD: 12-08-2015
REMARKS..:
```

```
G0002      MORE PAGES TO FOLLOW . . .
```

```
  RCHAN          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      01-23-2020
PAGE 023 OF        *           FULL SCREEN FORMAT           *        06:28:12


REGNO: 12775-049 NAME: BIRON, LISA
RSP OF...: WAS UNT/LOC/DST: C/D GP                QTR.: D01-013L   RCV OFC: SCR
REMEDY ID: 840328-R1      SUB1: 21AM SUB2:       DATE RCV:   12-02-2015
UNT  RCV..:UNIT 2      QTR RCV.: I04-208U      FACL RCV: CRW
UNT  ORG..:UNIT 2      QTR ORG.: I04-208U      FACL ORG: CRW
EVT FACL.: CRW    ACC LEV: CRW  1 SCR  1           RESP DUE: FRI  01-01-2016
ABSTRACT.: APPEALING INCIDENT REPORT 2756099 UDC
STATUS DT: 12-17-2015  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.: 2756099   RCT: P EXT:   DATE ENTD: 12-10-2015
REMARKS..:




REGNO: 12775-049 NAME: BIRON, LISA
RSP OF...: WAS UNT/LOC/DST: C/D GP                QTR.: D01-013L   RCV OFC: CRW
REMEDY ID: 845049-F1      SUB1: 33AM SUB2: 33ZM DATE RCV:   12-08-2015
UNT  RCV..:UNIT 2      QTR RCV.: I04-208U      FACL RCV: CRW
UNT  ORG..:UNIT 2      QTR ORG.: I04-208U      FACL ORG: CRW
EVT FACL.: CRW    ACC LEV: CRW  2 SCR  2 BOP  1   RESP DUE:
ABSTRACT.: LGL LV AND JOB CHANGE THAT ALLOWS ACCESS TO LGL LIBR
STATUS DT: 12-09-2015  STATUS CODE: REJ STATUS REASON: OTH RSF
INCRPTNO.:           RCT:   EXT:   DATE ENTD: 12-09-2015
REMARKS..: YOU MUST STATE YOUR COMPLAINT IN THE SPACE PROVIDED
           ON THE BP-9. YOU MAY NOT MERELY REFERENCE YOUR 8.5
           IN LIEU OF COMPLETING THE BP-9.
```

```
   RCHAN          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      01-23-2020
PAGE 024 OF        *            FULL SCREEN FORMAT              *      06:28:12


REGNO: 12775-049 NAME: BIRON, LISA
RSP OF...: WAS UNT/LOC/DST: C/D GP              QTR.: D01-013L   RCV OFC: CRW
REMEDY ID: 845049-F2     SUB1: 33AM SUB2: 33ZM DATE RCV:   12-17-2015
UNT  RCV..:UNIT 2      QTR RCV.: I04-208U      FACL RCV: CRW
UNT  ORG..:UNIT 2      QTR ORG.: I04-208U      FACL ORG: CRW
EVT FACL.: CRW    ACC LEV:  CRW  2 SCR  2 BOP  1  RESP DUE:  WED 01-06-2016
ABSTRACT.: LGL LV AND JOB CHANGE THAT ALLOWS ACCESS TO LGL LIBR
STATUS DT: 01-08-2016  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:               RCT: P EXT:  DATE ENTD: 12-17-2015
REMARKS..:




REGNO: 12775-049 NAME: BIRON, LISA
RSP OF...: WAS UNT/LOC/DST: C/D GP              QTR.: D01-013L   RCV OFC: CRW
REMEDY ID: 848563-F1     SUB1: 34BM SUB2:      DATE RCV:   01-14-2016
UNT  RCV..:UNIT 2      QTR RCV.: Z01-908LDS    FACL RCV: CRW
UNT  ORG..:UNIT 2      QTR ORG.: Z01-908LDS    FACL ORG: CRW
EVT FACL.: CRW    ACC LEV:  CRW  1               RESP DUE:  TUE 02-23-2016
ABSTRACT.: CLAIMS RESULTS OF URINE TEST FALSIFIED BY SIS
STATUS DT: 02-22-2016  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:               RCT: P EXT: P DATE ENTD: 01-14-2016
REMARKS..:
```

G0002      MORE PAGES TO FOLLOW . . .

```
   RCHAN          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      01-23-2020
PAGE 025 OF        *              FULL SCREEN FORMAT             *      06:28:12


REGNO: 12775-049 NAME: BIRON, LISA
RSP OF...: WAS UNT/LOC/DST: C/D GP                QTR.: D01-013L   RCV OFC: SCR
REMEDY ID: 840328-R2     SUB1: 21AM SUB2:         DATE RCV:    01-15-2016
UNT  RCV..:UNIT 2       QTR RCV.: Z01-908LDS      FACL RCV: CRW
UNT  ORG..:UNIT 2       QTR ORG.: I04-208U        FACL ORG: CRW
EVT FACL.: CRW    ACC LEV: CRW  1 SCR  1          RESP DUE:
ABSTRACT.: APPEALING INCIDENT REPORT 2756099 UDC
STATUS DT: 01-15-2016  STATUS CODE: REJ STATUS REASON: WRL OTH
INCRPTNO.: 2756099   RCT:   EXT:   DATE ENTD: 01-25-2016
REMARKS..: HAS BEEN ANSWERED AT THIS LEVEL. PLEASE SUBMIT
             TO THE CENTRAL OFFICE LEVEL.



REGNO: 12775-049 NAME: BIRON, LISA
RSP OF...: WAS UNT/LOC/DST: C/D GP                QTR.: D01-013L   RCV OFC: SCR
REMEDY ID: 849665-R1     SUB1: 34AS SUB2: 20ZS DATE RCV:    01-15-2016
UNT  RCV..:UNIT 2       QTR RCV.: Z01-908LDS      FACL RCV: CRW
UNT  ORG..:UNIT 2       QTR ORG.: Z01-908LDS      FACL ORG: CRW
EVT FACL.: CRW    ACC LEV:                        RESP DUE:
ABSTRACT.: CLAIMS SET UP WITH FALSE POSITIVE DRUG TEST
STATUS DT: 01-15-2016  STATUS CODE: REJ STATUS REASON: SEN
INCRPTNO.:           RCT:   EXT:   DATE ENTD: 01-27-2016
REMARKS..:




G0002      MORE PAGES TO FOLLOW . . .
```

```
   RCHAN         *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      01-23-2020
PAGE 026 OF       *            FULL SCREEN FORMAT            *       06:28:12


REGNO: 12775-049 NAME: BIRON, LISA
RSP OF...: WAS UNT/LOC/DST: C/D GP                QTR.: D01-013L  RCV OFC: SCR
REMEDY ID: 850825-R1      SUB1: 20DS SUB2:        DATE RCV:   01-25-2016
UNT  RCV..:UNIT 2      QTR RCV.: Z01-911LDS    FACL RCV: CRW
UNT  ORG..:UNIT 2      QTR ORG.: Z01-911LDS    FACL ORG: CRW
EVT FACL.: CRW    ACC LEV: SCR 1 BOP 3          RESP DUE: WED 02-24-2016
ABSTRACT.: DHO HEARING 12-31-2016, CODE 112
STATUS DT: 02-11-2016  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.: 2795454  RCT: P EXT:  DATE ENTD: 02-05-2016
REMARKS..:




REGNO: 12775-049 NAME: BIRON, LISA
RSP OF...: WAS UNT/LOC/DST: C/D GP                QTR.: D01-013L  RCV OFC: BOP
REMEDY ID: 840328-A1      SUB1: 21AM SUB2:        DATE RCV:   02-02-2016
UNT  RCV..:UNIT 2      QTR RCV.: Z01-908LDS    FACL RCV: CRW
UNT  ORG..:UNIT 2      QTR ORG.: I04-208U      FACL ORG: CRW
EVT FACL.: CRW    ACC LEV: CRW 1 SCR 1          RESP DUE:
ABSTRACT.: APPEALING INCIDENT REPORT 2756099 UDC
STATUS DT: 02-17-2016  STATUS CODE: REJ STATUS REASON: UTA MEM
INCRPTNO.: 2756099  RCT:  EXT:  DATE ENTD: 02-17-2016
REMARKS..:
```

```
G0002      MORE PAGES TO FOLLOW . . .
```

```
  RCHAN            *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      01-23-2020
PAGE 027 OF          *            FULL SCREEN FORMAT            *      06:28:12


REGNO: 12775-049 NAME: BIRON, LISA
RSP OF...: WAS UNT/LOC/DST: C/D GP                QTR.: D01-013L   RCV OFC: BOP
REMEDY ID: 842574-A1       SUB1: 25DM SUB2:        DATE RCV:   02-08-2016
UNT  RCV..:UNIT 2        QTR RCV.: Z01-910LDS     FACL RCV: CRW
UNT  ORG..:UNIT 2        QTR ORG.: I04-208U       FACL ORG: CRW
EVT FACL.: CRW    ACC LEV:  CRW  1 SCR  1 BOP  1   RESP DUE: FRI  04-08-2016
ABSTRACT.: RETURN PAPERS & PIC TAKEN DUE TO SEXUALLY EXPLICIT
STATUS DT: 04-10-2017  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:              RCT: P EXT: P DATE ENTD: 02-22-2016
REMARKS..:




REGNO: 12775-049 NAME: BIRON, LISA
RSP OF...: WAS UNT/LOC/DST: C/D GP                QTR.: D01-013L   RCV OFC: SCR
REMEDY ID: 845049-R1      SUB1: 33AM SUB2: 33ZM DATE RCV:   02-22-2016
UNT  RCV..:UNIT 2        QTR RCV.: I04-014L      FACL RCV: CRW
UNT  ORG..:UNIT 2        QTR ORG.: I04-208U      FACL ORG: CRW
EVT FACL.: CRW    ACC LEV:  CRW  2 SCR  2 BOP  1   RESP DUE:
ABSTRACT.: LGL LV AND JOB CHANGE THAT ALLOWS ACCESS TO LGL LIBR
STATUS DT: 02-22-2016  STATUS CODE: REJ STATUS REASON: UTR MEM RSA OTH ATT
INCRPTNO.:              RCT:  EXT:   DATE ENTD: 02-23-2016
REMARKS..: PLEASE PROVIDE A MEMO FROM STAFF CLARIFYING THE
           ERROR ON THEIR PART. PLEASE PROVIDE MEMO FOR
           RETURNING UNTIMELY.
```

G0002      MORE PAGES TO FOLLOW . . .

