**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: Biron, Lisa A.    12775-049    D    FCI Waseca
      LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A- INMATE REQUEST**

The BOP will not let me contact my adult daughter despite the fact that she wants contact with me. The BOP has no legal grounds to support these actions, although various government employees have offered various justifications over the years.

I have exhausted the administrative remedy process multiple times regarding this issue. Please acknowledge that my remedies are exhausted.

April 8, 2019             *Lisa Biron*
DATE             SIGNATURE OF REQUESTER

**Part B- RESPONSE**

_____      _____
DATE      WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE      CASE NUMBER: 974777-F1

CASE NUMBER: 974777-F1

**Part C- RECEIPT**

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT

SUBJECT: _____

_____      _____
DATE      RECIPIENT'S SIGNATURE (STAFF MEMBER)

**EXHIBIT B**

USP LVN      PRINTED ON RECYCLED PAPER      BP-229(13) APRIL 1982