U.S. DEPARTMENT OF JUSTICE  
Federal Bureau of Prisons

# REQUEST FOR ADMINISTRATIVE REMEDY

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: __Biron, Lisa A.__  __12775-049__  __D__  __FCI Waseca__
  LAST NAME, FIRST, MIDDLE INITIAL   REG. NO.   UNIT   INSTITUTION

**Part A– INMATE REQUEST**

The staff at FCI Waseca are rejecting mail based only on the appearance of the outside of the envelope in violation of the law as set forth on the attached continuation page (4 copies provided).

September 3, 2019                             *Lisa Biron*
  DATE                                   SIGNATURE OF REQUESTER

**Part B– RESPONSE**

See Attached Response

_____                    _____
   DATE                              WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE                  CASE NUMBER: __989892-F1__

                                            CASE NUMBER: __989892-F1__

**Part C– RECEIPT**

Return to: _____
         LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.    UNIT   INSTITUTION

SUBJECT: _____

_____               _____
   DATE                       RECIPIENT'S SIGNATURE (STAFF MEMBER)

BP-229(13)  
APRIL 1982

**EXHIBIT C**

Lisa A. Biron  
Reg. # 12775-049  
BP-9 Continuation Page

September 3, 2019

    FCI Waseca has rejected my incoming mail without opening and inspecting it based solely on the appearance of the outside of the envelopes. This unopened, wrongfully rejected mail was returned to the sender at the expense of the United States Postal Service despite being properly addressed and duly deliverable to me.

    This conduct violates the Constitution as there is no legitimate security-related purpose in rejecting mail based solely on the appearance of an envelope when the mail may be delivered to me without the envelope, and when the Code of Federal Regulations mandates that "Institution staff <u>shall open</u> and inspect <u>all</u> incoming general correspondence." 28 C.F.R. § 540.14(a). Further, the Program Statement does not support these actions as federal law does not permit the Warden of this institution to unilaterally repeal, amend, or revise the Federal Regulations. See 5 U.S.C. § 301 & § 552.

    FCI Waseca's purpose in rejecting the mail unopened and uninspected is not security-related but financial as it is fraudulently causing the postal service and the public to bear the cost to return this mail instead of complying with the Federal Regulations that govern the federal Bureau of Prisons.

    I request that staff immediately cease this unlawful procedure and process my incoming general correspondence in accordance with the law.