U.S. DEPARTMENT OF JUSTICE                    **REQUEST FOR ADMINISTRATIVE REMEDY**
Federal Bureau of Prisons

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

| From: | Biron, Lisa A. | 12775-049 | D | FCI Waseca |
|---|---|---|---|---|
| | LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |

**Part A- INMATE REQUEST**

On 10/23/2019, D. Hiller wrote an incident report against Ms. Biron for unauthorized contact with the public (prohibited act code 327) for calling her twenty-one (21) year old daughter R███ ███. There are no court orders barring their contact.

On 10/22/2019, through a third party, R███ H███ requested contact with Ms. Biron and provided her phone number. Ms. Biron entered her daughter's name and phone number in the TRULINCS computer system and identified R███ H███ under the category "children." Ms. Biron waited for the phone number to be approved (see exhibit 1, approved contacts list), and at 5:50:08 p.m dialed the FBOP-approved phone number. R███ B███ answered the phone, listened to the FBOP recorded greeting which identified Ms. Biron as the caller, gave options for rejecting and accepting the call, and pressed "5" to accept the call. Ms. Biron and her daughter talked for the full 15 minutes allowed per call.

Clearly, the contact was not unauthorized, and Waseca staff's actions violate the Constitution. But Ms. Biron will agree not to sue everyone involved in writing, serving, and adjudicating the present incident report, and everyone who has attempted to interfere with her and her daughter's communication, if the incident report is expunged immediately and her commissary privileges restored.

*Lisa Biron*

| November 5, 2019 | |
|---|---|
| DATE | SIGNATURE OF REQUESTER |

**Part B- RESPONSE**

*See Attached Response*

| DATE | WARDEN OR REGIONAL DIRECTOR |
|---|---|

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

CASE NUMBER: 996335.F1

**ORIGINAL: RETURN TO INMATE**

CASE NUMBER: 996335.F1

**Part C- RECEIPT**

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL          REG. NO.          UNIT

SUBJECT: _____

| | | |
|---|---|---|
| DATE | RECIPIENT'S SIGNATURE (STAFF MEMBER) | BP-229(13) APRIL 1982 |

**EXHIBIT D**