**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

1583
my
12-4-19
Mul

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: **Biron, Lisa A.**    REG. NO. **12775-049**    UNIT **SHU**    INSTITUTION **FCI-Waseca**
      LAST NAME, FIRST, MIDDLE INITIAL

**Part A— INMATE REQUEST**  Lisa and R████ Biron are co-plaintiffs in a lawsuit against Director Sawyer, D. Hiller, and N. Barnes (Biron v. Sawyer, et al., Case no. 19-cv-2938 D. Minn.) On November 25, 2019, L. Biron attempted to mail an envelope addressed to R.B████ containing court documents for her to sign and mail to the United States District Court for the Dist. of Minn. to be filed in that case. The envelope contained an envelope pre-addressed to the court with postage to facilitate the filing of the document— a P.O.A. form for filing with the court.

On Nov. 29, 2019 future defendants Stennes and Foreman removed this envelope from the mail and the mail remains unmailed despite containing court documents essential to prosecuting this case. Lisa Biron sought help from defendant Hiller who refused and still refuses to allow these documents to be mailed. Documents that need to be filed in a case in which she is a defendant.

Stennes, Foreman, and Hiller have agreed and conspired together to interfere with Lisa and R████ B████'s access to the court in violation of the First Amendment and Due Process Clause of the U.S. Constitution. If this behavior ceases immediately, we will not have to sue.

**12/4/19**    DATE                            *Lisa Biron*    SIGNATURE OF REQUESTER

**Part B— RESPONSE**

See Attached Response

_____    _____
DATE               WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE    CASE NUMBER: **999668·F1**
                              CASE NUMBER: **999668·F1**

**Part C— RECEIPT**

Return to: _____   REG. NO. _____   UNIT _____   INSTITUTION _____
           LAST NAME, FIRST, MIDDLE INITIAL

SUBJECT: _____

_____    _____
DATE               RECIPIENT'S SIGNATURE (STAFF MEMBER)

USP LVN                                                                BP-229(13)

**EXHIBIT E**