**U.S. DEPARTMENT OF JUSTICE**  
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

Incident Report # 3332731

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: **Biron, Lisa A.**     12775-049    SHU    FCI-Waseca  
LAST NAME, FIRST, MIDDLE INITIAL   REG. NO.   UNIT   INSTITUTION

**Part A– INMATE REQUEST**

I was accused of, and sanctioned for, sending mail to try to communicate with R█████ B████ (who is twenty-one years old and has expressed verbally and in writing her desire to contact me, but the FBOP continues to victimize her by ignoring her wishes). I did not, however, send a letter to communicate with R████. The mail contained no communications to R████, but documents to be filed in our lawsuit against Dr. Sawyer, Barnes + Hiller (19-cv-2938). Specifically, the envelope contained two (2) copies of a limited POA for R████'s signature and two pre-addressed, stamped envelopes for mailing the forms to the Dist. of Minn and to Lisa's POA, and a copy of a letter mailed to Judge Barbadoro of which R████ was the subject. You may not sanction me for sending mail to my co-Plaintiff in a lawsuit against you. Duh.

12-4-19  
DATE            *Lisa Biron*  
          SIGNATURE OF REQUESTER

**Part B– RESPONSE**

See Attached Response

_____    _____  
DATE            WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE    CASE NUMBER: 999469-F1  
                                                  CASE NUMBER: 999469-F1

**Part C– RECEIPT**

Return to: _____  
LAST NAME, FIRST, MIDDLE INITIAL   REG. NO.   UNIT   INSTITUTION

SUBJECT: _____

_____    _____  
DATE            RECIPIENT'S SIGNATURE (STAFF MEMBER)   BP-229(13) APRIL 1982

**EXHIBIT F**