UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
No. 19-cv-2938 (SRN/LIB)

Lisa A. Biron,

    Plaintiff,

v.

Kathleen Hawk Sawyer, Director Federal Bureau of Prisons; Warden Nanette Barnes; Deanna Hiller, Unit Manager,

    Defendants.

**DECLARATION OF ANDREW TWEETEN**

Andrew Tweeten, for his declaration pursuant to 28 U.S.C. § 1746, states as follows:

1. I am an adult, competent, and have personal knowledge of the facts contained herein. I am employed by the United States Attorney's Office for the District of Minnesota, as an Assistant United States Attorney. As part of my duties, I have been assigned to represent Defendants in the above-entitled case. I make this declaration based upon my own knowledge and upon review of the file.

2. Attached as Exhibit 1 is the Transcript of Sentencing Hearing held in *United States v. Biron*, No. 12-cr-140-1-PB in the United States District Court for the District of New Hampshire on May 23, 2013, as retrieved from the Court's CM/ECF system.

3. Attached as Exhibit 2 is the Brief for Appellant in *United States v. Biron*, No. 13-1698, filed before the First Circuit Court of Appeals on May 28, 2014, as retrieved from the Court's CM/ECF system.

4. Attached as Exhibit 3 is the Judgment of the First Circuit Court of Appeals in *United States v. Biron*, No. 13-1698, of November 14, 2014, as retrieved from the Court's CM/ECF system.

I declare under penalty of perjury that the foregoing statements are true and correct.

Dated: February 4, 2020

                                              *s/ Andrew Tweeten*
                                              Andrew Tweeten
                                              Assistant United States Attorney