UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
No. 19-cv-2938 (SRN/LIB)

Lisa A. Biron,

    Plaintiff,

v.

Kathleen Hawk Sawyer, Director Federal Bureau of Prisons; Warden Nanette Barnes; Deanna Hiller, Unit Manager,

    Defendants.

**MEET & CONFER STATEMENT**

Undersigned counsel was not able to meet and confer with Plaintiff Lisa Biron regarding Defendant's Motion to Dismiss because the Plaintiff is incarcerated and consequently not available for conference. A resolution obviating the need for the Defendants' Motion has not been reached.

Dated: February 4, 2020

    ERICA H. MacDONALD
    United States Attorney

    *s/ Andrew Tweeten*

    By:  ANDREW TWEETEN
    Assistant United States Attorney
    Attorney ID Number 0395190
    600 U.S. Courthouse
    300 South Fourth Street
    Minneapolis, MN   55415
    (612) 664-5600
    andrew.tweeten@usdoj.gov

    Attorneys for Defendants