UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
No. 19-cv-2938 (SRN/LIB)

Lisa A. Biron,

    Plaintiff,　　　　　　　　　　　　　　　　**[PROPOSED]**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**ORDER**
  v.

Kathleen Hawk Sawyer, Director Federal Bureau of
Prisons; Warden Nanette Barnes; Deanna Hiller,
Unit Manager,

    Defendants.

This matter came before the Court on Defendants' Motion to Dismiss.  (Doc. 29.) No hearing thereon being necessary, it is hereby **ORDERED** that:

1. The Defendant's Motion is **GRANTED** and

2. Plaintiff's claims in the Complaint (Doc. 1-2) are **DISMISSED** in their entirety and **WITH PREJUDICE**.

Dated:

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　SUSAN RICHARD NELSON
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge