UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
No. 19-cv-2938 (SRN/LIB)

Lisa A. Biron,

    Plaintiff,

  v.

Kathleen Hawk Sawyer, Director Federal Bureau of Prisons; Warden Nanette Barnes; Deanna Hiller, Unit Manager,

    Defendants.

**CERTIFICATE OF SERVICE**

I certify that on February 4, 2020, I electronically filed the following documents with the Clerk of Court:

**MOTION TO DISMISS, NOTICE OF HEARING, MEMORANDUM OF LAW, CERTIFICATE OF COMPLIANCE, DECLARATION OF NANETTE BARNES, BARNES EXHIBITS A-G, DECLARATION OF JAKE BUSH, BUSH EXHIBITS A-F, DECLARATION OF ANDREW TWEETEN, TWEETEN EXHIBITS 1-3, MEET & CONFER STATEMENT, and PROPOSED ORDER.**

I further certify that on February 5, 2020, I electronically filed the corresponding **CERTIFICATE OF SERVICE** with the Clerk of Court and mailed all of these documents by first class mail, postage paid, to:

    LISA A. BIRON (#12775-049)
    FCI WASECA
    P.O. BOX 1731
    WASECA, MN   56093

                                                        *s/ Andrew Tweeten*
                                                        Andrew Tweeten
                                                        Assistant United States Attorney