Lisa A. Biron
Reg. # 12775-049
Federal Correctional Institution
P.O. Box 1731
Waseca, MN 56093

RECEIVED
BY MAIL

FEB 1 8 2020

CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

Judge L. Brisbois
United States District Court
District of Minnesota
300 South Fourth Street, Ste 202
Minneapolis, MN 55415

February 13, 2020

Re: Biron v. Sawyer, 19-CV-2938

Dear Judge Brisbois:

Your Order of February 6, 2020 advised that no further motions would be considered until you issue a decision on the currently pending motions.

I recently discovered, however, that material facts put in issue by the Defendants, which I then alleged and swore to be true in my Verified Motion for Summary Judgment and for Preliminary Injunction [ECF DOC 27], are, in fact, not true.

Therefore, I am moving to withdraw said motion as explained in the enclosed Motion to Withdraw.

Thank you for your attention to this matter.

Sincerely,

*Lisa Biron*

Lisa Biron

Enclosure
Cc: AUSA Tweeten

SCANNED
FEB 1 8 2020
U.S. DISTRICT COURT MPLS