Lisa Biron
#12775-049
Federal Correctional Institution
P.O. Box 1731
Waseca, MN 56093

The enclosed letter was processed through special mail
[illegible handwritten notes]
2/13/20

<12775-049>
U S District Court
U.S. Courthouse, Ste 202
300 S 4TH ST
Minneapolis, MN 55415
United States

SCANNED
FEB 18 2020
U.S. DISTRICT COURT MPLS

RECEIVED
BY MAIL
FEB 18 2020
U.S. CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

MINNEAPOLIS MN 553
14 FEB 2020 PM 3 L

55415-226392



Federal Correctional Institution
P.O. Box 1731
Waseca, MN 56093-0741

2/13/20