RECEIVED BY MAIL
FEB 1 8 2020
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MINNESOTA

Lisa Biron,
    Plaintiff

v.      Case No. 19-cv-2938 (SRN/LIB)

Kathleen Hawk Sawyer, et al.,
    Defendants

## Motion to Withdraw
### Plaintiff's "Verified Motion for Summary Judgment and for Preliminary Injunction"

It has recently been discovered that certain "facts" averred to in Plaintiff's "Verified Motion for Summary Judgment and for Preliminary Injunction" are untrue. Specifically, the Special Condition of Supervised Release, which the Defendants have touted as the sole basis for their contact restriction, was not actually imposed by the sentencing court.

Plaintiff's argument in her Verified Motion is, likewise, focused entirely on a supervised release condition, raised and quoted by the defendants, that is inapplicable because it does not actually exist in her sentence.

Wherefore, Plaintiff moves to withdraw her Motion. She will incorporate a new motion for summary judgment with her opposition to Defendants' Motion to Dismiss if the matter is not settled forthwith.

Respectfully submitted

2/13/20
Date

Lisa Biron #12775-049
FCI Waseca
P.O. Box 1731
Waseca, MN 56093

SCANNED
FEB 1 8 2020
U.S. DISTRICT COURT MPLS

1

## Certification

I certify that a copy of this Motion to Withdraw was forward to the Defendants' attorney, AUSA Andrew Tweeten, on this date via U.S. mail postage paid.

2/13/20
Date

Lisa Biron