UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 19-cv-2938 (SRN/LIB)

LISA A. BIRON,

      Plaintiff,

  v.

KATHLEEN HAWK SAWYER,
DIRECTOR FEDERAL BUREAU OF
PRISONS; WARDEN NANETTE BARNES;
DEANNA HILLER, UNIT MANAGER,

      Defendants.

**CERTIFICATE OF SERVICE**

I hereby certify that on February 27, 2020, I caused the following documents:

LETTER TO MAGISTRATE JUDGE AND CERTIFICATE OF SERVICE

to be filed electronically with the Clerk of Court through ECF, and I further certify that I caused a copy of the foregoing documents to be mailed by first class mail, postage paid, to the following non-ECF participant:

Address:

LISA A. BIRON, #12775-049
FCI WASECA
P.O. BOX 1731
WASECA, MN  56093

                                *s/ Andrew Tweeten*
                                ANDREW TWEETEN
                                Assistant United States Attorney