Lisa Bir
12775-01
Federal Correctional Institution
P.O. Box 1731
Waseca, MN 56093



12775-049
U S District Court
U.S. Courthouse, Ste 202
300 S 4TH ST
Minneapolis, MN 55415
United States

RECEIVED
BY MAIL
MAR 02 2020
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

SCANNED
MAR 03 2020
U.S. DISTRICT COURT MPLS

Federal Correspondence MS
Box 1731
MN 55083-0741

2/27/2020

PLACE STICKER AT TOP OF ENVELOPE
TO THE RIGHT OF RETURN ADDRESS.
FOLD AT DOTTED LINE