Lisa Biron
12775-049
Federal Correctional Institution
P.O. Box 1731
Waseca, MN 56093

<12775-049<>
U.S. District Court
U.S. Courthouse, Ste 202
300 S 4TH ST
Minneapolis, MN 55415
United States

RECEIVED
BY MAIL
MAR 02 2020
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA



SCANNED
MAR 03 2020
U.S. DISTRICT COURT MPLS



PLACE STICKER AT TOP OF ENVELOPE
TO THE RIGHT OF RETURN ADDRESS.
FOLD AT DOTTED LINE