**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

| From: | Biron, Lisa A. | 12775-049 | D | FCI Waseca |
|---|---|---|---|---|
| | LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |

**Part A- INMATE REQUEST**

The BOP will not let me contact my adult daughter despite the fact that she wants contact with me. The BOP has no legal grounds to support these actions, although various government employees have offered various justifications over the years.

I have exhausted the administrative remedy process multiple times regarding this issue. Please acknowledge that my remedies are exhausted.

**RECEIVED**
MAR 02 2020
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

April 8, 2019                                    *Lisa Biron*
DATE                                              SIGNATURE OF REQUESTER

**Part B- RESPONSE**

**SCANNED**
MAR 03 2020
U.S. DISTRICT COURT MPLS

See Attached Response

_____                    _____
DATE                                          WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE                    CASE NUMBER: 974777-F1

                                              CASE NUMBER: 974777-F1

**Part C- RECEIPT**

Return to: _____
           LAST NAME, FIRST, MIDDLE INITIAL       REG. NO.        UNIT       INSTITUTION

SUBJECT: _____

_____                     _____
DATE                                          RECIPIENT'S SIGNATURE (STAFF MEMBER)

EXHIBIT 1
Page 1 of 2 Pages

BP-229(13)
APRIL 1982

**ADMINISTRATIVE REMEDY RESPONSE**
Log No. 974777-F1

This is in response to your Request for Administrative Remedy received in my office on April 10, 2019. You claim your right to correspond with your adult daughter is being prohibited without legal cause and you request authorization to contact your daughter. You also request confirmation your obligation to exhausted the administrative remedy process regarding this issue has been met.

A review of your request reveals it is repetitive and has already been addressed in the following administrative remedies 740965, 804649, and 806052.

Your Request for Administrative Remedy is for informational purposes.

If you are dissatisfied with this response, you may file an appeal with the North Central Regional Director, Federal Bureau of Prisons, North Central Regional Office, 400 State Avenue, Tower II, Suite 800, Kansas City, Kansas 66101, within 20 (twenty) calendar days of the date of this response.

_____          4·25·19
Nanette Barnes, Warden                   Date

EXHIBIT 1
Page 2 of 2 Pages