## Certificate of Service

I certify that a copy of the foregoing March 3, 2020 Letter to Judge Leo Brisbois was mailed to AUSA Andrew Tweeten on this date via U.S. Mail.

3/3/2020
Date

*Lisa Biron*
Lisa Biron

SCANNED
MAR 0 6 2020
U.S. DISTRICT COURT MPLS