

Lisa Biron
12775-049
Federal Correctional Institution
P.O. Box 1731
Waseca, MN 56093

⇔12775-049⇔
U S District Court
U.S. Courthouse, Ste 202
300 S 4TH ST
Minneapolis, MN 55415
United States

MINNEAPOLIS MN 553
04 MAR 2020 PM 5 L

RECEIVED BY MAIL
MAR 0 6 2020
U.S. CLERK
DISTRICT COURT
MINNEAPOLIS, MINNESOTA

SCANNED
MAR 0 6 2020
U.S. DISTRICT COURT MPLS