UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
No. 19-cv-2938 (SRN/LIB)

Lisa A. Biron,

    Plaintiff,

v.

Kathleen Hawk Sawyer, Director Federal Bureau of Prisons; Warden Nanette Barnes; Deanna Hiller, Unit Manager,

    Defendants.

**MOTION TO DISMISS**

Defendants Kathleen Hawk Sawyer, Director Federal Bureau of Prisons, Warden Nanette Barnes, and Deanna Hiller, Unit Manager, pursuant to Federal Rule of Civil Procedure 12(b)(1), respectfully move the Court for dismissal of the claims raised in Plaintiff's Complaint.  Doc. 1-2.  In support of their motion, Defendants submit a Memorandum of Law and the Declaration of Deanna Hiller with supporting Exhibit.

Dated:   April 10, 2020

    ERICA H. MacDONALD
    United States Attorney

    *s/ Andrew Tweeten*

    By:   ANDREW TWEETEN
    Assistant United States Attorney
    Attorney ID Number 0395190
    600 U.S. Courthouse
    300 South Fourth Street
    Minneapolis, MN   55415
    (612) 664-5600
    andrew.tweeten@usdoj.gov

    Attorneys for Defendants