UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
No. 19-cv-2938 (SRN/LIB)

Lisa A. Biron,

        Plaintiff,

v.

Kathleen Hawk Sawyer, Director Federal Bureau of
Prisons; Warden Nanette Barnes; Deanna Hiller,
Unit Manager;

        Defendants.

**DECLARATION OF
DEANNA HILLER**

Deanna Hiller, for her declaration pursuant to 28 U.S.C. § 1746, states as follows:

1.    I am currently employed by the United States Department of Justice (DOJ), Federal Bureau of Prisons (BOP), as a Unit Manager at the Federal Correctional Institution in Waseca, Minnesota. I have been employed in this capacity since 2011, and I have been employed with the Bureau of Prisons since March 1995.

2.    As part of my official duties, I have access to records maintained in the ordinary course of business by the Bureau, including information maintained in the SENTRY[1] database, inmate Central Files, and other official inmate files and records.

3.    I am familiar with inmate Lisa Biron, Federal Register No. 12775-049, the plaintiff in this litigation, as she is assigned to my Unit Team case load. Biron is serving a 480-month term of imprisonment for (1) Transportation of a Minor with Intent to Engage

---

[1]    SENTRY is the Bureau's national database that tracks various data regarding an inmate's confinement, including, but not limited to, an inmate's institutional history, sentencing information, participation in programs, administrative remedies, and discipline history.

in Criminal Sexual Activity, in violation of 18 U.S.C §§ 2423(a) and 2427; (2) Sexual Exploitation of Children, in violation of 18 U.S.C. §§ 2251(a) and 2256; and (3) Possession of Child Pornography, in violation of 18 U.S.C. § 2252A(a)(5)(B).

4. I have been advised Biron is challenging the Bureau's decision to preclude her from communicating with her daughter, R.B., who also was the victim in her criminal case, after R.B. requested the communication in October 2019.

5. On March 4, 2020, Biron was notified that the restriction on her communication with R.B. was lifted. *See* Notice Removing Restricted Correspondence, attached as Exhibit 1.

I declare under penalty of perjury that the foregoing statements are true and correct.

Dated: April 10, 2020

*Deanna Hiller*
DEANNA HILLER