NOTIFICATION TO:     BIRON, Lisa
                     Reg. No.: 12775-049

SUBJECT:             Notice Removing Restricted Correspondence

This is notification is to advise you pursuant to BOP Program Statement 5265.14, <u>Correspondence</u>, and the authorization provided for in 28 C.F.R §540.15(a) and 28 C.F.R §540.12, you are no longer on restricted General Correspondence.

You had been previously advised that if the conditions of your supervised release were modified, you could request reconsideration of the communication restriction prohibiting contact with your victim. On February 24, 2020, your sentencing court modified your Special Conditions of Supervision to provide: "The defendant shall not directly or indirectly contact the victim or any person under the age of 18 except in the presence of a responsible adult who is aware of the nature of the defendant's background and current offense and who has been approved by the probation officer."  As this Special Condition is no longer an absolute bar on your communication with your victim, you will be permitted to communicate with her.

Be advised the content of your communication must comply with Program Statement 5264.14, <u>Correspondence</u>, and Program Statement 5264.08, <u>Inmate Telephone Regulations</u>.   Failure to do so may result in disciplinary action and/or reinstatement of the contact prohibition.   Further, to the extent you may disagree with this notice, you may appeal through the BOP Administrative Remedy Program if you so choose.

_____           3.4.2020
Nanette Barnes, Warden                    Date

I, <u>Lisa Biron, Reg. No. 12775-049</u>, have been advised of the aforementioned restriction and had an opportunity to read this restriction. I understand I may request a copy of this restriction through a FOIA Request.

_____           3|4|2020
Lisa Biron, Reg. No. 12775-049            Date

*It wasn't a change to the sentence, it was a correction to fix a scrivener's error.*

**EXHIBIT 1**