UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
No. 19-cv-2938 (SRN/LIB)

Lisa A. Biron,

    Plaintiff,

v.

Kathleen Hawk Sawyer, Director Federal Bureau of Prisons; Warden Nanette Barnes; Deanna Hiller, Unit Manager,

    Defendants.

**MEET & CONFER STATEMENT**

I attempted to meet and confer with Plaintiff by letter sent on March 19, 2020, wherein I sought an agreement for dismissal of this action because it is moot. In the alternative, I sought to ascertain Plaintiff's position regarding the claims that remain in issue. A resolution obviating the need for the Defendants' Motion was not reached as a result of this communication.

Dated: April 10, 2020

    ERICA H. MacDONALD
    United States Attorney

    *s/ Andrew Tweeten*

    By:  ANDREW TWEETEN
    Assistant United States Attorney
    Attorney ID Number 0395190
    600 U.S. Courthouse
    300 South Fourth Street
    Minneapolis, MN  55415
    (612) 664-5600
    andrew.tweeten@usdoj.gov

    Attorneys for Defendants