UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
No. 19-cv-2938 (SRN/LIB)

Lisa A. Biron,

    Plaintiff,   **[PROPOSED] ORDER**

  v.

Kathleen Hawk Sawyer, Director Federal Bureau of Prisons; Warden Nanette Barnes; Deanna Hiller, Unit Manager,

    Defendants.

This matter came before the Court on Defendants' Motion to Dismiss. (Doc. 47.) No hearing thereon being necessary, it is hereby **ORDERED** that:

1. The Defendant's Motion is **GRANTED** and

2. Plaintiff's claims in the Complaint (Doc. 1-2) are **DISMISSED WITHOUT PREJUDICE**.

Dated:

                                        SUSAN RICHARD NELSON
                                        United States District Judge