Lisa Bison
12775-049
Federal Correctional Institution
P.O. Box 1731
Waseca, MN 56093

APR 24 2020

⇔ 12775-049 ⇔
U S District Court
U.S. Courthouse, Ste 202
300 S 4TH ST
Minneapolis, MN 55415
United States

SCANNED
APR 29 2020
U.S. DISTRICT COURT MPLS

RECEIVED
BY MAIL
APR 29 2020
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA



Federal Correctional Institution
P.O. Box 1731
Waseca, MN 56093-0741

APR 24 2020