RECEIVED BY MAIL
MAY 20 2020
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

## Certification

A copy of this Motion was served on the defendants by mailing said copy to their attorney AUSA Tweeten via U.S. mail postage paid on this date.

5/18/20                                  Lisa Biron
                                         Lisa Biron



SCANNED
MAY 20 2020
U.S. DISTRICT COURT MPLS

3