Lisa Biron
12775-049
Federal Correctional Institution
P.O. Box 1731
Waseca, MN 56093

<12775-049>
U S District Court
U.S. Courthouse, Rm 202
300 S 4TH ST
Minneapolis, MN 55415
United States

CERTIFIED MAIL

7019 1640 0002 0493 6408

RECEIVED BY MAIL
MAY 20 2020
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

X-RAYED BY USMS

SCANNED
MAY 20 2020 MP
U.S. DISTRICT COURT MPLS

55415-226352

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE