United States District Court
District of Minnesota

Biron,
Plaintiff

v.                                Case No. 19-cv-2938 (SRN/LIB)

Sawyer, et al.,
Defendants

## Motion for Leave to File Amended Complaint

Ms. Biron moves this honorable Court for leave to amend her Complaint to include claims for damages against Defendants Hiller and Barnes in their individual capacities. The proposed amended complaint would be her first amended complaint in this action.

As this litigation is in its early stages, the defendants will not be prejudiced by said amendment and the ends of justice will be served.

Plaintiff requests that the Court grant leave to amend, and allow her fourteen (14) days after service of this Court's decision on her and her daughter's motions for joinder to file said amended complaint.

Respectfully submitted

5/18/20

Lisa Biron
Lisa Biron
FCI Waseca, MN