RECEIVED BY MAIL
MAY 20 2020
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

Certification

A copy of this Motion was served on the defendants by mailing said copy to their attorney AUSA Tweeten via U.S. mail postage paid on this date.

5/18/20

*Lisa Biron*
Lisa Biron

SCANNED
MAY 20 2020
U.S. DISTRICT COURT MPLS