Lisa Biron
12775-049
Federal Correctional Institution
P.O. Box 1731
Waseca, MN 56093

RECEIVED BY MAIL
MAY 20 2020
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

7019 1640 0002 0493 5408

CERTIFIED MAIL

⇔ 12775-049 ⇔
U S District Court
U.S. Courthouse, Rm 202
300 S 4TH ST
Minneapolis, MN 55415
United States

554415-226352

X-RAYED BY USMS

SCANNED
MAY 20 2020 MP
U.S. DISTRICT COURT MPLS

FOREVER / USA (stamps)

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE