UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
No. 19-cv-2938 (SRN/LIB)

Lisa A. Biron,

    Plaintiff,

v.

Kathleen Hawk Sawyer, Director Federal Bureau of Prisons; Warden Nanette Barnes; Deanna Hiller, Unit Manager,

    Defendants.

**RESPONSE TO MOTION FOR LEAVE TO FILE SURREPLY**

To the extent that it seeks leave to file, Defendants do not oppose Plaintiff Lisa Biron's Motion for Leave to File Surreply. Doc. 58. For reasons stated in their initial Memorandum of Law, Doc. 49, and in their Reply, Doc. 56, Defendants disagree with the arguments and assertions presented in the Surreply itself.

Dated:   May 28, 2020

ERICA H. MacDONALD
United States Attorney

*s/ Andrew Tweeten*

By:   ANDREW TWEETEN
Assistant United States Attorney
Attorney ID Number 0395190
600 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN   55415
(612) 664-5600
andrew.tweeten@usdoj.gov

Attorneys for Defendants