UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
No. 19-cv-2938 (SRN/LIB)

Lisa A. Biron,

    Plaintiff,

v.

Kathleen Hawk Sawyer, Director Federal Bureau of Prisons; Warden Nanette Barnes; Deanna Hiller, Unit Manager,

    Defendants.

**CERTIFICATE OF COMPLIANCE**

The undersigned attorney certifies that Defendants' Response to Motion to Amend complies with the type volume limitation of D. Minn. L.R. 7.1(f) and the type size limitation of D. Minn. L.R. 7.1(h). The Response has 207 words of type, font size 13. The Response was prepared using Microsoft Word 2016, configured to include all text—including headings, footnotes and quotations—in the word count.

Dated: May 28, 2020

    ERICA H. MacDONALD
    United States Attorney

    *s/ Andrew Tweeten*

    By:  ANDREW TWEETEN
    Assistant United States Attorney
    Attorney ID Number 0395190
    600 U.S. Courthouse
    300 South Fourth Street
    Minneapolis, MN   55415
    (612) 664-5600
    andrew.tweeten@usdoj.gov

    Attorneys for Defendants