United States District Court
District of Minnesota

RECEIVED BY MAIL
JUN 0  2020
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

Biron,
  Plaintiff

v.                              Case No. 19-cv-2938

Sawyer, et al.,
  Defendants

### Reply to Defendants' Response to Motion to Amend Complaint

Ms. Biron was informed over the phone this evening, by someone who has access to PACER, that Defendants object to this Court granting her leave to file an amended complaint because she did not comply with certain local rules and federal rules of civil procedure.

But the Defendants have not allowed Ms. Biron to have any access to any legal materials or a typewriter since April 28, 2020. Ms. Biron has included with this Reply her email to the defendants (sent after she received the Defendants' reply to her response to their motion to dismiss) requesting access to the law library concerning this case and the Defendants' denial of her request.

Ms. Biron had to draft her motion for leave to file sur-reply/sur-reply and motion for leave to file an amended complaint by hand without any access to the Fed. R. Civ. P. or local rules or a typewriter. Now, these same defendants argue her motion should be denied for failure to follow court rules that they have kept her from accessing.

SCANNED
JUN 02 2020
U.S. DISTRICT COURT MPLS

Wherefore, Ms. Biron requests this honorable Court grant her motion for leave to file an amended complaint, order the defendants to stop sabotaging her ability to prosecute this case by barring her access to the law library and typewriter, or appoint an attorney to represent her against these corrupt government officials, and grant such other relief as is just and equitable.

Respectfully submitted

5/28/2020

*Lisa Biron*
Lisa Biron
FCI Waseca
P.O. Box 1731
Waseca, MN 56093

### Certification

A copy of this Reply was mailed to AUSA Tweeten on this date.

*Lisa Biron*
Lisa Biron