Lisa Biron
27715-049
Federal Correctional Institution
P.O. Box 1731
Waseca, MN 56093

RECEIVED
BY MAIL
JUN 01 2020
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

7019 1640 0002 0493 6415

CERTIFIED MAIL

United States District Court
District of Minnesota
U.S. Courthouse, Suite 202
300 South Fourth Street
Minneapolis, MN 55415

SCANNED
JUN 02 2020
U.S. DISTRICT COURT MPLS

Forever · USA