TRULINCS 12775049 - BIRON, LISA - Unit: WAS-D-A

RECEIVED BY MAIL
JUN 0 1 2020
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

---

FROM: Associate Warden,
TO: 12775049 BIRON, LISA
SUBJECT: RE:***Inmate to Staff Message***
DATE: 05/18/2020 08:57 AM

Case 19-cv-2938 is under advisement, and there is no imminent deadline at this point. Therefore, under the modified COVID-19 conditions limiting inmate movement, you will not be able to use the electronic law library. Should you receive information from the Court indicating a filing deadline, you may again request access.

>>> ~^!"BIRON, ~^!LISA" <12775049@inmatemessage.com> 5/15/2020 12:58 PM >>>
To: Mr. Vaught
Inmate Work Assignment: Orderly

-----BIRON, LISA on 5/15/2020 12:57 PM wrote:

>

Ms. Hiller:
My last request for access to the law library for preparation for possible litigation was denied by you.

I request a 2-hour block of time in the law library concerning case no. 19-cv-2938. I'll not explain to you the particular purpose as you are a defendant in that case.

Please let me know the time so that I may be prepared.
Thank you.

Lisa Biron

SCANNED
JUN 02 2020
U.S. DISTRICT COURT MPLS