Exhibit

*Handwritten notes at top:*

Ms. Hiller,
Does AUSA Tweeten Know about this.
This is one of those things that I'd want you
to Know if I were representing you.
~ Just saying.

*Right side stamp:*
RECEIVED
BY MAIL
PS 1330.18c
Attachment A
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

Law Library
5-15-20

## INFORMAL RESOLUTION ATTEMPT

In accordance with Program Statement 1330.18b, <u>Administrative Remedy Program</u>, this form will serve as documentation by the respective staff member and the Unit Manager to indicate an informal attempt to resolve the complaint of the following inmate.

### A BP-9 WILL NOT BE ACCEPTED WITHOUT THIS COMPLETED FORM ATTACHED.

NAME: Biron, Lisa A          REGISTER NO: 12775-049

DATE ISSUED: 5-15-20          STAFF: _____

1. **Nature of complaint (to be completed by inmate):**
On 5/15/20, I was severely prejudiced by AW Vaught's AW Kallis' and Unit Manager Hiller's refusal to allow me access to the law library to prosecute Case No. 19-cv-2938, which is against Ms Hiller and other FBOP officials. Specifically, on 5/15/20, I received the Defendants' Reply to my opposition to their motion to dismiss. Defendants' Reply made an erroneous argument and analysis regarding the voluntary cessation exception to the "mootness doctrine which necessitated a "sur-reply" from me. Defendants' failure to allow my access to the law library required me to hand-write my motions without the ability to read the case law cited by the defendants or to provide any supportive authorities for my motion. Defendants claim that the Federal Bureau of Prisons authorized this denial to prosecute

**FOR STAFF USE ONLY (to be completed ordinarily within 15 calendar days)** my case against them.*

2. Date received from inmate: 5-15-20
3. Staff member assigned by Unit Manager: Hiller
4. Efforts made to resolve the problem: During Modified Operations for COVID-19 pandemic, the BOP requires that inmates requesting access to the ELL demonstrate an imminent court deadline, defined as a deadline within the next 30 days and set by the Court. On 5/15/20, you did not have a deadline on above cited case. On 4/28/20 you were allowed access to ELL based on another case. You chose to
5. Applicable Program Statement used in this informal resolution attempt: Work on another case instead.
6. Inmate's response to informal remedy attempt: See attch 9

*Stamp:*
SCANNED
JUN 25 2020
U.S. DISTRICT COURT MPLS

Prepared by: D. Hiller
Received by Unit Manager: D. Hiller
Date returned to inmate: 6-11-20

* Defendants claim I may only use the law library if they agree that I have an imminent court deadline. This is false. On April 28, 2020, I was permitted to use the law library to draft a Letter of Supplemental Authority to the First Circuit. (Case 18-1905) There is never a "deadline" for something of that nature. Defendants chose to bar my use of the law library to effectively prosecute my case against them.