United States District Court
District of Minnesota

RECEIVED BY MAIL
JUN 25 2020
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

Biron,
Plaintiff

v.                          Case no. 19-cv-2938

Sawyer, et al.,
Defendants

SCANNED
JUN 25 2020
U.S. DISTRICT COURT MPLS

### Additional Exhibit in Support of Plaintiff's Reply to Defendants' Response to Motion to Amend

Plaintiff, Ms. Biron, seeks to include the accompanying document as an additional exhibit to her Reply (Doc 63 and Doc 64).

The document is entitled "Informal Resolution Attempt" ("BP-8"). This BP-8 is the beginning of the administrative remedy process concerning the defendants' denial of access to a law library or typewriter to prepare, inter alia, her Motion to Amend (Doc 59).

It was submitted to Defendant Hiller (Ms Biron's Unit Manager) on 5/19/20. At the top of the document, Ms. Biron noted that AUSA Tweeten (defendants' attorney in this matter) should be informed of this situation. It seems he was not informed, as he argued in his 5/28/20 Response to Motion to Amend (Doc 61) that the motion should be denied for Ms. Biron's failure to follow court rules which his clients prevented her from accessing.

1

Ms. Biron informed this Court and AUSA Tweeten of the situation in her 6/1/20 Reply (Doc 63).

The situation has not been rectified. On 6/16/20, in paragraph 4 of the BP-8, Defendant Hiller reiterates that Ms. Biron will not be granted adequate[1] time in the law library unless there is "an imminent court deadline, defined as a deadline within the next 30 days and set by the court."

In sum, the defendants continue to prevent Ms. Biron from accessing the law library and typewriter to draft a proposed Amended Complaint in proper form unless and until this Court issues an order with a deadline.

Respectfully submitted

6/23/20

*Lisa Biron*
Lisa Biron
FCI Waseca

### Certification

A copy of this filing was mailed to AUSA Tweeten via US mail postage paid on this date.

6/23/20

*Lisa Biron*
Lisa Biron

---

[1] Recently, the institution began to allow inmates to sign up for one (1) hour per week in the law library. There are, and have been, zero (0) cases of COVID-19 at this facility.

2