LisaBiron
12775-049
Federal Correctional Institution
P.O. Box 1731
Waseca, MN 56093

United States District Court
District of Minnesota
Office of the Clerk
300 South Fourth St., Ste 202
Minneapolis, MN 55415

MINNEAPOLIS MN 553
24 JUN 2020 PM 5 L

RECEIVED BY MAIL
JUN 25 2020
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

SCANNED
JUN 25 2020
U.S. DISTRICT COURT MPLS

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has neither been opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.

55415-225799

JUN 23 2020

Federal Correctional Institution
P.O. Box 1731
Waseca, MN 56093-0741

JUN 2 3 2020