United States District Court
For the
District of Minnesota

RECEIVED BY MAIL
AUG 26 2020
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

SCANNED
AUG 26 2020
U.S. DISTRICT COURT MPLS

Biron

Case no. 19-CV-2938-SRN-LIB

v.

Sawyer, et al.

Motion to Substitute Official Capacity Defendants With Their Successors

Subsequent to the filing of this action, Kathleen Hawk Sawyer was replaced as Director of the Federal Bureau of Prisons by Michael Carvajal. Wherefore, Michael Carvajal should be substituted as a defendant in his official capacity in place of Kathleen Hawk Sawyer.

In addition, subsequent to the filing of this action, Nanette Barnes was replaced as Warden of FCI Waseca by Mistelle Starr. Wherefore, Mistelle Starr should be substituted as a defendant in her official capacity in place of Nanette Barnes in her official capacity. Nanette Barnes, however, is sued in her individual capacity in the (proposed) First Amended Complaint[1] and remains a defendant in that capacity.

Respectfully submitted

8/20/20
Date

Lisa Biron
Lisa Biron #12775-049
FCI Waseca, MN

---

1 Deanna Hiller remains a defendant in her official capacity, and is sued in her individual capacity in the (proposed) First Amended Complaint.

Certification

A handwritten copy of this Motion was mailed to AUSA Tweeten postage paid on this date.

8/20/20
Date

Lisa Biron
Lisa Biron