"Red line" Copy

United States District Court
for the
District of Minnesota

~~State of Minnesota~~
~~Waseca County~~

District Court
Third District
Case No. _____
Civil Action _____

RECEIVED BY MAIL
AUG 26 2020
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

Jury Trial Requested

Lisa A. Biron, + Rachael T. Biron
Plaintiff**s** [1]

v.

Michael Carvajal
~~Kathleen Hawk Sawyer~~, Former Director
Federal Bureau of Prisons; Warden
Nanette Barnes; Deanna Hiller, Unit
Manager,
Defendants [2] Warden Mistelle Starr

First Amended COMPLAINT (Proposed)

Case No. 19-CV-2938-SRN-LIB

I. Plaintiffs and Jurisdiction
 pro se, and Rachael T. Biron, pro se,

1. The Plaintiff**s**, Lisa A. Biron, brings the within claims to redress the deprivation, under color of federal law, of rights secured by the United States Constitution. They seek**s** declaratory and injunctive relief, and damages.

2. The Dist. of Minn. has removal jurisdiction over this action pursuant to 28 USC §§ 1441, 1442 & 1446, as well as original jurisdiction under 28 USC §§ 1331 and 1343(a)(3).

~~2.~~ 3. ~~Ms.~~ Lisa Biron is a federal inmate currently confined in the Federal Bureau of Prisons ("FBOP"), and presently housed at Federal Correctional Institution ("FCI"), Waseca, Minnesota.

4. Rachael Biron is Lisa Biron's daughter. She is 22 years old and resides in Virginia.

II. Defendants

~~3.~~ 5. Defendant ~~Kathleen Hawk~~ Michael Carvajal ~~Sawyer~~ is the Director of the Federal Bureau of Prisons. ~~She~~ He is legally responsible for protecting the constitutional rights of all of its inmates.

~~4.~~ 6. Mistelle Starr ~~Nanette Barnes~~ is the Warden of FCI Waseca, MN. She is legally responsible for the operations of FCI Waseca, and for protecting the constitutional rights of all inmates housed there.

7. Nanette Barnes was the Warden of FCI Waseca at all times relevant to the claims herein...

~~5.~~ 8. Deanna Hiller is the Unit Manager of D-Unit ~~and a correctional officer at FCI Waseca~~.

~~6.~~ 9. Defendants ~~Sawyer, Barnes, and Hiller~~ Michael Carvajal and Mistelle Starr are sued in their official capacity.

10. Defendant Nanette Barnes is sued in her individual capacity.
11. Defendant Deanna Hiller is sued in her official and individual capacities.

~~7.~~ 12. At all times mentioned herein, each defendant acted under the color of federal law.

---

[1] Lisa and Rachael Biron's motions to join Rachael as a plaintiff in this case remain pending. This (Proposed) First Amended Complaint assumes Rachael as a plaintiff.

[2] Since this action was filed, Michael Carvajal has replaced Kathleen Hawk Sawyer as Director of the FBOP, and Mistelle Starr has replaced Nanette Barnes as Warden of FCI Waseca. A motion to substitute was filed with this (proposed) First Amended Complaint.

"Redline" Copy

III. Claims

8. 13. ~~Ms.~~ Lisa Biron is currently serving a federal sentence having been sentenced in the United States District Court for the District of New Hampshire and sentenced on May 23, 2013.

9. 14. ~~Ms.~~ Lisa Biron's offenses of conviction involved her (then) teenage daughter who is considered the "victim."

10. 15. The defendants have been restricting contact between ~~Ms. Biron~~ mother and ~~her~~ daughter — barring all contact and all communication (even via third-party) — since the beginning of her confinement without legal justification.

11. 16. ~~Ms. Biron's daughter, Rachael Biron, turned twenty one (21) years old on May 4, 2019.~~ Lisa sought permission from Defendants Barnes and Hiller several times since her arrival at FCI Waseca (in February 2018) to contact/communicate with Rachael which the Defendants refused.

12. 17. On or about October 24, 2019, Rachael ~~Biron~~ (then 21 years old) mailed a letter to (former) Warden Nanette Barnes stating her desire to communicate with her mother, Ms. Biron. The letter was received on October 31, 2019.

18. On or about November 1, 2019 Barnes advised Lisa Biron verbally that she would approve contact as long as no legal restrictions barred contact.

19. On November 22, 2019, Def. Hiller paged Lisa to her office. Lisa believed that this was to finally approve contact with Rachael. But instead Hiller presented Lisa with a "Notification" signed by Defendant Barnes (on 11/20/19) that intended to ~~restrict~~ bar this mother and daughter's contact for the entire term of Lisa's de facto life-sentence.

~~13. Warden Barnes and Hiller have told Ms. Biron in writing that Ms. Biron cannot have contact with her adult daughter for the rest of her sentence which is presently set to expire in 2047.~~

#'s 20-28 new claims supporting damages/punitives

20. 29 The defendants violated ~~Ms. Biron's~~ Lisa's and Rachael's ~~Biron's~~ constitutional right to a familial relationship.

15. 30. The defendants violated ~~Ms. Biron's~~ Lisa's and ~~her daughter's~~ Rachael's constitutional right to association.

16. 31 The defendants violated ~~Ms. Biron's~~ Lisa's and Rachael's ~~Biron's~~ constitutional right to due process of law.

#'s 33-36 new claims regarding cover-up of misconduct

17. 32 The defendants actions ~~have~~ had no rational relationship to any legitimate penological purpose.

37. Plaintiffs seek nominal, compensatory, and punitive damages against Defendants Hiller and Barnes in their individual capacities.

38. ~~18. Ms. Biron has~~ Plaintiffs have no adequate or complete remedy at law to redress these unconstitutional actions because Defendants only granted contact when their fraud was exposed, and continue to try to justify their actions by deception. ~~Ms. Biron and her daughter continue to be irreparably injured by the conduct of the defendants unless the Court grants~~ Thus, Plaintiffs seek declaratory and injunctive relief to ensure Defendants do not act again to bar mother and daughter's contact.

...

2

## IV. Relief Sought

WHEREFORE, ~~Ms. Biron~~ Plaintiffs requests that the Court grant:

39. ~~19.~~ A declaration that the acts and omissions described herein violate the law and Constitution.

40. ~~20.~~ A preliminary and permanent injunction ordering the defendants to ~~stop~~ refrain from interfering with ~~Ms. Biron~~ Lisa and Rachael Biron's right to communicate with each other.

41. Nominal and Compensatory damages of $10,000.00

42. Punitive damages of $90,000.00 or the maximum allowed under the law.

43. ~~21.~~ A jury trial.

44. ~~22.~~ Plaintiffs' costs and fees in this suit.

45. ~~23.~~ Any additional relief that this Court deems just and equitable.

Respectfully submitted

_current date_
11/15/19
Date

/s/ Lisa Biron
Lisa A. Biron #12775-049
FCI Waseca
P.O. Box 1731
Waseca, MN 56093

*added Rachael as plaintiff*

### Verification

I, Lisa Biron, hereby swear, under penalty of perjury, that the matters and facts alleged in the foregoing Complaint are true and correct.

_current date_
11/15/19
Date

/s/ Lisa Biron
Lisa Biron

### Certification

A copy of this First Amended Complaint was served on the Defendants by mailing said copy to Defendants' attorney Ausa Tweeten postage-paid on this date.

Date                                        Lisa Biron

3