RECEIVED BY MAIL
AUG 26 2020
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

SCANNED
AUG 26 2020
U.S. DISTRICT COURT MPLS

August 20, 2020

Kate M. Fogarty, Clerk
U.S. District Court
300 Fourth St., Ste 202
Minneapolis, MN 55415

Re: Biron v. Sawyer, et al.
19-cv-2938

Dear Clerk Fogarty:

For the past month, FCI Waseca was on total lockdown due to three (3) inmates testing positive for COVID-19. Prior to that, Defendant Hiller, who is my unit manager, denied me access to the law library to draft my Motion for Leave to Amend, and consequently, I was not aware the rules required I file a "proposed Amended Complaint" and a Redline Copy showing the changes. I became aware of these rules when the Defendants objected to my motion to amend for my failure to follow these rules - rules Defendant Hiller kept me from accessing.

Today, I gained access to the law library/typewriter. But my access was cut off after only 50 minutes because Defendant Hiller learned I had sought approval for more time. Unfortunately, I was forced to handwrite the last two pages of the proposed First Amended Complaint (see footnote 3, page 5).

Wherefore, I have enclosed for filing, a Motion to Substitute Official Capacity Defendants with Their Successors, and a (proposed) First Amended Complaint and "Redline Copy" to supplement my previously filed motion

(1)

for Leave to Amend Complaint.

You should also have received via mail a limited power of attorney executed by my daughter, Rachael Biron, which grants me authority to sign pleadings and motions on her behalf.

Thank you for your kind consideration in this matter.

Sincerely,

*Lisa Biron*

Lisa A. Biron
#12775-049
FCI Waseca
P.O. Box 1731
Waseca, MN 56093