



Minneapolis MN 554

25 AUG 2020 PM 2

RECEIVED BY MAIL
AUG 26 2020
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

Kate M. Fogarty, Clerk
United States District Court
District of Minnesota
300 Fourth Street, Ste 202
Minneapolis, MN 55415

AUG 26 2020
U.S. DISTRICT COURT MPLS

Lisa Biron
#12775-049
Federal Correctional Institution
P.O. Box 1731
Waseca, MN 56093