SCANNED
AUG 27 2020
U.S. DISTRICT COURT MPLS

RECEIVED BY MAIL
AUG 27 2020
CLERK U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

United States District Court
for the
District of Minnesota

Biron,
  Plaintiff

v.                                    Case no. 19-CV-2938

Sawyer, et al

### Verification of Date of Filing

I, Lisa Biron, swear, under penalty of perjury, that my (proposed) First Amended Complaint and my Motion to Substitute Official Capacity Defendants for their Successors were deposited in the inmate mail system on August 20, 2020, and are, therefore, deemed filed on that date.

                          So sworn,

8/22/20                   Lisa Biron
                          Lisa Biron # 12775-049
                          FCI Waseca
                          P.O. Box 1731
                          Waseca, MN 56093

### Certification

I certify that a handwritten copy of this verification of Date of Filing was mailed to AUSA Tweeten on this date.

                          Lisa Biron