RECEIVED BY MAIL
AUG 27 2020
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

19cv2938

August 22, 2020

Dear Clerk:

I have enclosed, for filing with the Court, my Verification of Date of Filing. I never dreamed Magistrate Brisbois would outright deny my motion to amend knowing that I have been restricted from all access to the law library by the very defendants I am suing, and was, therefore, unable to draft and file the proposed First Amended Complaint until now.

The "Verification" established that the Amended Complaint was filed on August 20, 2020. This is a full day before he dismissed my case. And, of course, due to mail time, he dismissed the case without even reviewing my proposed amendments, in which I know I stated a meritorious claim.

I will be objecting to his report and recommendation, but perhaps he would like to review the complaint, and reconsider.

Sincerely,

Lisa Biron
Lisa Biron
FCI Waseca
Waseca, MN

SCANNED
AUG 27 2020
U.S. DISTRICT COURT, MPLS