FOREVER/USA

MINNEAPOLIS MN 553

25 AUG 2020 PM 6 L

RECEIVED
BY MAIL

AUG 27 2020

CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

United States District Court
District of Minnesota
300 Fourth Street, Ste 202
Minneapolis, MN 55415

55415-132099

Lisa Biron
13715-049
Federal Correctional Institution
P.O. Box 1731
Waseca, MN 56093

SCANNED
AUG 27 2020
U.S. DISTRICT COURT MPLS