UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
No. 19-cv-2938 (SRN/LIB)

| | |
|---|---|
| Lisa A. Biron,<br><br>      Plaintiff,<br><br>v.<br><br>Michael Carvajal, Director, Federal Bureau of Prisons; Warden Mistelle Starr; and Deanna Hiller, Unit Manager;<br><br>      Defendants. | **CERTIFICATE OF COMPLIANCE** |

The undersigned attorney certifies that Defendants' Response to Motion to Substitute Official Capacity Defendants with their Successors complies with the type volume limitation of D. Minn. L.R. 7.1(f) and the type size limitation of D. Minn. L.R. 7.1(h).  The Response has 113 words of type, font size 13.  The Response was prepared using Microsoft Word 2016, configured to include all text—including headings, footnotes and quotations—in the word count.

Dated:   September 2, 2020

ERICA H. MacDONALD
United States Attorney

*s/ Andrew Tweeten*

By:   ANDREW TWEETEN
Assistant United States Attorney
Attorney ID Number 0395190
600 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN   55415
(612) 664-5600
andrew.tweeten@usdoj.gov

Attorneys for Defendants