UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
No. 19-cv-2938 (SRN/LIB)

Lisa A. Biron,

    Plaintiff,

  v.

Michael Carvajal, Director, Federal Bureau of Prisons; Warden Mistelle Starr; and Deanna Hiller, Unit Manager;

    Defendants.

**CERTIFICATE OF SERVICE**

I certify that on September 2, 2020 I electronically filed the following documents with the Clerk of Court:

**RESPONSE TO MOTION TO SUBSTITUTE OFFICIAL CAPACITY DEFENDANTS WITH THEIR SUCCESSORS, CERTIFICATE OF COMPLIANCE, and CERTIFICATE OF SERVICE.**

I further certify that on September 2, 2020 I caused all of these documents to be sent by first class U.S. Mail, postage paid, to:

LISA A. BIRON (#12775-049)
FCI WASECA
P.O. BOX 1731
WASECA, MN   56093

*s/ Andrew Tweeten*
Andrew Tweeten
Assistant United States Attorney