RECEIVED BY MAIL

CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

SEP 08 2020
U.S. DISTRICT COURT MPLS

United States District Court
District of Minnesota

Biron,
Plaintiff

v.                                            Case no. 19-cv-2938 SRN/LIB

Sawyer, et al.,
Defendants

## Motion for Extension of Time To file Objections

Defendant Hiller, who is Plaintiff's unit manager, is refusing to approve sufficient time for Plaintiff to access the law library, which is needed to draft her Objections to the R+R. Plaintiff has sought 8-10 hours for legal research. Said research is extremely time consuming on the non-user friendly system the FBOP employs. Plaintiff also requested 2-3 hours to type her Objections. Hiller refused, stating that Plaintiff must use her one (1) hour (actually 50 minutes) per day of Recreation time for legal research and drafting.

At the rate of 50 minutes per day, the Plaintiff cannot meet her deadline of 9/9/20. (14 days from service on 8/26/20).

Plaintiff requests this honorable court grant a 30-day extension to file Objections to the magistrates Report and Recommendation.

Respectfully Submitted
Lisa Biron

9/1/20

FCI Waseca
P.O. Box 1731
Waseca, MN 56093