RECEIVED BY MAIL

CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

## Certification

A copy of this Motion for Extension of Time was mailed to AUSA Andrew Tweeten on this date.

9/1/20    *Lisa Biron*
          Lisa Biron

SEP 08 2020
U.S. DISTRICT COURT MPLS