Lisa Biron
12775-049
Federal Correctional Institution
P.O. Box 1731
Waseca, MN 56093

The [illegible] was processed through special [illegible]
pro... ting to you. The letter [illegible]
been... ted. If the writer raises
or pr... a facility has jurisdiction
may b... material for further infor-
clerk... e encloses correspond-
[illegible] ...essee, please return t-
to the addre... be Mailed:

SEP 01 2020

MINNEAPOLIS MN 553
02 SEP 2020 PM 7 L

SCANNED
SEP 08 2020
U.S. DISTRICT COURT MPLS

United States District Court
District of Minnesota
300 South Fourth St., Ste 202
Minneapolis, MN 55415

55415-226352

RECEIVED
BY MAIL
SEP 08 2020
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has neither been opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.

SEP 01 2020

Federal Correctional Institution
P.O. Box 1731
Waseca, MN 56093-0741