UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
No. 19-cv-2938 (SRN/LIB)

Lisa A. Biron,

    Plaintiff,

v.

Michael Carvajal, Director, Federal Bureau of Prisons; Warden Mistelle Starr; and Deanna Hiller, Unit Manager;

    Defendants.

**RESPONSE TO MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS**

Defendants do not oppose the relief requested in Plaintiff's Motion for Extension of Time to File Objections. See ECF No. 71.

Dated: September 10, 2020

ERICA H. MacDONALD
United States Attorney

*s/ Andrew Tweeten*

By:  ANDREW TWEETEN
Assistant United States Attorney
Attorney ID Number 0395190
600 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN   55415
(612) 664-5600
andrew.tweeten@usdoj.gov

Attorneys for Defendants