# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Lisa A. Biron, | Case No. 19-CV-2938 (SRN/LIB) |
| Plaintiff, | |
| v. | **ORDER** |
| Kathleen Hawk Sawyer, et al., | |
| Defendants. | |

Lisa A. Biron, Reg. No. 12775-049, FCI-Waseca, P.O. Box 1731, Waseca, MN 56093, Plaintiff pro se.

Andrew Tweeten, United States Attorney's Office, District of Minnesota, 600 United States Courthouse, 300 South Fourth Street, Minneapolis, MN 55415 for Defendants.

This matter is before the Court upon the motion of Plaintiff Biron for an extension of time to file Objections to the Report and Recommendation filed in this matter on August 21, 2020. Plaintiff states that she does not have enough access to the law library to complete and timely file her objections. The Court finds that good cause exists to grant an extension.

Accordingly, IT IS HEREBY ORDERED THAT the deadline for filing objections to the Report and Recommendation is extended to September 23, 2020.

Dated: September 9, 2020

s/Susan Richard Nelson<br>
SUSAN RICHARD NELSON<br>
United States District Court