Lisa Biron
#12775-049
Federal Correctional Institution
P.O. Box 1731
Waseca, MN 56093

Legal mail 9/23/20

SEP 23 2020

RECEIVED BY MAIL
SEP 28 2020
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

United States District Court
District of Minnesota
U.S. Courthouse, Suite 202
300 South Fourth Street
Minneapolis, MN 55415

SCANNED
SEP 28 2020
U.S. DISTRICT COURT MPLS



Federal Correctional Institution
P.O. Box 1731
Waseca, MN 56093-0741

SEP 2 3 2020