# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Lisa A. Biron | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff | |
| v. | Case Number: 19-cv-2938 (SRN/LIB) |
| Kathleen Hawk Sawyer, Warden Nanette Barnes, Deanna Hiller, Michael Carvajal, Mistelle Starr | |
| Defendant | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. The Order and Report & Recommendation [Doc. No. 67] is **AFFIRMED and ADOPTED**;

2. Plaintiff's Objections [Doc. No. 74] are **OVERRULED**;

3. Plaintiff's Motion for Leave to File an Amended Complaint [Doc. No. 59] is **DENIED**;

4. Plaintiff's Motion for a Preliminary Injunction [Doc. No. 10] is **DENIED**;

5. Defendants' Motion to Dismiss [Doc. No. 47] is **GRANTED**;

6. Plaintiff's Motion to Substitute Official Capacity Defendants [Doc. No. 68] is **DENIED AS MOOT**; and

7. This action is **DISMISSED WITHOUT PREJUDICE**.

Date: 7/12/2021                                                                KATE M. FOGARTY, CLERK