UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MINNESOTA

RECEIVED
BY MAIL
MAR 06 2023
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS MINNESOTA

Lisa Biron, )
    Plaintiff )
     )
     )
v. )   Case No. 19-cv-2938
     )
     )
Sawyer, et al., )
    Defendants, )
     )

<u>Motion to Seal</u>

    Movant, Lisa Biron, hereby requests this Court seal this case or, in the alternative, seal all documents including the August 21, 2020 Order and Report and Recommendation, which contain information from confidential sentencing materials and information concerning a minor, for the compelling reasons set forth in the accompanying memorandum of law.

                              Respectfully submitted,

2/27/23
Date

                              Lisa Biron (Reg. # 12775-049)
                              Federal Correctional Institution
                              P.O. Box 1731
                              Waseca, MN 56093



SCANNED
MAR -6 2023
U.S. DISTRICT COURT MPLS