Lisa Biron
12775-049
Federal Correctional Institution
P.O. Box 1731
Waseca, MN 56093

MINNEAPOLIS MN 553
2 MAR 2023 PM 5 L



↔12775-049↔
U S District Court
U.S. Courthouse, Ste 202
300 S 4TH ST
Minneapolis, MN 55415
United States

RECEIVED
BY MAIL
MAR 06 2023
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

SCANNED
MAR - 6 2023
U.S. DISTRICT COURT MPLS

55415-226352