UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
No. 19-cv-2938 (SRN/LIB)

| | |
|---|---|
| Lisa Biron,<br><br>      Plaintiff,<br><br>v.<br><br>Michael Carvajal, Director,<br>Federal Bureau of Prisons;<br>Warden Mistelle Starr; and<br>Deanna Hiller, Unit Manager,<br><br>      Defendants. | **CERTIFICATE OF COMPLIANCE** |

I certify that the attached Memorandum of Law complies with Local Rule 7.1(f).

I further certify that, in preparation of the above document, I used Microsoft Word for Office 365 configured to include all text—including headings, footnotes, and quotations—in the following word count.

I further certify that the above document contains 1,349 words.

Dated:   April 11, 2023

                                                ANDREW M. LUGER
                                               United States Attorney

                                               *s/ Andrew Tweeten*

                                               By:   ANDREW TWEETEN
                                               Assistant U.S. Attorney
                                               Attorney ID Number 0395190
                                               600 U.S. Courthouse
                                               300 South Fourth Street
                                               Minneapolis, MN   55415
                                               (612) 664-5600
                                               andrew.tweeten@usdoj.gov

                                               Attorneys for Defendants