UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
No. 19-cv-2938 (SRN/LIB)

Lisa Biron,

        Plaintiff,                                 **CERTIFICATE OF SERVICE**

    v.

Michael Carvajal, Director,
Federal Bureau of Prisons;
Warden Mistelle Starr; and
Deanna Hiller, Unit Manager,

        Defendants.

I hereby certify on April 11, 2023, I caused the following documents:

- Response in Opposition to Motion to Seal,
- Certificate of Compliance, and
- this Certificate of Service

to be mailed by first class mail, postage prepaid, to the following non-CM/ECF case participant:

**Lisa Biron, Reg. No. 12775-049**
**Federal Correctional Institution**
**P.O. Box 1731**
**Waseca, MN 56093**

                                            *s/ Andrew Tweeten*
                                            ANDREW TWEETEN
                                            Assistant U.S. Attorney