```
  RCHAN         *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *     01-23-2020
PAGE 028 OF      *             FULL SCREEN FORMAT            *     06:28:12


REGNO: 12775-049 NAME: BIRON, LISA
RSP OF...: WAS UNT/LOC/DST: C/D GP              QTR.: D01-013L   RCV OFC: BOP
REMEDY ID: 840328-A2      SUB1: 21AM SUB2:      DATE RCV:    03-09-2016
UNT  RCV..:UNIT 2      QTR RCV.: I03-131U      FACL RCV: CRW
UNT  ORG..:UNIT 2      QTR ORG.: I04-208U      FACL ORG: CRW
EVT FACL.: CRW    ACC LEV:  CRW  1 SCR  1         RESP DUE:
ABSTRACT.: APPEALING INCIDENT REPORT 2756099 UDC
STATUS DT: 03-23-2016  STATUS CODE: REJ STATUS REASON: UTA MEM OTH
INCRPTNO.: 2756099   RCT:   EXT:  DATE ENTD: 03-23-2016
REMARKS..: GET WITH UNIT TEAM AND SHOW THEM YOUR 2-26-16, MEMO
           SEND BACK WITH STAFF MEMO REGARDING UNTIMELYNESS
           NOT BEING YOUR FAULT.


REGNO: 12775-049 NAME: BIRON, LISA
RSP OF...: WAS UNT/LOC/DST: C/D GP              QTR.: D01-013L   RCV OFC: SCR
REMEDY ID: 845049-R2      SUB1: 33AM SUB2: 33ZM DATE RCV:    03-21-2016
UNT  RCV..:UNIT 2      QTR RCV.: I03-131U      FACL RCV: CRW
UNT  ORG..:UNIT 2      QTR ORG.: I04-208U      FACL ORG: CRW
EVT FACL.: CRW    ACC LEV:  CRW  2 SCR  2 BOP  1  RESP DUE:  WED 04-20-2016
ABSTRACT.: LGL LV AND JOB CHANGE THAT ALLOWS ACCESS TO LGL LIBR
STATUS DT: 04-06-2016  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:           RCT: P EXT:  DATE ENTD: 03-30-2016
REMARKS..:
```

```
  G0002      MORE PAGES TO FOLLOW . . .
```

```
    RCHAN          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      01-23-2020
PAGE 029 OF        *               FULL SCREEN FORMAT            *      06:28:12


REGNO: 12775-049 NAME: BIRON, LISA
RSP OF...: WAS UNT/LOC/DST: C/D GP                QTR.: D01-013L   RCV OFC: BOP
REMEDY ID: 845049-A1      SUB1: 33AM SUB2: 33ZM DATE RCV:   05-03-2016
UNT  RCV..:UNIT 2        QTR RCV.: I03-131U      FACL RCV: CRW
UNT  ORG..:UNIT 2        QTR ORG.: I04-208U      FACL ORG: CRW
EVT FACL.: CRW    ACC LEV:  CRW  2 SCR  2 BOP  1  RESP DUE: SAT 07-02-2016
ABSTRACT.: LGL LV AND JOB CHANGE THAT ALLOWS ACCESS TO LGL LIBR
STATUS DT: 03-23-2017  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:            RCT: P EXT: P DATE ENTD: 05-13-2016
REMARKS..:




REGNO: 12775-049 NAME: BIRON, LISA
RSP OF...: WAS UNT/LOC/DST: C/D GP                QTR.: D01-013L   RCV OFC: BOP
REMEDY ID: 850825-A1      SUB1: 20DS SUB2:       DATE RCV:   05-18-2016
UNT  RCV..:UNIT 2        QTR RCV.: I03-131U      FACL RCV: CRW
UNT  ORG..:UNIT 2        QTR ORG.: Z01-911LDS    FACL ORG: CRW
EVT FACL.: CRW    ACC LEV:  SCR  1 BOP  3          RESP DUE:
ABSTRACT.: DHO HEARING 12-31-2016, CODE 112
STATUS DT: 06-08-2016  STATUS CODE: REJ STATUS REASON: UTA MEM
INCRPTNO.: 2795454  RCT:   EXT:  DATE ENTD: 06-08-2016
REMARKS..:
```

```
   RCHAN        *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      01-23-2020
PAGE 030 OF        *            FULL SCREEN FORMAT           *      06:28:12


REGNO: 12775-049 NAME: BIRON, LISA
RSP OF...: WAS UNT/LOC/DST: C/D GP              QTR.: D01-013L   RCV OFC: CRW
REMEDY ID: 867380-F1      SUB1: 18AM SUB2:       DATE RCV:   06-29-2016
UNT  RCV..:UNIT 2      QTR RCV.: I03-131U     FACL RCV: CRW
UNT  ORG..:UNIT 2      QTR ORG.: I03-131U     FACL ORG: CRW
EVT FACL.: CRW    ACC LEV:                        RESP DUE:
ABSTRACT.: APPEALING VISITOR DENIAL
STATUS DT: 06-29-2016  STATUS CODE: REJ STATUS REASON: INF RSF
INCRPTNO.:            RCT:  EXT:  DATE ENTD: 06-29-2016
REMARKS..:




REGNO: 12775-049 NAME: BIRON, LISA
RSP OF...: WAS UNT/LOC/DST: C/D GP              QTR.: D01-013L   RCV OFC: BOP
REMEDY ID: 850825-A2      SUB1: 20DS SUB2:       DATE RCV:   07-05-2016
UNT  RCV..:UNIT 2      QTR RCV.: I03-131U     FACL RCV: CRW
UNT  ORG..:UNIT 2      QTR ORG.: Z01-911LDS   FACL ORG: CRW
EVT FACL.: CRW    ACC LEV: SCR  1 BOP  3        RESP DUE:
ABSTRACT.: DHO HEARING 12-31-2016, CODE 112
STATUS DT: 08-08-2016  STATUS CODE: REJ STATUS REASON: UTA MEM OTH
INCRPTNO.: 2795454  RCT:  EXT:  DATE ENTD: 08-08-2016
REMARKS..: YOUR REGIONAL RESPONSE IS DTD 2-11-16, YOUR CENTRAL
           OFFICE APPEAL 850825-A1 WAS REC'D 6-8-16, 118
           DAYS LATER.




G0002      MORE PAGES TO FOLLOW . . .
```

```
   RCHAN           *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      01-23-2020
PAGE 031 OF       *              FULL SCREEN FORMAT            *      06:28:12


REGNO: 12775-049 NAME: BIRON, LISA
RSP OF...: WAS UNT/LOC/DST: C/D GP              QTR.: D01-013L   RCV OFC: CRW
REMEDY ID: 872389-F1      SUB1: 18AM SUB2:      DATE RCV:   08-12-2016
UNT  RCV..:UNIT 2      QTR RCV.: I03-131U      FACL RCV: CRW
UNT  ORG..:UNIT 2      QTR ORG.: I03-131U      FACL ORG: CRW
EVT FACL.: CRW    ACC LEV:  CRW  1 SCR  1 BOP  1  RESP DUE: THU  09-01-2016
ABSTRACT.: REQUESTS VISITOR BE ADDED
STATUS DT: 08-19-2016  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:                RCT: P EXT:  DATE ENTD: 08-12-2016
REMARKS..:




REGNO: 12775-049 NAME: BIRON, LISA
RSP OF...: WAS UNT/LOC/DST: C/D GP              QTR.: D01-013L   RCV OFC: CRW
REMEDY ID: 872749-F1      SUB1: 21AM SUB2:      DATE RCV:   08-16-2016
UNT  RCV..:UNIT 2      QTR RCV.: I03-131U      FACL RCV: CRW
UNT  ORG..:UNIT 2      QTR ORG.: I03-131U      FACL ORG: CRW
EVT FACL.: CRW    ACC LEV:  CRW  1 SCR  1         RESP DUE: SUN  09-25-2016
ABSTRACT.: REQUESTS UDC CONVICTION EXPUNGED
STATUS DT: 09-23-2016  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.: 2864471   RCT: P EXT: P DATE ENTD: 08-16-2016
REMARKS..:




G0002       MORE PAGES TO FOLLOW . . .
```

```
   RCHAN            *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *       01-23-2020
PAGE 032 OF          *              FULL SCREEN FORMAT              *       06:28:12


REGNO: 12775-049 NAME: BIRON, LISA
RSP OF...: WAS UNT/LOC/DST: C/D GP                QTR.: D01-013L   RCV OFC: CRW
REMEDY ID: 872798-F1     SUB1: 34AM SUB2:        DATE RCV:    08-16-2016
UNT  RCV..:UNIT 2       QTR RCV.: I03-131U      FACL RCV: CRW
UNT  ORG..:UNIT 2       QTR ORG.: I03-131U      FACL ORG: CRW
EVT FACL.: CRW    ACC LEV:  CRW  1 SCR  1 BOP  1  RESP DUE:  MON  09-05-2016
ABSTRACT.: INMATES COMPLAIN ABOUT STAFF MISCONDUCT
STATUS DT: 08-31-2016  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:              RCT: P EXT:   DATE ENTD: 08-16-2016
REMARKS..:




REGNO: 12775-049 NAME: BIRON, LISA
RSP OF...: WAS UNT/LOC/DST: C/D GP                QTR.: D01-013L   RCV OFC: CRW
REMEDY ID: 872821-F1     SUB1: 34ZM SUB2:        DATE RCV:    08-16-2016
UNT  RCV..:UNIT 2       QTR RCV.: I03-131U      FACL RCV: CRW
UNT  ORG..:UNIT 2       QTR ORG.: I03-131U      FACL ORG: CRW
EVT FACL.: CRW    ACC LEV:                        RESP DUE:
ABSTRACT.: INMATE REQUESTS BE REMOVED FROM DHO DOCKET
STATUS DT: 08-16-2016  STATUS CODE: REJ STATUS REASON: DHO
INCRPTNO.:              RCT:   EXT:   DATE ENTD: 08-16-2016
REMARKS..: DHO EXPUNGED INCIDENT REPORT.
```

G0002      MORE PAGES TO FOLLOW . . .

```
   RCHAN        *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      01-23-2020
PAGE 033 OF       *                FULL SCREEN FORMAT          *      06:28:12


REGNO: 12775-049 NAME: BIRON, LISA
RSP OF...: WAS UNT/LOC/DST: C/D GP              QTR.: D01-013L  RCV OFC: SCR
REMEDY ID: 872389-R1     SUB1: 18AM SUB2:      DATE RCV:   08-29-2016
UNT  RCV..:UNIT 2      QTR RCV.: I03-131U      FACL RCV: CRW
UNT  ORG..:UNIT 2      QTR ORG.: I03-131U      FACL ORG: CRW
EVT FACL.: CRW     ACC LEV: CRW  1 SCR  1 BOP  1  RESP DUE: WED  09-28-2016
ABSTRACT.: REQUESTS VISITOR BE ADDED
STATUS DT: 09-13-2016  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:              RCT: P EXT:  DATE ENTD: 08-31-2016
REMARKS..:




REGNO: 12775-049 NAME: BIRON, LISA
RSP OF...: WAS UNT/LOC/DST: C/D GP              QTR.: D01-013L  RCV OFC: BOP
REMEDY ID: 850825-A3     SUB1: 20DS SUB2:      DATE RCV:   09-07-2016
UNT  RCV..:UNIT 2      QTR RCV.: I03-131U      FACL RCV: CRW
UNT  ORG..:UNIT 2      QTR ORG.: Z01-911LDS    FACL ORG: CRW
EVT FACL.: CRW     ACC LEV:  SCR  1 BOP  3       RESP DUE: SUN  11-06-2016
ABSTRACT.: DHO HEARING 12-31-2015, CODE 112/WANTS HAIR TEST
STATUS DT: 06-23-2017  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.: 2795454  RCT: P EXT: P DATE ENTD: 09-20-2016
REMARKS..:




G0002      MORE PAGES TO FOLLOW . . .
```

```
   RCHAN         *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *     01-23-2020
PAGE 034 OF        *            FULL SCREEN FORMAT            *     06:28:12


REGNO: 12775-049 NAME: BIRON, LISA
RSP OF...: WAS UNT/LOC/DST: C/D GP                QTR.: D01-013L   RCV OFC: SCR
REMEDY ID: 872798-R1      SUB1: 34AM SUB2:        DATE RCV:   09-09-2016
UNT  RCV..:UNIT 2      QTR RCV.: I03-131U      FACL RCV: CRW
UNT  ORG..:UNIT 2      QTR ORG.: I03-131U      FACL ORG: CRW
EVT FACL.: CRW    ACC LEV: CRW  1 SCR  1 BOP  1  RESP DUE: SUN 10-09-2016
ABSTRACT.: INMATES COMPLAIN ABOUT STAFF MISCONDUCT
STATUS DT: 09-27-2016  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:            RCT: P EXT:  DATE ENTD: 09-14-2016
REMARKS..:




REGNO: 12775-049 NAME: BIRON, LISA
RSP OF...: WAS UNT/LOC/DST: C/D GP                QTR.: D01-013L   RCV OFC: SCR
REMEDY ID: 872749-R1      SUB1: 21AM SUB2:        DATE RCV:   10-13-2016
UNT  RCV..:UNIT 2      QTR RCV.: I03-131U      FACL RCV: CRW
UNT  ORG..:UNIT 2      QTR ORG.: I03-131U      FACL ORG: CRW
EVT FACL.: CRW    ACC LEV: CRW  1 SCR  1         RESP DUE: SAT 11-12-2016
ABSTRACT.: UDC HEARING 06-29-2016, CODE 307
STATUS DT: 10-31-2016  STATUS CODE: CLO STATUS REASON: OTH
INCRPTNO.: 2864471  RCT: P EXT:  DATE ENTD: 10-19-2016
REMARKS..:












G0002      MORE PAGES TO FOLLOW . . .
```

```
   RCHAN        *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *    01-23-2020
PAGE 035 OF      *             FULL SCREEN FORMAT           *    06:28:12


REGNO: 12775-049 NAME: BIRON, LISA
RSP OF...: WAS UNT/LOC/DST: C/D GP              QTR.: D01-013L   RCV OFC: BOP
REMEDY ID: 872389-A1    SUB1: 18AM SUB2:        DATE RCV:   10-17-2016
UNT  RCV..:UNIT 2       QTR RCV.: I03-131U      FACL RCV: CRW
UNT  ORG..:UNIT 2       QTR ORG.: I03-131U      FACL ORG: CRW
EVT FACL.: CRW    ACC LEV:  CRW  1 SCR  1 BOP  1  RESP DUE: FRI 12-16-2016
ABSTRACT.: REQUESTS VISITOR BE ADDED
STATUS DT: 05-15-2017  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:              RCT: P EXT: P DATE ENTD: 11-01-2016
REMARKS..:




REGNO: 12775-049 NAME: BIRON, LISA
RSP OF...: WAS UNT/LOC/DST: C/D GP              QTR.: D01-013L   RCV OFC: BOP
REMEDY ID: 872798-A1    SUB1: 34AM SUB2:        DATE RCV:   10-28-2016
UNT  RCV..:UNIT 2       QTR RCV.: I03-131U      FACL RCV: CRW
UNT  ORG..:UNIT 2       QTR ORG.: I03-131U      FACL ORG: CRW
EVT FACL.: CRW    ACC LEV:  CRW  1 SCR  1 BOP  1  RESP DUE: TUE 12-27-2016
ABSTRACT.: INMATES COMPLAIN ABOUT STAFF MISCONDUCT
STATUS DT: 04-13-2017  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:              RCT: P EXT: P DATE ENTD: 11-03-2016
REMARKS..:
```

```
   RCHAN            *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *     01-23-2020
PAGE 036 OF        *              FULL SCREEN FORMAT          *     06:28:12


REGNO: 12775-049 NAME: BIRON, LISA
RSP OF...: WAS UNT/LOC/DST: C/D GP             QTR.: D01-013L   RCV OFC: CRW
REMEDY ID: 884085-F1     SUB1: 21AM SUB2:      DATE RCV:   11-29-2016
UNT  RCV..:UNIT 2        QTR RCV.: I04-264U    FACL RCV: CRW
UNT  ORG..:UNIT 2        QTR ORG.: I04-264U    FACL ORG: CRW
EVT FACL.: CRW    ACC LEV: CRW  1              RESP DUE: SUN  01-08-2017
ABSTRACT.: I/M REQUESTING TO HAVE SHOT EXPUNGED.
STATUS DT: 01-13-2017  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.: 2864471   RCT: P EXT: P DATE ENTD: 11-30-2016
REMARKS..:




REGNO: 12775-049 NAME: BIRON, LISA
RSP OF...: WAS UNT/LOC/DST: C/D GP             QTR.: D01-013L   RCV OFC: CRW
REMEDY ID: 886801-F1     SUB1: 13HM SUB2:      DATE RCV:   12-22-2016
UNT  RCV..:UNIT 2        QTR RCV.: I04-264U    FACL RCV: CRW
UNT  ORG..:UNIT 2        QTR ORG.: I04-264U    FACL ORG: CRW
EVT FACL.: CRW    ACC LEV: CRW  1 SCR  1 BOP  2  RESP DUE: TUE  01-31-2017
ABSTRACT.: INMATE REQUESTS ALTERNATE HOUSING ASSIGNMENT
STATUS DT: 01-12-2017  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:           RCT: P EXT: P DATE ENTD: 12-22-2016
REMARKS..:
```

G0002      MORE PAGES TO FOLLOW . . .

```
  RCHAN          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      01-23-2020
PAGE 037 OF        *              FULL SCREEN FORMAT            *      06:28:12


REGNO: 12775-049 NAME: BIRON, LISA
RSP OF...: WAS UNT/LOC/DST: C/D GP                QTR.: D01-013L   RCV OFC: SCR
REMEDY ID: 886801-R1       SUB1: 13HM SUB2:       DATE RCV:   01-26-2017
UNT  RCV..:UNIT 2       QTR RCV.: I04-264U        FACL RCV: CRW
UNT  ORG..:UNIT 2       QTR ORG.: I04-264U        FACL ORG: CRW
EVT FACL.: CRW    ACC LEV: CRW  1 SCR  1 BOP  2  RESP DUE: SAT 02-25-2017
ABSTRACT.: INMATE REQUESTS ALTERNATE HOUSING ASSIGNMENT
STATUS DT: 02-22-2017  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:            RCT: P EXT:  DATE ENTD: 02-09-2017
REMARKS..:




REGNO: 12775-049 NAME: BIRON, LISA
RSP OF...: WAS UNT/LOC/DST: C/D GP                QTR.: D01-013L   RCV OFC: SCR
REMEDY ID: 894025-R1     SUB1: 20DM SUB2:         DATE RCV:   02-23-2017
UNT  RCV..:UNIT 2       QTR RCV.: I04-264U        FACL RCV: CRW
UNT  ORG..:UNIT 2       QTR ORG.: I04-264U        FACL ORG: CRW
EVT FACL.: CRW    ACC LEV: SCR  2                 RESP DUE:
ABSTRACT.: DHO HEARING 01-19-2017, CODE 296
STATUS DT: 02-23-2017  STATUS CODE: REJ STATUS REASON: ATT RSA OTH
INCRPTNO.: 2930493  RCT:   EXT:  DATE ENTD: 03-06-2017
REMARKS..: PROVIDE 2 EXTRA COPIES (3 COPIES TOTAL) OF ALL YOUR
           ATTACHMENTS.












G0002      MORE PAGES TO FOLLOW . . .
```

```
  RCHAN          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      01-23-2020
PAGE 038 OF        *              FULL SCREEN FORMAT             *      06:28:12


REGNO: 12775-049 NAME: BIRON, LISA
RSP OF...: WAS UNT/LOC/DST: C/D GP                QTR.: D01-013L   RCV OFC: BOP
REMEDY ID: 886801-A1     SUB1: 13HM SUB2:       DATE RCV:   03-13-2017
UNT  RCV..:UNIT 2      QTR RCV.: I04-264U      FACL RCV: CRW
UNT  ORG..:UNIT 2      QTR ORG.: I04-264U      FACL ORG: CRW
EVT FACL.: CRW     ACC LEV:  CRW  1 SCR  1 BOP  2   RESP DUE:
ABSTRACT.: INMATE REQUESTS ALTERNATE HOUSING ASSIGNMENT
STATUS DT: 03-30-2017  STATUS CODE: REJ STATUS REASON: IRQ RSA
INCRPTNO.:           RCT:  EXT:  DATE ENTD: 03-30-2017
REMARKS..:




REGNO: 12775-049 NAME: BIRON, LISA
RSP OF...: WAS UNT/LOC/DST: C/D GP                QTR.: D01-013L   RCV OFC: SCR
REMEDY ID: 894025-R2     SUB1: 20DM SUB2:       DATE RCV:   03-22-2017
UNT  RCV..:UNIT 2      QTR RCV.: I04-264U      FACL RCV: CRW
UNT  ORG..:UNIT 2      QTR ORG.: I04-264U      FACL ORG: CRW
EVT FACL.: CRW     ACC LEV:  SCR  2               RESP DUE:  FRI  04-21-2017
ABSTRACT.: DHO HEARING 01-19-2017, CODE 296
STATUS DT: 04-19-2017  STATUS CODE: CLO STATUS REASON: OTH
INCRPTNO.: 2930493  RCT: P EXT:  DATE ENTD: 03-31-2017
REMARKS..:




G0002       MORE PAGES TO FOLLOW . . .
```

```
   RCHAN          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      01-23-2020
PAGE 039 OF        *           FULL SCREEN FORMAT            *      06:28:12


REGNO: 12775-049 NAME: BIRON, LISA
RSP OF...: WAS UNT/LOC/DST: C/D GP              QTR.: D01-013L   RCV OFC: BOP
REMEDY ID: 886801-A2      SUB1: 13HM SUB2:      DATE RCV:   04-26-2017
UNT  RCV..:UNIT 2       QTR RCV.: I04-264U     FACL RCV: CRW
UNT  ORG..:UNIT 2       QTR ORG.: I04-264U     FACL ORG: CRW
EVT FACL.: CRW    ACC LEV: CRW  1 SCR  1 BOP   2  RESP DUE: SUN  06-25-2017
ABSTRACT.: INMATE REQUESTS ALTERNATE HOUSING ASSIGNMENT
STATUS DT: 08-24-2017  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:             RCT: P EXT: P DATE ENTD: 05-01-2017
REMARKS..:




REGNO: 12775-049 NAME: BIRON, LISA
RSP OF...: WAS UNT/LOC/DST: C/D GP              QTR.: D01-013L   RCV OFC: CRW
REMEDY ID: 902543-F1      SUB1: 34ZM SUB2:      DATE RCV:   05-18-2017
UNT  RCV..:UNIT 2       QTR RCV.: I04-264U     FACL RCV: CRW
UNT  ORG..:UNIT 2       QTR ORG.: I04-264U     FACL ORG: CRW
EVT FACL.: CRW    ACC LEV: CRW  1 SCR  1 BOP   1  RESP DUE: TUE  06-27-2017
ABSTRACT.: I/M COMPLAINT AGAINST STAFF.
STATUS DT: 06-30-2017  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:             RCT: P EXT: P DATE ENTD: 05-19-2017
REMARKS..:
```

```
   G0002      MORE PAGES TO FOLLOW . . .
```

```
    RCHAN        *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      01-23-2020
PAGE 040 OF       *              FULL SCREEN FORMAT           *      06:28:12


REGNO: 12775-049 NAME: BIRON, LISA
RSP OF...: WAS UNT/LOC/DST: C/D GP                QTR.: D01-013L   RCV OFC: SCR
REMEDY ID: 902543-R1     SUB1: 34ZM SUB2:        DATE RCV:   07-10-2017
UNT  RCV..:UNIT 2      QTR RCV.: I04-264U      FACL RCV: CRW
UNT  ORG..:UNIT 2      QTR ORG.: I04-264U      FACL ORG: CRW
EVT FACL.: CRW    ACC LEV:  CRW  1 SCR  1 BOP  1   RESP DUE:  FRI  09-08-2017
ABSTRACT.: I/M COMPLAINT AGAINST STAFF.
STATUS DT: 08-07-2017  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:                RCT: P EXT: P DATE ENTD: 08-01-2017
REMARKS..:




REGNO: 12775-049 NAME: BIRON, LISA
RSP OF...: WAS UNT/LOC/DST: C/D GP                QTR.: D01-013L   RCV OFC: BOP
REMEDY ID: 902543-A1     SUB1: 34ZM SUB2:        DATE RCV:   08-31-2017
UNT  RCV..:UNIT 2      QTR RCV.: I04-234U      FACL RCV: CRW
UNT  ORG..:UNIT 2      QTR ORG.: I04-264U      FACL ORG: CRW
EVT FACL.: CRW    ACC LEV:  CRW  1 SCR  1 BOP  1   RESP DUE:  MON  10-30-2017
ABSTRACT.: I/M COMPLAINT AGAINST STAFF.
STATUS DT: 10-06-2017  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:                RCT: P EXT: P DATE ENTD: 09-12-2017
REMARKS..:












    G0002      MORE PAGES TO FOLLOW . . .
```

```
  RCHAN        *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      01-23-2020
PAGE 041 OF        *               FULL SCREEN FORMAT           *      06:28:12


REGNO: 12775-049 NAME: BIRON, LISA
RSP OF...: WAS UNT/LOC/DST: C/D GP                QTR.: D01-013L   RCV OFC: WAS
REMEDY ID: 932073-F1        SUB1: 34ZM SUB2:      DATE RCV:   02-27-2018
UNT  RCV..:C/D GP       QTR RCV.: D01-013U      FACL RCV: WAS
UNT  ORG..:C/D GP       QTR ORG.: D01-013U      FACL ORG: WAS
EVT FACL.: WAS    ACC LEV:  WAS  1 NCR  2 BOP  1  RESP DUE: SUN 04-08-2018
ABSTRACT.: OTHER COMPLAINT AGAINST STAFF
STATUS DT: 04-09-2018  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:            RCT: P EXT: P DATE ENTD: 02-27-2018
REMARKS..: CLAIMS UNIT MANAGER AND OTHER CRW STAFF TRANSFERRED
           HER TO WAS IN RELATIATION FOR FILING



REGNO: 12775-049 NAME: BIRON, LISA
RSP OF...: WAS UNT/LOC/DST: C/D GP                QTR.: D01-013L   RCV OFC: WAS
REMEDY ID: 934965-F1        SUB1: 25DM SUB2: 34ZM DATE RCV:   03-26-2018
UNT  RCV..:C/D GP       QTR RCV.: D01-013U      FACL RCV: WAS
UNT  ORG..:C/D GP       QTR ORG.: D01-013U      FACL ORG: WAS
EVT FACL.: WAS    ACC LEV:  WAS  1 NCR  1 BOP  1  RESP DUE: SUN 04-15-2018
ABSTRACT.: PERSONAL PROPERTY/OTHER COMPLAINT
STATUS DT: 04-09-2018  STATUS CODE: CLG STATUS REASON: PAR
INCRPTNO.:            RCT: P EXT:  DATE ENTD: 03-26-2018
REMARKS..: CLAIMS CRW RETALIATED AGAINST BIRON FILING
           GRIEVANCES AND LAW SUITS BY CONFISCATING LEGAL
           PAPERWORK
```

G0002      MORE PAGES TO FOLLOW . . .

```
REGNO: 12775-049 NAME: BIRON, LISA
RSP OF...: WAS UNT/LOC/DST: C/D GP              QTR.: D01-013L   RCV OFC: NCR
REMEDY ID: 934965-R1      SUB1: 25DM SUB2: 34ZM DATE RCV:    04-25-2018
UNT  RCV..:C/D GP       QTR RCV.: D01-013U       FACL RCV: WAS
UNT  ORG..:C/D GP       QTR ORG.: D01-013U       FACL ORG: WAS
EVT FACL.: WAS    ACC LEV: WAS  1 NCR  1 BOP  1  RESP DUE: FRI  05-25-2018
ABSTRACT.: PERSONAL PROPERTY/OTHER COMPLAINT
STATUS DT: 05-18-2018  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:            RCT: P EXT:  DATE ENTD: 04-25-2018
REMARKS..: CLAIMS CRW RETALIATED AGAINST BIRON FILING
           GRIEVANCES AND LAW SUITS BY CONFISCATING LEGAL
           PAPERWORK


REGNO: 12775-049 NAME: BIRON, LISA
RSP OF...: WAS UNT/LOC/DST: C/D GP              QTR.: D01-013L   RCV OFC: NCR
REMEDY ID: 932073-R1      SUB1: 34ZM SUB2:      DATE RCV:    04-27-2018
UNT  RCV..:C/D GP       QTR RCV.: D01-013U       FACL RCV: WAS
UNT  ORG..:C/D GP       QTR ORG.: D01-013U       FACL ORG: WAS
EVT FACL.: WAS    ACC LEV: WAS  1 NCR  2 BOP  1  RESP DUE:
ABSTRACT.: OTHER COMPLAINT AGAINST STAFF
STATUS DT: 04-27-2018  STATUS CODE: REJ STATUS REASON: MSI OTH
INCRPTNO.:            RCT: EXT:  DATE ENTD: 04-27-2018
REMARKS..: Y
```

```
G0002       MORE PAGES TO FOLLOW . . .
```

```
   RCHAN          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *       01-23-2020
PAGE 043 OF       *              FULL SCREEN FORMAT              *       06:28:12


REGNO: 12775-049 NAME: BIRON, LISA
RSP OF...: WAS UNT/LOC/DST: C/D GP               QTR.: D01-013L   RCV OFC: NCR
REMEDY ID: 932073-R2     SUB1: 34ZM SUB2:        DATE RCV:   06-11-2018
UNT  RCV..:C/D GP       QTR RCV.: D01-013U     FACL RCV: WAS
UNT  ORG..:C/D GP       QTR ORG.: D01-013U     FACL ORG: WAS
EVT FACL.: WAS    ACC LEV: WAS  1 NCR  2 BOP  1   RESP DUE:  WED  07-11-2018
ABSTRACT.: OTHER COMPLAINT AGAINST STAFF
STATUS DT: 06-27-2018  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:              RCT: P EXT:  DATE ENTD: 06-11-2018
REMARKS..:




REGNO: 12775-049 NAME: BIRON, LISA
RSP OF...: WAS UNT/LOC/DST: C/D GP               QTR.: D01-013L   RCV OFC: BOP
REMEDY ID: 934965-A1     SUB1: 25DM SUB2: 34ZM DATE RCV:   06-11-2018
UNT  RCV..:C/D GP       QTR RCV.: D01-013U     FACL RCV: WAS
UNT  ORG..:C/D GP       QTR ORG.: D01-013U     FACL ORG: WAS
EVT FACL.: WAS    ACC LEV: WAS  1 NCR  1 BOP  1   RESP DUE:  FRI  08-10-2018
ABSTRACT.: PERSONAL PROPERTY/OTHER COMPLAINT
STATUS DT: 08-17-2018  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:              RCT: P EXT: N DATE ENTD: 06-14-2018
REMARKS..:
```

```
   RCHAN          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      01-23-2020
PAGE 044 OF       *              FULL SCREEN FORMAT            *      06:28:12


REGNO: 12775-049 NAME: BIRON, LISA
RSP OF...: WAS UNT/LOC/DST: C/D GP              QTR.: D01-013L   RCV OFC: BOP
REMEDY ID: 932073-A1     SUB1: 34ZM SUB2: 34AM DATE RCV:   07-17-2018
UNT  RCV..:C/D GP        QTR RCV.: D01-013U        FACL RCV: WAS
UNT  ORG..:C/D GP        QTR ORG.: D01-013U        FACL ORG: WAS
EVT FACL.: CRW    ACC LEV: WAS 1 NCR 2 BOP 1   RESP DUE: SAT 09-15-2018
ABSTRACT.: STAFF RETALIATED AGAINST FOR HELPING OTHER INMATES
STATUS DT: 08-03-2018  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:              RCT: P EXT: N DATE ENTD: 07-30-2018
REMARKS..:




REGNO: 12775-049 NAME: BIRON, LISA
RSP OF...: WAS UNT/LOC/DST: C/D GP              QTR.: D01-013L   RCV OFC: WAS
REMEDY ID: 951183-F1     SUB1: 33AM SUB2:      DATE RCV:   08-23-2018
UNT  RCV..:C/D GP        QTR RCV.: D01-013U        FACL RCV: WAS
UNT  ORG..:C/D GP        QTR ORG.: D01-013U        FACL ORG: WAS
EVT FACL.: WAS    ACC LEV: WAS 1 NCR 1 BOP 1   RESP DUE: WED 09-12-2018
ABSTRACT.: LAW LIBRARY-ACCESS, REFERENCE MATERIALS
STATUS DT: 09-10-2018  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:              RCT: P EXT:  DATE ENTD: 08-23-2018
REMARKS..: CLAIMS 30 MINUTES WAIT TIME BEFORE LOGIN ON ANY
           TRULINC (INCL. ELL) CAUSES LEGAL ACCESS PROBLEM AND
           WANTS ZERO WAIT TIME
```
G0002     MORE PAGES TO FOLLOW . . .

```
    RCHAN          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      01-23-2020
PAGE 045 OF        *            FULL SCREEN FORMAT            *      06:28:12


  REGNO: 12775-049 NAME: BIRON, LISA
  RSP OF...: WAS UNT/LOC/DST: C/D GP               QTR.: D01-013L   RCV OFC: NCR
  REMEDY ID: 951183-R1      SUB1: 33AM SUB2:        DATE RCV:   09-24-2018
  UNT  RCV..:C/D GP       QTR RCV.: D01-013L      FACL RCV: WAS
  UNT  ORG..:C/D GP       QTR ORG.: D01-013U      FACL ORG: WAS
  EVT FACL.: WAS    ACC LEV: WAS  1 NCR  1 BOP  1   RESP DUE: FRI  11-23-2018
  ABSTRACT.: LAW LIBRARY-ACCESS, REFERENCE MATERIALS
  STATUS DT: 11-29-2018  STATUS CODE: CLD STATUS REASON: DNY
  INCRPTNO.:            RCT: P EXT: P DATE ENTD: 09-28-2018
  REMARKS..: 10-15-2018 REASSIGN TO TF




  REGNO: 12775-049 NAME: BIRON, LISA
  RSP OF...: WAS UNT/LOC/DST: C/D GP               QTR.: D01-013L   RCV OFC: BOP
  REMEDY ID: 951183-A1      SUB1: 33AM SUB2:        DATE RCV:   01-28-2019
  UNT  RCV..:C/D GP       QTR RCV.: D01-013L      FACL RCV: WAS
  UNT  ORG..:C/D GP       QTR ORG.: D01-013U      FACL ORG: WAS
  EVT FACL.: WAS    ACC LEV: WAS  1 NCR  1 BOP  1   RESP DUE: FRI  03-29-2019
  ABSTRACT.: LAW LIBRARY-ACCESS, REFERENCE MATERIALS
  STATUS DT: 03-22-2019  STATUS CODE: CLO STATUS REASON: XPL
  INCRPTNO.:            RCT: P EXT: P DATE ENTD: 02-15-2019
  REMARKS..:
```

```
  G0002      MORE PAGES TO FOLLOW . . .
```

```
     RCHAN        *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      01-23-2020
PAGE 046 OF       *              FULL SCREEN FORMAT              *      06:28:12


REGNO: 12775-049 NAME: BIRON, LISA
RSP OF...: WAS UNT/LOC/DST: C/D GP                 QTR.: D01-013L  RCV OFC: WAS
REMEDY ID: 966305-F1      SUB1: 16ZM SUB2:       DATE RCV:   01-31-2019
UNT  RCV..:C/D GP      QTR RCV.: D01-013L      FACL RCV: WAS
UNT  ORG..:C/D GP      QTR ORG.: D01-013L      FACL ORG: WAS
EVT FACL.: WAS    ACC LEV: WAS  1 NCR  1 BOP  1  RESP DUE: WED 02-20-2019
ABSTRACT.: OTHER MAIL COMPLAINTS
STATUS DT: 02-06-2019  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:             RCT: P EXT:  DATE ENTD: 01-31-2019
REMARKS..: CLAIMS REQUIREMENT FOR TRULINCS LABELS DELAYS
            CORRESPONDENCE WITH CONGRESSIONAL LEADERS
            1ST AMENDMENT VIOLATION


REGNO: 12775-049 NAME: BIRON, LISA
RSP OF...: WAS UNT/LOC/DST: C/D GP                 QTR.: D01-013L  RCV OFC: NCR
REMEDY ID: 966305-R1      SUB1: 16ZM SUB2:       DATE RCV:   02-19-2019
UNT  RCV..:C/D GP      QTR RCV.: D01-013L      FACL RCV: WAS
UNT  ORG..:C/D GP      QTR ORG.: D01-013L      FACL ORG: WAS
EVT FACL.: WAS    ACC LEV: WAS  1 NCR  1 BOP  1  RESP DUE: SAT 04-20-2019
ABSTRACT.: OTHER MAIL COMPLAINTS
STATUS DT: 03-19-2019  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:             RCT: P EXT: P DATE ENTD: 02-21-2019
REMARKS..: CLAIMS REQUIREMENT FOR TRULINCS LABELS DELAYS
            CORRESPONDENCE WITH CONGRESSIONAL LEADERS
            1ST AMENDMENT VIOLATION


G0002      MORE PAGES TO FOLLOW . . .
```

```
  RCHAN          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      01-23-2020
PAGE 047 OF      *            FULL SCREEN FORMAT             *      06:28:12


REGNO: 12775-049 NAME: BIRON, LISA
RSP OF...: WAS UNT/LOC/DST: C/D GP              QTR.: D01-013L   RCV OFC: WAS
REMEDY ID: 974777-F1      SUB1: 16BM SUB2: 17AM DATE RCV:    04-10-2019
UNT  RCV..:C/D GP      QTR RCV.: D01-013L      FACL RCV: WAS
UNT  ORG..:C/D GP      QTR ORG.: D01-013L      FACL ORG: WAS
EVT FACL.: WAS    ACC LEV: WAS  1          RESP DUE: MON  05-20-2019
ABSTRACT.: CORRESPONDENCE, PHONE CALLS
STATUS DT: 04-25-2019  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:              RCT: P EXT: P DATE ENTD: 04-18-2019
REMARKS..: REQUESTS CONTACT WITH ADULT DAUGHTER




REGNO: 12775-049 NAME: BIRON, LISA
RSP OF...: WAS UNT/LOC/DST: C/D GP              QTR.: D01-013L   RCV OFC: BOP
REMEDY ID: 966305-A1      SUB1: 16ZM SUB2:      DATE RCV:    04-16-2019
UNT  RCV..:C/D GP      QTR RCV.: D01-013L      FACL RCV: WAS
UNT  ORG..:C/D GP      QTR ORG.: D01-013L      FACL ORG: WAS
EVT FACL.: WAS    ACC LEV: WAS  1 NCR  1 BOP  1  RESP DUE: SAT  06-15-2019
ABSTRACT.: OTHER MAIL COMPLAINTS
STATUS DT: 04-19-2019  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:              RCT: P EXT: P DATE ENTD: 04-19-2019
REMARKS..: CLAIMS REQUIREMENT FOR TRULINCS LABELS DELAYS
           CORRESPONDENCE WITH CONGRESSIONAL LEADERS
           1ST AMENDMENT VIOLATION
```

```
    RCHAN          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      01-23-2020
PAGE 048 OF        *              FULL SCREEN FORMAT             *      06:28:12


REGNO: 12775-049 NAME: BIRON, LISA
RSP OF...: WAS UNT/LOC/DST: C/D GP                QTR.: D01-013L   RCV OFC: WAS
REMEDY ID: 978291-F1     SUB1: 26DM SUB2: 25EM DATE RCV:   05-22-2019
UNT  RCV..:C/D GP       QTR RCV.: D01-013L      FACL RCV: WAS
UNT  ORG..:C/D GP       QTR ORG.: D01-013L      FACL ORG: WAS
EVT FACL.: WAS    ACC LEV:  WAS  1 NCR  1 BOP  1   RESP DUE:  TUE  06-11-2019
ABSTRACT.: PRESCRIPTIONS/MEDICATION, COMMISSARY SVCS PRODUCTS
STATUS DT: 06-04-2019  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:            RCT: P EXT:  DATE ENTD: 05-22-2019
REMARKS..: CLAIMS MEDICAL NOT PROVIDING EFFECTIVE ALLERGY MEDS
           AND CAN'T PURCHASE THEM VIA COMMISSARY



REGNO: 12775-049 NAME: BIRON, LISA
RSP OF...: WAS UNT/LOC/DST: C/D GP                QTR.: D01-013L   RCV OFC: WAS
REMEDY ID: 980846-F1     SUB1: 25CM SUB2:      DATE RCV:   06-12-2019
UNT  RCV..:C/D GP       QTR RCV.: D01-013L      FACL RCV: WAS
UNT  ORG..:C/D GP       QTR ORG.: D01-013L      FACL ORG: WAS
EVT FACL.: WAS    ACC LEV:  WAS  1 NCR  1 BOP  1   RESP DUE:  TUE  07-02-2019
ABSTRACT.: SAFETY, SANITATION, ENVIROMENTAL CONDITIONS
STATUS DT: 06-18-2019  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:            RCT: P EXT:  DATE ENTD: 06-13-2019
REMARKS..: CLAIMS ELECTRIC HOT AIR DRYERS RELEASE FECAL MATTER
           FROM HANDS INTO THE AIR IN THE UNITS
```

```
G0002      MORE PAGES TO FOLLOW . . .
```

```
   RCHAN         *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *    01-23-2020
PAGE 049 OF        *            FULL SCREEN FORMAT           *      06:28:12


REGNO: 12775-049 NAME: BIRON, LISA
RSP OF...: WAS UNT/LOC/DST: C/D GP            QTR.: D01-013L   RCV OFC: NCR
REMEDY ID: 978291-R1      SUB1: 26DM SUB2: 25EM DATE RCV:   06-17-2019
UNT  RCV..:C/D GP       QTR RCV.: D01-013L      FACL RCV: WAS
UNT  ORG..:C/D GP       QTR ORG.: D01-013L      FACL ORG: WAS
EVT FACL.: WAS    ACC LEV:  WAS  1 NCR  1 BOP  1   RESP DUE:  FRI  08-16-2019
ABSTRACT.: PRESCRIPTIONS/MEDICATION, COMMISSARY SVCS PRODUCTS
STATUS DT: 07-23-2019  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:            RCT: P EXT: P DATE ENTD: 06-19-2019
REMARKS..:




REGNO: 12775-049 NAME: BIRON, LISA
RSP OF...: WAS UNT/LOC/DST: C/D GP            QTR.: D01-013L   RCV OFC: NCR
REMEDY ID: 980846-R1      SUB1: 25CM SUB2:      DATE RCV:   06-25-2019
UNT  RCV..:C/D GP       QTR RCV.: D01-013L      FACL RCV: WAS
UNT  ORG..:C/D GP       QTR ORG.: D01-013L      FACL ORG: WAS
EVT FACL.: WAS    ACC LEV:  WAS  1 NCR  1 BOP  1   RESP DUE:  THU  07-25-2019
ABSTRACT.: SAFETY, SANITATION, ENVIROMENTAL CONDITIONS
STATUS DT: 07-10-2019  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:            RCT: P EXT:  DATE ENTD: 06-27-2019
REMARKS..: CLAIMS ELECTRIC HOT AIR DRYERS RELEASE FECAL MATTER
            FROM HANDS INTO THE AIR IN THE UNITS
```

```
    RCHAN          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      01-23-2020
PAGE 050 OF        *              FULL SCREEN FORMAT             *      06:28:12


REGNO: 12775-049 NAME: BIRON, LISA
RSP OF...: WAS UNT/LOC/DST: C/D GP                QTR.: D01-013L   RCV OFC: BOP
REMEDY ID: 980846-A1     SUB1: 25CM SUB2:        DATE RCV:   08-08-2019
UNT  RCV..:C/D GP        QTR RCV.: D01-013L       FACL RCV: WAS
UNT  ORG..:C/D GP        QTR ORG.: D01-013L       FACL ORG: WAS
EVT FACL.: WAS    ACC LEV: WAS  1 NCR  1 BOP  1  RESP DUE:  MON 10-07-2019
ABSTRACT.: SAFETY, SANITATION, ENVIROMENTAL CONDITIONS
STATUS DT: 10-03-2019  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:                 RCT: P EXT: P DATE ENTD: 09-03-2019
REMARKS..:




REGNO: 12775-049 NAME: BIRON, LISA
RSP OF...: WAS UNT/LOC/DST: C/D GP                QTR.: D01-013L   RCV OFC: BOP
REMEDY ID: 978291-A1     SUB1: 26DM SUB2: 25EM DATE RCV:   08-20-2019
UNT  RCV..:C/D GP        QTR RCV.: D01-013L       FACL RCV: WAS
UNT  ORG..:C/D GP        QTR ORG.: D01-013L       FACL ORG: WAS
EVT FACL.: WAS    ACC LEV: WAS  1 NCR  1 BOP  1  RESP DUE:  SAT 10-19-2019
ABSTRACT.: PRESCRIPTIONS/MEDICATION, COMMISSARY SVCS PRODUCTS
STATUS DT: 10-01-2019  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:                 RCT: P EXT: P DATE ENTD: 09-05-2019
REMARKS..:
```

```
G0002       MORE PAGES TO FOLLOW . . .
```

```
   RCHAN        *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      01-23-2020
PAGE 051 OF        *            FULL SCREEN FORMAT           *      06:28:12


REGNO: 12775-049 NAME: BIRON, LISA
RSP OF...: WAS UNT/LOC/DST: C/D GP             QTR.: D01-013L   RCV OFC: WAS
REMEDY ID: 989892-F1      SUB1: 16BM SUB2:      DATE RCV:    09-05-2019
UNT  RCV..:C/D GP       QTR RCV.: D01-013L     FACL RCV: WAS
UNT  ORG..:C/D GP       QTR ORG.: D01-013L     FACL ORG: WAS
EVT FACL.: WAS    ACC LEV: WAS  1 NCR  1 BOP  1  RESP DUE: WED  09-25-2019
ABSTRACT.: CORRESPONDENCE-REJECTION OR CONSFISCATION
STATUS DT: 09-10-2019  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:            RCT: P EXT:  DATE ENTD: 09-05-2019
REMARKS..: CONTESTS NEW MAIL PROCEDURES




REGNO: 12775-049 NAME: BIRON, LISA
RSP OF...: WAS UNT/LOC/DST: C/D GP             QTR.: D01-013L   RCV OFC: NCR
REMEDY ID: 989892-R1      SUB1: 16BM SUB2:      DATE RCV:    09-19-2019
UNT  RCV..:C/D GP       QTR RCV.: D01-013L     FACL RCV: WAS
UNT  ORG..:C/D GP       QTR ORG.: D01-013L     FACL ORG: WAS
EVT FACL.: WAS    ACC LEV: WAS  1 NCR  1 BOP  1  RESP DUE: SAT  10-19-2019
ABSTRACT.: CORRESPONDENCE-REJECTION OR CONSFISCATION
STATUS DT: 10-07-2019  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:            RCT: P EXT:  DATE ENTD: 09-20-2019
REMARKS..: CONTESTS NEW MAIL PROCEDURES
```

```
   G0002      MORE PAGES TO FOLLOW . . .
```

```
  RCHAN        *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      01-23-2020
PAGE 052 OF      *            FULL SCREEN FORMAT             *      06:28:12


REGNO: 12775-049 NAME: BIRON, LISA
RSP OF...: WAS UNT/LOC/DST: C/D GP                QTR.: D01-013L   RCV OFC: WAS
REMEDY ID: 995873-F1      SUB1: 25EM SUB2:        DATE RCV:   11-01-2019
UNT  RCV..:C/D GP       QTR RCV.: D01-013L     FACL RCV: WAS
UNT  ORG..:C/D GP       QTR ORG.: D01-013L     FACL ORG: WAS
EVT FACL.: WAS     ACC LEV: WAS  1 NCR  1 BOP  1  RESP DUE: THU  11-21-2019
ABSTRACT.: COMMISSARY SERVICES-PRODUCTS AND OPERATIONS
STATUS DT: 11-05-2019  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:             RCT: P EXT:   DATE ENTD: 11-01-2019
REMARKS..: REQUESTS SALE OF EAR PLUGS OR NOISE CANCELLING
             HEADPHONES TO SLEEP



REGNO: 12775-049 NAME: BIRON, LISA
RSP OF...: WAS UNT/LOC/DST: C/D GP                QTR.: D01-013L   RCV OFC: WAS
REMEDY ID: 996335-F1      SUB1: 21AM SUB2: 17AM DATE RCV:   11-06-2019
UNT  RCV..:C/D GP       QTR RCV.: D01-013L     FACL RCV: WAS
UNT  ORG..:C/D GP       QTR ORG.: D01-013L     FACL ORG: WAS
EVT FACL.: WAS     ACC LEV: WAS  1 NCR  1        RESP DUE: TUE  11-26-2019
ABSTRACT.: UDC ACTION/PHONE CALLS
STATUS DT: 11-25-2019  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.: 3319223     RCT: P EXT:   DATE ENTD: 11-06-2019
REMARKS..: REQUESTS INCIDENT REPORT 3319223 BE EXPUNGED AND SHE
             BE ALLOWED TO HAVE CONTACT WITH HER DAUGHTER
```

```
G0002       MORE PAGES TO FOLLOW . . .
```

```
   RCHAN          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *    01-23-2020
PAGE 053 OF         *             FULL SCREEN FORMAT          *     06:28:12


REGNO: 12775-049 NAME: BIRON, LISA
RSP OF...: WAS UNT/LOC/DST: C/D GP            QTR.: D01-013L   RCV OFC: BOP
REMEDY ID: 989892-A1      SUB1: 16BM SUB2:        DATE RCV:   11-12-2019
UNT  RCV..:C/D GP       QTR RCV.: D01-013L      FACL RCV: WAS
UNT  ORG..:C/D GP       QTR ORG.: D01-013L      FACL ORG: WAS
EVT FACL.: WAS    ACC LEV: WAS  1 NCR  1 BOP  1   RESP DUE: SAT 01-11-2020
ABSTRACT.: CORRESPONDENCE-REJECTION OR CONSFISCATION
STATUS DT: 01-13-2020  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:              RCT: P EXT: P DATE ENTD: 12-04-2019
REMARKS..:




REGNO: 12775-049 NAME: BIRON, LISA
RSP OF...: WAS UNT/LOC/DST: C/D GP            QTR.: D01-013L   RCV OFC: NCR
REMEDY ID: 995873-R1      SUB1: 25EM SUB2:        DATE RCV:   11-18-2019
UNT  RCV..:C/D GP       QTR RCV.: D01-013L      FACL RCV: WAS
UNT  ORG..:C/D GP       QTR ORG.: D01-013L      FACL ORG: WAS
EVT FACL.: WAS    ACC LEV: WAS  1 NCR  1 BOP  1   RESP DUE: WED 12-18-2019
ABSTRACT.: COMMISSARY SERVICES-PRODUCTS AND OPERATIONS
STATUS DT: 12-12-2019  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:              RCT: P EXT: DATE ENTD: 11-19-2019
REMARKS..: REQUESTS SALE OF EAR PLUGS OR NOISE CANCELLING
           HEADPHONES TO SLEEP




G0002      MORE PAGES TO FOLLOW . . .
```

```
  RCHAN        *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *   01-23-2020
PAGE 054 OF      *            FULL SCREEN FORMAT            *   06:28:12


REGNO: 12775-049 NAME: BIRON, LISA
RSP OF...: WAS UNT/LOC/DST: C/D GP              QTR.: D01-013L   RCV OFC: WAS
REMEDY ID: 999668-F1      SUB1: 33ZM SUB2:      DATE RCV:   12-09-2019
UNT  RCV..:C/D GP      QTR RCV.: Z01-118LAD   FACL RCV: WAS
UNT  ORG..:C/D GP      QTR ORG.: Z01-118LAD   FACL ORG: WAS
EVT FACL.: WAS    ACC LEV: WAS  1 NCR  1         RESP DUE: SAT  01-18-2020
ABSTRACT.: OTHER LEGAL
STATUS DT: 01-06-2020  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:            RCT: P EXT: P DATE ENTD: 12-09-2019
REMARKS..: CLAIMS SHE SHOULD BE ALLOWED WRITTEN COMMUNICATION
            WITH DAUGHTER FROM WHOM SHE IS RESTRICTED DUE TO
            BOTH FILING JOINT LITIGATION


REGNO: 12775-049 NAME: BIRON, LISA
RSP OF...: WAS UNT/LOC/DST: C/D GP              QTR.: D01-013L   RCV OFC: WAS
REMEDY ID: 999669-F1      SUB1: 21AM SUB2:      DATE RCV:   12-09-2019
UNT  RCV..:C/D GP      QTR RCV.: Z01-118LAD   FACL RCV: WAS
UNT  ORG..:C/D GP      QTR ORG.: Z01-118LAD   FACL ORG: WAS
EVT FACL.: WAS    ACC LEV: WAS  1 NCR  1         RESP DUE: SAT  01-18-2020
ABSTRACT.: UDC ACTION
STATUS DT: 01-06-2020  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.: 3332731   RCT: P EXT: P DATE ENTD: 12-09-2019
REMARKS..: CLAIMS IR 3332731 SHOULD BE EXPUNGED BECAUSE HER
            DAUGHTER IS CO-PLAINTIFF AGAINST INSTITUTION


G0002       MORE PAGES TO FOLLOW . . .
```

```
    RCHAN        *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      01-23-2020
PAGE 055 OF       *              FULL SCREEN FORMAT              *      06:28:12


REGNO: 12775-049 NAME: BIRON, LISA
RSP OF...: WAS UNT/LOC/DST: C/D GP                QTR.: D01-013L   RCV OFC: WAS
REMEDY ID: 999670-F1      SUB1: 21AM SUB2:        DATE RCV:   12-09-2019
UNT  RCV..:C/D GP       QTR RCV.: Z01-118LAD    FACL RCV: WAS
UNT  ORG..:C/D GP       QTR ORG.: Z01-118LAD    FACL ORG: WAS
EVT FACL.: WAS    ACC LEV: WAS  1 NCR  1         RESP DUE: SUN  12-29-2019
ABSTRACT.: UDC ACTION
STATUS DT: 12-19-2019  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.: 3334232  RCT: P EXT:  DATE ENTD: 12-09-2019
REMARKS..: CLAIMS IR 3334232 SHOULD BE EXPUNGED DUE TO SHOULDER
           INJURY RESULTING FROM CUFFING BEHIND



REGNO: 12775-049 NAME: BIRON, LISA
RSP OF...: WAS UNT/LOC/DST: C/D GP                QTR.: D01-013L   RCV OFC: NCR
REMEDY ID: 996335-R1      SUB1: 21AM SUB2: 17AM DATE RCV:   12-11-2019
UNT  RCV..:C/D GP       QTR RCV.: Z01-121LAD    FACL RCV: WAS
UNT  ORG..:C/D GP       QTR ORG.: D01-013L      FACL ORG: WAS
EVT FACL.: WAS    ACC LEV: WAS  1 NCR  1         RESP DUE: FRI  01-10-2020
ABSTRACT.: UDC ACTION/PHONE CALLS
STATUS DT: 12-26-2019  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.: 3319223  RCT: P EXT:  DATE ENTD: 12-11-2019
REMARKS..: REQUESTS INCIDENT REPORT 3319223 BE EXPUNGED AND SHE
           BE ALLOWED TO HAVE CONTACT WITH HER DAUGHTER




G0002      MORE PAGES TO FOLLOW . . .
```

```
  RCHAN          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *     01-23-2020
PAGE 056 OF      *                FULL SCREEN FORMAT             *     06:28:12


REGNO: 12775-049 NAME: BIRON, LISA
RSP OF...: WAS UNT/LOC/DST: C/D GP            QTR.: D01-013L   RCV OFC: WAS
REMEDY ID: 1000626-F1      SUB1: 25EM SUB2:      DATE RCV:   12-17-2019
UNT  RCV..:C/D GP      QTR RCV.: Z01-121LDS   FACL RCV: WAS
UNT  ORG..:C/D GP      QTR ORG.: Z01-121LDS   FACL ORG: WAS
EVT FACL.: WAS    ACC LEV: WAS  1              RESP DUE: SUN 01-26-2020
ABSTRACT.: COMMISSARY SERVICES-PRODUCTS AND OPERATIONS
STATUS DT: 01-08-2020  STATUS CODE: CLG STATUS REASON: PAR
INCRPTNO.:          RCT: P EXT: P DATE ENTD: 12-18-2019
REMARKS..: CLAIMS SHE IS NOT ALLOWED CERTAIN PRODUCTS IN SHU
            AND THAT IS INHUMANE


REGNO: 12775-049 NAME: BIRON, LISA
RSP OF...: WAS UNT/LOC/DST: C/D GP            QTR.: D01-013L   RCV OFC: WAS
REMEDY ID: 1001440-F1     SUB1: 21AM SUB2:      DATE RCV:   12-30-2019
UNT  RCV..:C/D GP      QTR RCV.: Z01-118LDS   FACL RCV: WAS
UNT  ORG..:C/D GP      QTR ORG.: Z01-118LDS   FACL ORG: WAS
EVT FACL.: WAS    ACC LEV: WAS  1              RESP DUE: SUN 01-19-2020
ABSTRACT.: UDC ACTION
STATUS DT: 01-15-2020  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.: 3340713 RCT: P EXT:  DATE ENTD: 12-30-2019
REMARKS..: CLAIMS SHE WAS NOT INSOLENT DURING UDC


G0002      MORE PAGES TO FOLLOW . . .
```

```
  RCHAN          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      01-23-2020
PAGE 057 OF      *              FULL SCREEN FORMAT            *      06:28:12


REGNO: 12775-049 NAME: BIRON, LISA
RSP OF...: WAS UNT/LOC/DST: C/D GP              QTR.: D01-013L  RCV OFC: NCR
REMEDY ID: 999670-R1      SUB1: 21AM SUB2:      DATE RCV:   01-02-2020
UNT  RCV..:C/D GP      QTR RCV.: Z01-118LDS   FACL RCV: WAS
UNT  ORG..:C/D GP      QTR ORG.: Z01-118LAD   FACL ORG: WAS
EVT FACL.: WAS    ACC LEV: WAS  1 NCR  1          RESP DUE: SAT  02-01-2020
ABSTRACT.: UDC ACTION
STATUS DT: 01-21-2020  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.: 3334232   RCT: P EXT:  DATE ENTD: 01-02-2020
REMARKS..:




REGNO: 12775-049 NAME: BIRON, LISA
RSP OF...: WAS UNT/LOC/DST: C/D GP              QTR.: D01-013L  RCV OFC: BOP
REMEDY ID: 995873-A1      SUB1: 25EM SUB2:      DATE RCV:   01-13-2020
UNT  RCV..:C/D GP      QTR RCV.: D01-013L    FACL RCV: WAS
UNT  ORG..:C/D GP      QTR ORG.: D01-013L    FACL ORG: WAS
EVT FACL.: WAS    ACC LEV: WAS  1 NCR  1 BOP  1  RESP DUE: FRI  03-13-2020
ABSTRACT.: COMMISSARY SERVICES-PRODUCTS AND OPERATIONS
STATUS DT: 01-22-2020  STATUS CODE: ACC STATUS REASON:
INCRPTNO.:           RCT: N EXT: N DATE ENTD: 01-22-2020
REMARKS..:
```

G0002      MORE PAGES TO FOLLOW . . .

```
   RCHAN        *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      01-23-2020
PAGE 058 OF        *               FULL SCREEN FORMAT            *      06:28:12


REGNO: 12775-049 NAME: BIRON, LISA
RSP OF...: WAS UNT/LOC/DST: C/D GP                QTR.: D01-013L   RCV OFC: WAS
REMEDY ID: 1003182-F1     SUB1: 22AM SUB2:        DATE RCV:   01-15-2020
UNT  RCV..:C/D GP     QTR RCV.: D01-013L     FACL RCV: WAS
UNT  ORG..:C/D GP     QTR ORG.: D01-013L     FACL ORG: WAS
EVT FACL.: WAS    ACC LEV: WAS  1               RESP DUE: TUE  02-04-2020
ABSTRACT.: ADMIN DETENTION-PLACEMENT, REVIEWS, RELEASE
STATUS DT: 01-15-2020  STATUS CODE: ACC STATUS REASON:
INCRPTNO.:            RCT: P EXT:   DATE ENTD: 01-15-2020
REMARKS..: STATES THAT AD AND DS INMATES HAVE THE SAME PROPERTY
           AND SHE WANTS HER DS TIME CREDITED FOR SITTING 45
           DAYS NOT 30 LIKE SHE WAS SENTENCED


REGNO: 12775-049 NAME: BIRON, LISA
RSP OF...: WAS UNT/LOC/DST: C/D GP                QTR.: D01-013L   RCV OFC: WAS
REMEDY ID: 1003188-F1     SUB1: 26ZM SUB2:        DATE RCV:   01-15-2020
UNT  RCV..:C/D GP     QTR RCV.: D01-013L     FACL RCV: WAS
UNT  ORG..:C/D GP     QTR ORG.: D01-013L     FACL ORG: WAS
EVT FACL.: WAS    ACC LEV: WAS  1               RESP DUE: TUE  02-04-2020
ABSTRACT.: OTHER MEDICAL MATTERS
STATUS DT: 01-15-2020  STATUS CODE: ACC STATUS REASON:
INCRPTNO.:            RCT: P EXT:   DATE ENTD: 01-15-2020
REMARKS..: WANTS A CUFF IN FRONT RESTRICTION PLACED IN HER FILE
           TO PREVENT FURTHER INJURY TO HER ARM




G0002      MORE PAGES TO FOLLOW . . .
```

```
  RCHAN        *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *     01-23-2020
PAGE 059 OF 059 *              FULL SCREEN FORMAT              *     06:28:12


REGNO: 12775-049 NAME: BIRON, LISA
RSP OF...: WAS UNT/LOC/DST: C/D GP             QTR.: D01-013L   RCV OFC: NCR
REMEDY ID: 999669-R1      SUB1: 21AM SUB2:     DATE RCV:   01-17-2020
UNT  RCV..:C/D GP       QTR RCV.: D01-013L     FACL RCV: WAS
UNT  ORG..:C/D GP       QTR ORG.: Z01-118LAD   FACL ORG: WAS
EVT FACL.: WAS    ACC LEV: WAS  1 NCR  1            RESP DUE: TUE  03-17-2020
ABSTRACT.: UDC ACTION
STATUS DT: 01-21-2020  STATUS CODE: ACC STATUS REASON:
INCRPTNO.: 3332731   RCT: P EXT: P DATE ENTD: 01-21-2020
REMARKS..: CLAIMS IR 3332731 SHOULD BE EXPUNGED BECAUSE HER
           DAUGHTER IS CO-PLAINTIFF AGAINST INSTITUTION



REGNO: 12775-049 NAME: BIRON, LISA
RSP OF...: WAS UNT/LOC/DST: C/D GP             QTR.: D01-013L   RCV OFC: NCR
REMEDY ID: 999668-R1      SUB1: 33ZM SUB2:     DATE RCV:   01-17-2020
UNT  RCV..:C/D GP       QTR RCV.: D01-013L     FACL RCV: WAS
UNT  ORG..:C/D GP       QTR ORG.: Z01-118LAD   FACL ORG: WAS
EVT FACL.: WAS    ACC LEV: WAS  1 NCR  1            RESP DUE: TUE  03-17-2020
ABSTRACT.: OTHER LEGAL
STATUS DT: 01-21-2020  STATUS CODE: ACC STATUS REASON:
INCRPTNO.:           RCT: P EXT: P DATE ENTD: 01-21-2020
REMARKS..: CLAIMS SHE SHOULD BE ALLOWED WRITTEN COMMUNICATION
           WITH DAUGHTER FROM WHOM SHE IS RESTRICTED DUE TO
           BOTH FILING JOINT LITIGATION




           116 REMEDY SUBMISSION(S) SELECTED
  G0000        TRANSACTION SUCCESSFULLY COMPLETED
```